UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. _____ |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION _____ |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE _____ |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF REMOVAL TO FEDERAL COURT

TO:  Plaintiffs, Rachel Maddox, Shannon Maddox
and their Attorneys of Record:
Tom W. Thornhill
Thornhill Law Firm, APLC
1308 Ninth Street
Slidell, Louisiana 70458

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Eastern District of Louisiana on 25 June 2012.

A copy of said Notice and consents from properly joined defendants are attached.

Dated: 25 June 2012.

By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar 20964
3501 North Causeway Boulevard, Suite 300
Metairie LA 70002-3618
504-236-3966 – voice
504-273-2220 – fax
Attorney for Defendant