TWENTY-FOURTH JUDICIAL COURT
STATE OF LOUISIANA

MADDOX, *et al.*

No. 715276                                                      DIVISION "O"

versus

INTEGRO USA, INC, *et al.*

Filed: _____     _____
                                             Deputy Clerk

NOTICE OF FILING NOTICE OF REMOVAL IN FEDERAL COURT

TO   Honorable Jon A. Gegenheimer
     Jefferson Parish Clerk of Court
     Twenty-Fourth Judicial District Court
     200 Derbigny Street
     Gretna La 70053

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1331 Defendant Watchtower Bible and Tract Society of New York, Inc., did, on the 25th day of June 2012, file a Notice of Removal of this action in the United States District Court for the Eastern District of Louisiana, a copy of which is attached, with the consents of properly joined defendants, and that this case shall proceed hereafter in the United States District Court for the Eastern District of Louisiana.

Dated: 25 June 2012.

By _____
Ted M. Mitchell. Bar No. 20964
3501 North Causeway Boulevard, Suite 300
Metairie LA 70002-3618
504-236-3966 – voice
504-273-2220 – fax
Attorney for Defendant

CERTIFICATE OF SERVICE

I have this date mailed a copy of the foregoing with copies of its attachments to counsel for Plaintiffs:

Tom W. Thornhill
Thornhill Law Firm, APLC
1308 Ninth Street
Slidell, Louisiana 70458

_____