UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. _____ |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION _____ |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE _____ |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

CONSENT TO REMOVAL OF ACTION

Defendant INTEGRO USA, INC., d/b/a INTEGRO INSURANCE BROKERS (improperly named as two entities), a New York Corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, hereby CONSENTS to and joins in Watchtower Bible and Tract Society of New York, Inc.'s Notice of Removal to this Court of the state court action described in said Notice of Removal as required by 28 U.S.C. §1446(b)(2)(A).

Dated: 25 June 2012.

By /s/Michael A. McGlone
    Michael A. McGlone, Esq. (#9318)
    Kean Miller
    909 Poydras Street, Suite 1400
    New Orleans, LA  70112
    Telephone:  (504) 585-3059
    Fax: (504) 585-3051
    Email:  mike.mcglone@keanmiller.com
    Attorneys for Defendant Integro USA, Inc.