UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) |
| Plaintiff, | ) CIVIL ACTION |
| vs. | ) NO. _____ |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | ) SECTION _____ ) MAGISTRATE _____ |
| Defendants. | ) |

CONSENT TO REMOVAL OF ACTION

Defendant CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, a New York corporation organized and existing under the laws of the State of New York, hereby CONSENTS to and joins in Watchtower Bible and Tract Society of New York, Inc.'s Notice of Removal to this Court of the state court action described in said Notice of Removal as required by 28 U.S.C. §1446(b)(2)(A).

Dated: 25 June 2012.

By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar No. 20964
3501 North Causeway Boulevard, Suite 300
Metairie LA 70002-3618
504-236-3966 – voice
504-273-2220 – fax
Attorney for Defendant