UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | ) ) ) ) ) ) ) ) | SECTION "N"  MAGISTRATE  (1) |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS PATRICK VICTOR AND KATHY VICTORS' MOTION TO DISMISS THE VERIFIED PETITION OF RACHEL MADDOX AND SHANNON MADDOX PURSUANT TO FED. R. C. P. 12(b)(6)

Defendants Patrick Victor and Kathy Victor submit this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for Plaintiffs' failure to state a cause of action against them upon which relief can be granted. The bases for Defendants' motion are set forth in the Memorandum in Support of Motion attached hereto and filed herewith.

WHEREFORE, Defendants Patrick Victor and Kathy Victor pray for an Order granting their Rule 12(b)(6) Motion to Dismiss, with prejudice.

Dated: July 2, 2012.

Respectfully submitted,

By /s/Terrel J. Broussard
Terrel J. Broussard
Bar No: (LSB 3531
Montgomery Barnett LLP
3300 Energy Centre

1100 Poydras Street
New Orleans, LA  70163-3300
Tel**:** +1.504.585.3200
Fax**:** +1.504.200.8987

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 2nd day July 2012 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

/s/Terrel J. Broussard