## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RACHEL MADDOX AND SHANNON MADDOX** | * * * | **CIVIL ACTION NO. 12-1641** |
| **VERSUS** | * * | **SECTION: "N"** |
| **INTEGRO USA, INC. d/b/a INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR AND KATHY VICTOR** | * * * * * * * * | **MAGISTRATE: 1** |

## LOCAL RULE 7.2 NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendants, Patrick Victor and Kathy Victor, have filed, on this date, a *Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6)*, which will be submitted to the Court for consideration by the Honorable Kurt D. Engelhardt on July 25, 2012.

Respectfully Submitted,

**MONTGOMERY BARNETT, L.L.P.**

*/s/ Terrel J. Broussard* \_\_\_\_
Terrel J. Broussard (La. Bar No. 3531)
3300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  (504) 585-3200
Facsimile:  (504) 585-7688
Email: tbroussard@monbar.com

*Attorney for Patrick Victor and Kathy Victor*

## **CERTIFICATE OF SERVICE**

I certify that on July 2, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, a copy of which will be sent to all counsel of record by operation of the Court's electronic filing system**.**

                                                */s/ Terrel J. Broussard*
                                                TERREL J. BROUSSARD