UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

STATEMENT OF REMAINING PARTIES AND PRODUCTION
OF ALL PLEADINGS AND SERVICE RETURNS FROM STATE COURT
PURSUANT TO LOCAL RULE 3.2 AND 28 U.S.C. §1447

Defendant WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. hereby complies with the Court's directive issued to the Removing Defendant naming the remaining parties in this action and producing copies of pleadings and service returns from the Twenty-fourth Judicial Court, Parish of Jefferson, State of Louisiana.

1. Parties remaining in this action are

   a. Plaintiffs Rachel and Shannon Maddox, through their counsel
      Thomas Wood Thornhill, Thornhill Law Firm, A.P.L.C
      108 Ninth Street
      Slidell, LA  70458
      (985) 641-5010

   b. Integro USA, Inc., d/b/a, Integro Insurances Brokers, through counsel
      Michael A. McGlone
      Kean, Miller, L.L.P.
      909 Poydras Street, Suite 1450
      New Orleans, LA  70112
      (504) 585-3050

1

    c.    Christian Congregation of Jehovah's Witnesses, Inc., through counsel
Ted M. Mitchell, Attorney at Law
3501 North Causeway Boulevard, Suite 300
Metairie, LA 70002
(504) 236-3966

    d.    Watchtower Bible and Tract Society of New York, Inc., through counsel
Ted M. Mitchell, Attorney at Law
3501 North Causeway Boulevard, Suite 300
Metairie, LA 70002
(504) 236-3966

    e.    Westwego Congregation of Jehovah's Witnesses, Inc., through counsel
Ted M. Mitchell, Attorney at Law
3501 North Causeway Boulevard, Suite 300
Metairie, LA 70002
(504) 236-3966

    f.    Patrick and Kathy Victor, through counsel
Terrel J. Broussard
Montgomery Barnett LLP
3300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3300
(504) 585-3200

2.    Copies of all pleadings filed in the Twenty-fourth Judicial District Court in this action are produced herewith and attached hereto, *in globo*, as Exhibit A.

2.    Copies of all returns on service filed as of 29 June 2012 in the Twenty-fourth Judicial District Court in this action are produced herewith and attached hereto, *in globo*, as Exhibit B.

Dated: 2 July 2012.

                                      By /s/Ted M. Mitchell
                                      Ted M. Mitchell    La. Bar No. 20964
                                      3501 North Causeway Boulevard, Suite 300
                                      Metairie LA 70002-3618
                                      504-236-3966 – voice
                                      504-273-2220 – fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 2nd day July 2012 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

/s/Ted M. Mitchell