(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND        120531-8496-1
SURVIVAL ACTION; VERIFICATION-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

RACHEL MADDOX, SHANNON MADDOX
versus
INTEGRO USA INC, INTEGRO INSURANCE BROKERS,
CHRISTIAN CONGREGATION OF JEHOVAHS                Case: 715-276   Div: "O"
WITNESSES, WATCHTOWER BIBLE AND TRACT             P 1 RACHEL MADDOX
SOCIETY OF NEW YORK INC, WESTWEGO
CONGREGATION OF JEHOVAHS WITNESSES INC,
PATRICK VICTOR, KATHY VICTOR

To: KATHY VICTOR
1013 MANHATTAN BLVD
#345
HARVEY LA 70058-4650

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION/VERIFICATION-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TOMMY W. THORNHILL and was issued by the Clerk Of Court on the 31st day of May, 2012.

*Aliesha M. Buckley*, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

SERVICE INFORMATION

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND        120531-8496-1
SURVIVAL ACTION; VERIFICATION-2

Received: _____  Served: 6-1-12  Returned: _____

Service was made:
___ Personal   ✓ Domiciliary  Patrick Victor

Unable to serve:
___ Not at this address   ___ Numerous attempts ___ times
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
___ No such address       ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $ 20—

Completed by: _____
                 Deputy Sheriff
Parish of: _____

JEFFERSON PARISH RECEIVED JUN 01 2012 CIVIL SHERIFF'S OFFICE

FILE FOR RECORD  2012 JUN -6  AM 10: 27  DEPUTY CLERK, PARISH OF JEFFERSON, LA

IMAGED JUN 06 2012

Ex B
1 of 8

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND        120531-9494-6
SURVIVAL ACTION; VERIFICATION-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RACHEL MADDOX, SHANNON MADDOX
versus
INTEGRO USA INC, INTEGRO INSURANCE BROKERS,
CHRISTIAN CONGREGATION OF JEHOVAHS                  Case: 715-276   Div: "O"
WITNESSES, WATCHTOWER BIBLE AND TRACT               P 1 RACHEL MADDOX
SOCIETY OF NEW YORK INC, WESTWEGO
CONGREGATION OF JEHOVAHS WITNESSES INC,
PATRICK VICTOR, KATHY VICTOR

To: WESTWEGO CONGREGATION OF JEHOVAHS
WITNESSES INC
THROUGH ITS REGISTERED AGENTS: WILLIE HUGULEY
5004 TRINITY DRIVE
MARRERO LA 70072

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION/VERIFICATION-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TOMMY W. THORNHILL and was issued by the Clerk Of Court on the 31st day of May, 2012.

Aliesha M. Buckley, Deputy Clerk of Court
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND        120531-9494-6
SURVIVAL ACTION; VERIFICATION-2

Received: 6-1-12    Served: —    Returned: 6-4-12

6-1
UTLA
5500 BLK only

Service was made:
___ Personal      ___ Domiciliary _____

Unable to serve:
___ Not at this address   ___ Numerous attempts ____ times
___ Vacant                ___ Received too late to serve
___ Moved                 ___ No longer works at this address
✗ No such address         ___ Need apartment / building number
___ Other   NO 5000 BLK. ONLY 5500 BLK.

Service: $_____   Mileage: $_____   Total: $ 20√

Completed by: _____   # 116991
Parish of: JEFFERSON

IMAGED

Ex. B
2 of 8

L

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION; VERIFICATION-2     120531-8495-3

**24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA**

RACHEL MADDOX, SHANNON MADDOX
  versus
INTEGRO USA INC, INTEGRO INSURANCE BROKERS,
CHRISTIAN CONGREGATION OF JEHOVAHS         Case: 715-276   Div: "O"
WITNESSES, WATCHTOWER BIBLE AND TRACT      P 1 RACHEL MADDOX
SOCIETY OF NEW YORK INC, WESTWEGO
CONGREGATION OF JEHOVAHS WITNESSES INC,
PATRICK VICTOR, KATHY VICTOR

To: PATRICK VICTOR
1013 MANHATTAN BLVD
#345
HARVEY LA 70058-4850

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION/VERIFICATION-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TOMMY W. THORNHILL and was issued by the Clerk Of Court on the 31st day of May, 2012.

*Aliesha Buckley* (signature)
Aliesha M. Buckley, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION; VERIFICATION-2     120531-8495-3

Received: JUN 01 2012     Served: 6-1-12     Returned: JUN 01 2012

Service was made:
___ Personal     ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts ___ times
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service: $_____     Mileage: $_____     Total: $ 20

Completed by: _John Carroll #16831_
              Deputy Sheriff
Parish of: _____

(6/6-1)

CODED
FILE FOR RECORD 2012 JUN -6 AM 10:27 DEPUTY CLERK PARISH OF JEFFERSON, LA
JEFFERSON PARISH RECEIVED JUN 01 2012 CIVIL SHERIFF'S OFFICE
IMAGED JUN 0[6]

Ex B
3 of 8



/88

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND   120531-8492-0
SURVIVAL ACTION; VERIFICATION-2

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RACHEL MADDOX, SHANNON MADDOX
  versus
INTEGRO USA INC, INTEGRO INSURANCE BROKERS,
CHRISTIAN CONGREGATION OF JEHOVAHS            Case: 715-276   Div: "O"
WITNESSES, WATCHTOWER BIBLE AND TRACT         P 1 RACHEL MADDOX
SOCIETY OF NEW YORK INC, WESTWEGO
CONGREGATION OF JEHOVAHS WITNESSES INC,
PATRICK VICTOR, KATHY VICTOR

To: INTEGRO USA INC
D/B/A INTEGRO INSURANCE BROKERS
THROUGH ITS REGISTERED AGENT:                 EBR#8676
UCS OF LOUISIANA, INC.                        $56.04
3867 PLAZA TOWER DRIVE 1ST FLOOR
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION/VERIFICATION-2 of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TOMMY W. THORNHILL and was issued by the Clerk Of Court on the 31st day of May, 2012.

