UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | ) ) ) ) ) ) ) ) | SECTION "N" MAGISTRATE (1) |
| Defendants. | ) | |

WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC.
RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC. is a religious, non-stock, non-profit corporation, organized and existing under the laws of the State of Louisiana. It is not the parent of any other corporation and has no parent corporation. No corporation owns any portion of it.

Dated: 2 July 2012.

By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar No. 20964
3501 North Causeway Boulevard, Suite 300
Metairie LA 70002-3618
504-236-3966 – voice
504-273-2220 – fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 2nd day of July 2012 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

/s/Ted M. Mitchell