UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**MOTION TO REMAND**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, RACHEL MADDOX and SHANNON MADDOX, in the civil action pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, No. 715-276, Div. "O," respectfully requesting that this Honorable Court remand this action to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana where Defendant, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, can not meet its heavy burden of proof to substantiate its claim, in its Notice of Removal [Rec. Doc. 1], of fraudulent joinder and/or its claim "that there is no possibility that Plaintiffs will be able to establish liability against" Defendants Patrick and Kathy Victor and/or against the Westwego Congregation of Jehovah's Witnesses, Inc.

Respectfully submitted,

**THORNHILL LAW FIRM, L.C.**

/s/ Tom Thornhill

_____
**TOM W. THORNHILL         #12776
MITCHELL  A.  PALMER      #28443
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(985) 641-5011 fax**
Tom@thornhilllawfirm.com

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**