UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that hearing on **Plaintiffs'** Motion to Remand will be heard on the 8th day of August, 2012, at 9:30 A.M. at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as counsel can be heard.

**Respectfully submitted,**

**THORNHILL LAW FIRM, L.C.**

/s/ Tom Thornhill

_____
**TOM W. THORNHILL         #12776
MITCHELL A. PALMER        #28443
1308 Ninth Street
Slidell, Louisiana 70458**
(985) 641-5010; (985) 641-5011 fax
Tom@thornhilllawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**