UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | |
| Plaintiff, | |
| | CIVIL ACTION |
| vs. | NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | SECTION "N" |
| | MAGISTRATE (1) |
| Defendants. | |

## DECLARATION OF RACHEL MADDOX AND SHANNON MADDOX

Now come plaintiffs, RACHEL MADDOX and SHANNON MADDOX, who after having been duly sworn and deposed did say, under penalty of perjury, and attesting that they know of their own personal knowledge the following facts:

1. Patrick Victor and Kathy Victor have for some years been parishioners at Westwego Congregation of Jehovah's Witnesses church.

2. Prior to the convention at issue in the above-captioned matter, Patrick Victor and Kathy Victor had on prior occasions escorted Patsy Maddox to other similar events.

3. On the occasion of the convention at issue in the above-captioned matter, as well as on other prior, similar occasions, officials at the Westwego Congregation of Jehovah's Witnesses church sought out and asked parishioners to act as escorts for

|     |     |
| --- | --- |
|     | other elderly parishioners to accompany said elderly parishioners to such events. |
| 4.  | For the act of parishioners (like the Victors) acting as said escorts, the escort-parishioners would often receive compensation from those they escorted, like Patsy Maddox. |
| 5.  | The Westwego Congregation of Jehovah's Witnesses church encouraged those that were escorted (like Ms. Maddox) to provide such compensation. |
| 6.  | As she did for other prior events, for the act of escorting and driving her to the convention at issue in this matter, Patsy Maddox paid to the Victors some cash compensation, including money for travel, gas, and food. |
| 7.  | But for the act of escort provided by the Victors, Patsy Maddox would not have attended the convention were she suffered fatal injuries. |
| 8.  | Affiants considered their mother to be in the care of the Victors, who provided their escort service to Patsy Maddox at the arranging of the Westwego Congregation of Jehovah's Witnesses church. |

Signed under penalty of perjury, on this 12th day of July, 2012.

_____
Rachel Maddox

_____
Shannon Maddox

_____
NOTARY PUBLIC

*Christy D. Fugate*
Notary Public, State of Louisiana
My Commission is for Life
Notary 085565

Page -2-