UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | ) ) ) ) ) ) ) ) | SECTION "N" MAGISTRATE (1) |
| Defendants. | ) | |

AFFIDAVIT OF WILLIE F. HUGULEY

STATE OF LOUISIANA

PARISH OF JEFFERSON

Willie F. Huguley, having first been duly sworn, on oath, hereby deposes that:

(1)   He is of the age of majority, is not an interdict, resides in Jefferson Parish, and has personal knowledge of each of the facts stated herein.

(2)   He is the President of the Westwego Congregation of Jehovah's Witnesses, Inc., which has its principal place of business, domicile and registered office at 1001 Victory Drive, Westwego, Louisiana ("Westwego").  The detailed report from the Secretary of State's website with the registered corporate information for Westwego is attached hereto and made a part hereof as an exhibit.

(3)   The corporation named Westwego Congregation of Jehovah's Witnesses, Inc. ("Westwego corp."), is a Louisiana nonprofit, non-stock, religious corporation that was formed solely to own immovable property at 1001 Victory Drive in Westwego, Louisiana 70094.

(4) Westwego has no other purpose than to own the immovable property at its place of business to provide a place of worship for Jehovah's Witnesses in Westwego, Louisiana.

(5) Other than holding annual meetings, Westwego makes no decisions and takes no action other than to maintain ownership of its property.

(6) In 2011, a District Convention of Jehovah's Witnesses was held in Mobile, Alabama, in the Mitchell Center, a public arena located on the campus of South Alabama University, on 1, 2, and 3 July 2011, at which convention Jehovah's Witnesses from Westwego, Louisiana were asked and encouraged to attend, but they were free to attend other conventions in Mobile, or other cities on different dates, or to not attend any convention whatsoever, the dates and locales for other conventions having been made available.

(7) Westwego did not select the site for the convention, had nothing to do with planning for the convention, arranging any aspect of the program, providing attendants, or staffing any of the departments responsible for operations during the convention.

(8) Patsy Maddox worshipped at the Kingdom Hall owned by Westwego.

(9) Patsy Maddox, as one of Jehovah's Witnesses, was encouraged to attend the 2011 convention, but she like others could have attended the 1, 2, and 3 July 2011 convention, or any other convention had she chosen, but she made arrangements to worship at the convention with those with whom she shared her worship in Westwego, Louisiana.

(10) Westwego did not provide any transportation for anyone to attend the convention. Transportation to and from Mobile was left to each person. Patsy Maddox made her own transportation arrangements.

(11) Westwego did not force, solicit or pressure Patsy Maddox or any Jehovah's Witness to attend the 2011 convention in Mobile, or any other city, on any particular dates.

(12) All of Jehovah's Witnesses were given access to a list of hotels and motels that was making rooms available at reduced rates for convention attendees, and was left to make their own arrangements for transportation and rooming for the convention.

(13) Westwego had nothing to do with arranging for motels or hotels that reduced their rates for the convention.

(14) Westwego did not assign Patrick and Kathleen Victor to transport Patsy Maddox to the convention or to sit with her. Patsy Maddox made her own arrangements with the Victors. The Victors and Patsy Maddox were friends, which made it natural for them to travel together to the convention.

(15) Patsy Maddox could drive her own car, could have taken a bus to the convention, but made her own decision to travel with the Victors instead of choosing other transportation options open to her.

(16) Westwego did not make the arrangements for seating of elderly and disabled persons at the convention.

(17) There was no specific seating set aside for any members of any congregation. Attendees chose their own seats on arrival.

Further affiant sayeth not.
Dated: July 23rd, 2012

_____
Willie F. Huguley

SWORN AND SUBSCRIBED TO
BEFORE ME, TED M. MITCHELL

_____
Notary Public No. 67313, my commission is for life.



Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC. | Non-Profit Religious Corporation | WESTWEGO | Active |

| | |
|---|---|
| Business: | WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC. |
| Charter Number: | 03800690 W |
| Registration Date: | 2/7/1968 |
| State Of Origin: | |

**Domicile Address**
1001 VICTORY DR.
WESTWEGO, LA 70094

**Mailing Address**
1001 VICTORY DR.
WESTWEGO, LA 70094

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| File Date: | 2/7/1968 |
| Last Report Filed: | 2/14/2012 |
| Type: | Non-Profit Religious Corporation |

## Registered Agent(s)

| | |
|---|---|
| Agent: | WILLIE HUGULEY |
| Address 1: | 5004 TRINITY DR. |
| City, State, Zip: | MARRERO, LA 70072 |
| Appointment Date: | 3/1/2007 |

| | |
|---|---|
| Agent: | WILSON J. RODRIGUEZ |
| Address 1: | 164 VALENTINE DRIVE |
| City, State, Zip: | AVONDALE, LA 70094 |
| Appointment Date: | 11/16/2007 |

| | |
|---|---|
| Agent: | MALBERT HELTON, SR. |
| Address 1: | 113 ELAINE DR. |
| City, State, Zip: | AVONDALE, LA 70094 |
| Appointment Date: | 3/25/2010 |

## Officer(s)

**Additional Officers: No**

| | |
|---|---|
| Officer: | WILLIE HUGULEY |
| Title: | President, Director |
| Address 1: | 5504 TRINITY DR. |
| City, State, Zip: | MARRERO, LA 70072 |

| | |
|---|---|
| Officer: | WILSON J. RODRIGUEZ |

| Title: | Director, Treasurer |
| --- | --- |
| Address 1: | 164 VALENTINE DR. |
| City, State, Zip: | AVONDALE, LA 70094 |
| Officer: | MALBERT HELTON, SR. |
| Title: | Secretary |
| Address 1: | 113 ELAINE DR. |
| City, State, Zip: | AVONDALE, LA 70094 |

## Amendments on File (2)

| Description | Date |
| --- | --- |
| Amendment | 2/14/2001 |
| Restated Articles | 11/16/2007 |

[Print]