UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDED PETITION**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, RACHEL MADDOX and SHANNON MADDOX, respectfully notifying this Honorable Court that it has been brought to their attention that the Defendant, Integro USA, Inc. d/b/a Integro Insurance Brokers is the agent for the insurance Defendant Old Republic Insurance Company that provided coverage at the time of the injury and occurrence for the Defendants, Christian Congregation of Jehovah's Witnesses and Watchtower Bible and Tract Society of New York, Inc., for whom Old Republic stands in the shoes of and must respond for the acts and damages of those Defendants. *See Exhibit "A" to Plaintiffs' First Supplemental and Amended Petition, naming Defendants, Christian Congregation of Jehovah's Witnesses and Watchtower Bible and Tract Society of New York, Inc. as Named Insureds.*

Plaintiffs were given consent to amend and supplement the Petition by Defendant, Integro USA, Inc. d/b/a Integro Insurance Brokers, however Plaintiffs were unable to obtain consent for this filing request from Defendants, Christian Congregation of Jehovah's Witnesses and Watchtower Bible and Tract Society of New York, Inc., thus the need to set this matter for hearing.

Plaintiffs therefore request that this Honorable Court grant leave allowing Plaintiffs to file their First Supplemental and Amended Petition.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

/s/ Tom Thornhill

_____

**TOM W. THORNHILL            #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**