UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | |
| Plaintiff, | |
| | CIVIL ACTION |
| vs. | NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | SECTION "N" MAGISTRATE (1) |
| Defendants. | |

**FIRST SUPPLEMENTAL AND AMENDED PETITION**

The Petition of RACHEL MADDOX AND SHANNON MADDOX, a persons of the full age of majority and residents and domiciliaries of Jefferson Parish, Louisiana, respectfully represents as follows:

**A.**

Paragraph I of the original Petition for Damages is hereby amended and supplemented to add the insurer for the defendants, Watchtower Bible and Tract Society of New York, Inc. and Christian Congregation of Jehovah's Witnesses:

I.

(a) **OLD REPUBLIC INSURANCE COMPANY,** a foreign insurance company, operating and doing business in Louisiana, whose registered agent is the Louisiana

Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana, 70809, who provided insurance policy #MWZY 58892 (a copy of the Declarations page and Schedule of Named Insureds is attached as *Exhibit "A"*) to the Watchtower Bible and Tract Society of New York, Inc. and Christian Congregation of Jehovah's Witnesses, at the time of this accident, which by operation of law and contract stands in the shoes of and must respond for the acts and damages of that defendant;

WHEREFORE, after all due proceedings are had in connection herewith, your Petitioners pray that this First Supplemental and Amending Petition together with a copy of the original Petition be served upon the newly named defendant, OLD REPUBLIC INSURANCE COMPANY, who after having been cited to appear and answer the same, and after a trial on the merits that there be a judgment in favor of the named plaintiffs, RACHEL MADDOX AND SHANNON MADDOX and against each of the named defendants, for general damages, compensatory damages, penalties, exemplary damages, interest, attorney's fees and for all costs of these proceedings. Petitioners, RACHEL MADDOX AND SHANNON MADDOX also pray for general and equitable relief allowable under the facts and premises.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

**/s/ Tom Thornhill**

_____

**TOM W. THORNHILL     #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**

Page -2-