**OLD REPUBLIC** INSURANCE COMPANY
Greensburg, Pennsylvania
A Stock Company

COMMERCIAL GENERAL LIABILITY DECLARATIONS

| POLICY NUMBER | POLICYHOLDER SERVICE OFFICE: | PRODUCER #372 |
|---|---|---|
| MWZY 58892 | Old Republic Risk Management, Inc. | Integro Insurance Brokers |
| MWZY 58611 | 445 South Moorland Road, Suite 300 | New York, NY |
| RENEWAL OF NUMBER | Brookfield, WI 53005 | |
| | (877) 797-3400 | |

NAMED INSURED AND MAILING ADDRESS:
Watchtower Bible and Tract Society of New York, Inc. (See Form ORRM 2008)
25 Columbia Heights
Brooklyn, NY 11201

POLICY PERIOD: FROM   11-1-10   TO   11-1-11   AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| EACH OCCURRENCE LIMIT | $ 5,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 5,000,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 0 | Any one person |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ 5,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 5,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 5,000,000 | |

**RETROACTIVE DATE (CG 00 02 ONLY)**

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE:   None
(ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

**DESCRIPTION OF BUSINESS**

FORM OF BUSINESS:
☐ INDIVIDUAL   ☐ JOINT VENTURE   ☐ LIMITED LIABILITY COMPANY
☒ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING   ☐ PARTNERSHIP   ☐ TRUST
A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)
BUSINESS DESCRIPTION:   Corporate organization behind the religious group Jehovah's Witnesses

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

| LOCATION NUMBER | ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
|---|---|
| | On File With Company in addition to those on file with First Named Insured |

**CLASSIFICATION AND PREMIUM**

| LOCATION NUMBER | CLASSIFICATION | CODE NO. | PREMIUM BASE | RATE Prem/Ops | RATE Prod/Comp Ops | ADVANCE PREMIUM Prem/Ops | ADVANCE PREMIUM Prod/Comp Ops |
|---|---|---|---|---|---|---|---|
| | On File With Company | | $ | $ | $ | $ ████ | $ Included |

STATE TAX OR OTHER (IF APPLICABLE)   $ ████
TOTAL PAYABLE (SUBJECT TO AUDIT)   $ ████

TOTAL SHOWN IS PAYABLE:   $ ████   AT INCEPTION   $   AT EACH ANNIVERSARY (IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS)

AUDIT PERIOD (IF APPLICABLE)   ☐ ANNUALLY   ☐ SEMI-ANNUALLY   ☐ QUARTERLY   ☐ MONTHLY

**ENDORSEMENTS**

ENDORSEMENTS ATTACHED TO THIS POLICY:   See Forms Index

THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

Countersigned (Date):   11-4-10   By (Authorized Representative): _____
11-04-10

CG DEC GN 0000 08 06   Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2000

Page 1 of 1

Integro's Response to RFP # 1 005


EXHIBIT A

## OLD REPUBLIC INSURANCE COMPANY

It is hereby agreed that Named Insured shall include the following:

### SCHEDULE OF NAMED INSUREDS

Watchtower Bible and Tract Society of New York, Inc.
Watch Tower Bible and Tract Society of Pennsylvania
Watchtower Bible and Tract Society of Florida, Inc.
Watchtower Bible and Tract Society of New Jersey, Inc.
USB Services, Inc.
Christian Congregation of Jehovah's Witnesses
Kingdom Support Services, Inc.
Religious Order of Jehovah's Witnesses
Resurrection Park Association, Inc.
Valley Farms Corporation
Regional Building Committee of Jehovah's Witnesses, Inc.
Congregacion Cristiana De Los Testigos De Jehova De Puerto Rico, Inc.
USB Special Inspection Agency
1989 Circuit Leasing Corporation
All of the entities that own Kingdom Halls, Assembly Halls, or that constitute congregations of Jehovah's Witnesses as recognized by the First Named Insured and kept on file at the First Named Insured's offices.
Any subsidiary, associated or affiliated company, corporation, partnership, limited liability corporation, or entity of any Insured as now or hereafter constituted, as their interest may appear.

ORRM 2009