UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) |
| INC., WESTWEGO CONGREGATION OF | ) |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) |
| VICTOR, KATHY VICTOR | ) |
| Defendants. | ) |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that hearing on Plaintiffs' Motion for Leave to file First Supplemental and Amended Petition will be heard on the **17th** day of **October, 2012**, at **9:30 A.M.** at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as counsel can be heard.

**Respectfully submitted,**

**THORNHILL LAW FIRM, L.C.**

**/s/ Tom Thornhill**

_____
**TOM W. THORNHILL       #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010; (985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**