UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION AND MEMORANDUM TO DISMISS DEFENDANT, INTEGRO USA, INC. D/B/A INTEGRO INSURANCE BROKERS WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, RACHEL MADDOX and SHANNON MADDOX, respectfully notifying this Honorable Court that it has been brought to their attention that the Defendant, Integro USA, Inc. d/b/a Integro Insurance Brokers should be dismissed without prejudice. Plaintiffs have today requested leave to file their First Supplemental and Amended Petition naming the correct insurer, Old Republic Insurance Company. Plaintiffs therefore request that this Honorable Court dismiss Defendant, Integro USA, Inc. d/b/a Integro Insurance Brokers without prejudice, each party to bear their own costs.

Respectfully submitted,

**THORNHILL LAW FIRM, A PLC**

**/s/ Tom Thornhill**

_____
**TOM W. THORNHILL           #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**