Tom Schedler
Secretary of State

State of Louisiana
Secretary of State



**COMMERCIAL DIVISION**
225.925.4704

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES | Non-Profit Corporation or Co-op (Non-Louisiana) | PATTERSON | Active |

**Business:** CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES
**Charter Number:** 36134766X
**Registration Date:** 3/8/2006
**State Of Origin:**

**Domicile Address**
2821 ROUTE 22
PATTERSON, NY 12563

**Mailing Address**
2821 ROUTE 22
PATTERSON, NY 12563

**Principal Business Office**
2821 ROUTE 22
PATTERSON, NY 12563

**Registered Office in Louisiana**
3523 HARRIS DRIVE
BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
3523 HARRIS DRIVE
BATON ROUGE, LA 70816

## Status

| | |
|---|---|
| Status: | Active |
| Annual Report Status: | In Good Standing |
| Qualified: | 3/8/2006 |
| Last Report Filed: | 2/16/2012 |
| Type: | Non-Profit Corporation or Co-op (Non-Louisiana) |

## Registered Agent(s)

| | |
|---|---|
| Agent: | STANLEY SINGLETARY |
| Address 1: | 3523 HARRIS DRIVE |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 3/8/2006 |

## Officer(s)

**Additional Officers:** No

| | |
|---|---|
| Officer: | CHARLES I. WOODY |
| Title: | President, Director |
| Address 1: | 2821 ROUTE 22 |

| | |
|---|---|
| City, State, Zip: | PATTERSON, NY 12563 |
| Officer: | ROBERT CIRANKO |
| Title: | Vice-President, Director |
| Address 1: | 25 COLUMBIA HEIGHTS |
| City, State, Zip: | BROOKLYN, NY 11201 |
| Officer: | JOEL C. ADAMS |
| Title: | Vice-President, Director |
| Address 1: | 2821 ROUTE 22 |
| City, State, Zip: | PATTERSON, NY 12563 |
| Officer: | WILLIAM H. NONKES |
| Title: | Secretary/Treasurer, Director |
| Address 1: | 2821 ROUTE 22 |
| City, State, Zip: | PATTERSON, NY 12563 |
| Officer: | MERTON V. CAMPBELL |
| Title: | Director |
| Address 1: | 2821 ROUTE 22 |
| City, State, Zip: | PATTERSON, NY 12563 |
| Officer: | STANLEY F. WEIGEL |
| Title: | Director |
| Address 1: | 2821 ROUTE 22 |
| City, State, Zip: | PATTERSON, NY 12563 |
| Officer: | ANTHONY GRIFFIN |
| Title: | Director |
| Address 1: | 2821 ROUTE 22 |
| City, State, Zip: | PATTERSON, NY 12563 |

## Amendments on File

**No Amendments on file**

[ Print ]