UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
|     vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
|     Defendants. | ) | |

**UNOPPOSED MOTION TO CONTINUE PRELIMINARY CONFERENCE**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, RACHEL MADDOX

and SHANNON MADDOX, respectfully requesting this Honorable Court to continue the currently

scheduled Preliminary Conference.  Pursuant to this Honorable Court's Scheduling Order [Rec. Doc.

No. 27], a Preliminary Conference is currently scheduled for October 16, 2012 at 11:00 a.m.

Plaintiffs have recently filed a Motion for Leave to file a Supplemental and Amended Petition [Rec.

Doc. No. 28] which is noticed for submission on October 17, 2012 at 9:30 a.m.  Defendant,

CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, opposes said motion [Rec. Doc.

No. 30].  Plaintiffs request this Honorable Court to continue the currently scheduled Preliminary

Conference until a decision on the Motion for Leave is finalized so that all parties to this litigation

can be a part of the Preliminary Conference at a later date.  Undersigned counsel has been informed

by counsel for Defendants that they have no objection to this request.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**

---

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

**/s/ Tom Thornhill**
_____
**TOM W. THORNHILL          #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**