UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE
MEMORANDUM IN REPLY TO
OPPOSITION TO MOTION FOR LEAVE TO AMEND COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Rachel Maddox and Shannon Maddox, who pursuant to Local Rule 7.2 and 7.4 respectfully request leave of court to file the attached proposed Memorandum in Reply to Opposition to Motion for Leave to Amend Complaint. Plaintiffs' proposed memorandum is being filed in response to Defendants' recently-filed Opposition to Motion for Leave to Amend Complaint (Rec. Doc. 30). Plaintiffs submit that their Memorandum briefly addresses a legal argument made by Defendants in their Opposition, and thus will be of assistance to this Court in its consideration of the subject Motion.

WHEREFORE, Plaintiffs pray for an Order granting this Motion for Leave and allowing them to file their attached Memorandum in Reply to Opposition to Motion for Leave to Amend Complaint.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

/s/ Tom Thornhill
_____
**TOM W. THORNHILL            #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

*/s/ Tom Thornhill*
_____
**Tom W. Thornhill**