UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**ORDER ON MOTION FOR LEAVE TO FILE
MEMORANDUM IN REPLY TO OPPOSITION
TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering the foregoing Motion:

IT IS ORDERED that Plaintiffs, be and are hereby granted leave to file their Memorandum in Reply to Opposition to Motion for Leave to Amend Complaint.

New Orleans, Louisiana, this _____ day of October, 2012.

_____
JUDGE