UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | |
| Plaintiff, | |
| | CIVIL ACTION |
| vs. | NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | SECTION "N"  MAGISTRATE (1) |
| Defendants. | |

**ORDER ON MOTION FOR LEAVE TO FILE
MEMORANDUM IN REPLY TO OPPOSITION
TO MOTION FOR LEAVE TO AMEND COMPLAINT**

Considering the foregoing Motion:

IT IS ORDERED that Plaintiffs, be and are hereby granted leave to file their Memorandum in Reply to Opposition to Motion for Leave to Amend Complaint.

New Orleans, Louisiana, this __15th__ day of October, 2012.



_____
JUDGE