*Aliesha M. Buckley, Deputy Clerk of Court for*
*Jon A. Gegenheimer, Clerk Of Court*

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND   120531-8492-0
SURVIVAL ACTION; VERIFICATION-2

Received: 6/13/12   Served: 6/13/12   Returned: 6/13/12

Service was made:
  ✓ Personal        ___ Domiciliary _____
    Jerry Beauregard

Unable to serve:
  ___ Not at this address    ___ Numerous attempts ___ times
  ___ Vacant                 ___ Received too late to serve
  ___ Moved                  ___ No longer works at this address
  ___ No such address        ___ Need apt/suite/etc number
  ___ Other _____

Service: $___   Mileage: $___   Total: $___

Completed by: _____ Deputy Sheriff
Parish of: EBR

EBR SHERIFF'S OFFICE # 0648

JUN 12 2012

FILE FOR RECORD
2012 JUN 20 AM 9:45
DEPUTY CLERK
PARISH OF JEFFERSON, LA

IMAGED JUN 20 2012

Ex B
4 of 8

186

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND          120531-9493-6
SURVIVAL ACTION; VERIFICATION-2

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

RACHEL MADDOX, SHANNON MADDOX
versus
INTEGRO USA INC, INTEGRO INSURANCE BROKERS,
CHRISTIAN CONGREGATION OF JEHOVAHS             Case: 715-276    Div: "O"
WITNESSES, WATCHTOWER BIBLE AND TRACT          P 1 RACHEL MADDOX
SOCIETY OF NEW YORK INC, WESTWEGO
CONGREGATION OF JEHOVAHS WITNESSES INC,
PATRICK VICTOR, KATHY VICTOR

To: CHRISTIAN CONGREGATION OF JEHOVAHS
WITNESSES
THROUGH ITS REGISTERED AGENT:                  EBR#8878
STANLEY SINGLETARY                             $56.64
3523 HARRIS DRIVE
BATON ROUGE LA 70816

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES
FOR WRONGFUL DEATH AND SURVIVAL ACTION/VERIFICATION-2 of which a true and correct
copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the
24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15)
CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney TOMMY W. THORNHILL and was issued by the Clerk Of
Court on the 31st day of May, 2012.

_____
Alesha M. Buckley, Deputy Clerk of Court
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PETITION FOR DAMAGES FOR WRONGFUL DEATH AND          120531-9493-6
SURVIVAL ACTION; VERIFICATION-2

RECEIVED JUN 12 2012

Received: 12 JUN, 12   Served: 14 JUN, 12   Returned: _____
EBR SHERIFF'S OFFICE

Service was made:
  _X_ Personal      ___ Domiciliary _____

Unable to serve:
  ___ Not at this address   ___ Numerous attempts ____ times
  ___ Vacant                ___ Received too late to serve
  ___ Moved                 ___ No longer works at this address
  ___ No such address       ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: R. James  EBRSO  #9604
                 Deputy Sheriff
Parish of: EBR

FILE FOR RECORD
JUN 20 AM 9:48
DEPUTY CLERK
PARISH OF JEFFERSON, LA

IMAGED JUN 20 2012

Ex B
5 of 8

## 24th JUDICIAL DISTRICT COURT FOR JEFFERSON PARISH

### STATE OF LOUISIANA

DOCKET NO.: 715-276                                    DIVISION

RACHEL MADDOX AND SHANNON MADDOX

**VERSUS**

INTEGRO USA, INC. d/b/a INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR AND KATHY VICTOR

FILED:_____         _____
                                              DEPUTY CLERK

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public came and appeared:

**CHRISTINE PYKE**

1. That she is a Paralegal for the law firm of Thornhill Law Firm, A PLC located at 1308 Ninth Street, Slidell, Louisiana 70458.

2. That on June 5, 2012 she mailed a certified copy of the Petition for Damages for Wrongful Death and Survival Action, by enclosing the Petition in an envelope, properly addressed to Defendant, via certified mail, return, receipt, requested.

3. That she has attached as Exhibit "A" hereto a copy of the return receipt that was signed by Michael Tastin on June 11, 2012.

                                              _____
                                              CHRISTINE PYKE

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19TH DAY OF
JUNE, 2012.

_____
NOTARY PUBLIC

Christy D. Fugate
Notary Public, State of Louisiana
My Commission is for Life
Notary 086585

IMAGED JUN 22 2012

Ex B
6 of 8

# THORNHILL LAW FIRM, A PLC
ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL
MITCHELL A. PALMER
EMILY E. GEBHARDT

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
*(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com

June 19, 2012

Clerk of Court
Jefferson Parish
General Governmental Building
200 Derbigny St, Ste 5600
Gretna, LA 70053

Re: *Rachel Maddox, et al. V. Integro USA, Inc. d/b/a Integro Insurance Brokers, et al.*
Case No.: 715-276 "O"
Our File No.: 14252

Dear Clerk:

Enclosed please find an Affidavit of Service to be filed into the record. Also enclosed is our firm's check in the amount of $8 to the Clerk of Court to cover the costs of this request. Please return a file-stamped copy in the enclosed postage prepaid envelope. Should you have any questions, please do not hesitate to contact me.

Sincerely,

Tom W. Thornhill

/cdf
Enclosures

cc: Rachel Maddox
Shannon Maddox

IMAGED JUN 22 2012

Ex B 7 of 8

