UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| **RACHEL MADDOX AND SHANNON MADDOX** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NO. 12-1641** |
| | * | |
| **INTEGRO USA, INC. d/b/a INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEOHVAH'S WITNESSES, INC., PATRICK VICTOR AND KATHY VICTOR** | * * * * * * * * | **SECTION: "N"** **MAGISTRATE: (1)** |

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

    Plaintiffs, Rachel Maddox and Shannon Maddox, sued Integro USA, Inc. d/b/a Integro Insurance Brokers (hereafter "Integro") as a putative insurer of the other defendants in this action under the Louisiana Direct Action Statute, La. R.S. 22:1265. As discussed below, Plaintiffs claims against Integro should be dismissed because (1) it is undisputed that Integro is not the insurer of any defendant in this lawsuit and (2) it is undisputed that Integro, a broker, is not an insurance company.

    Rachel Maddox and Shannon Maddox sued numerous religious congregations and individuals seeking to recover wrongful death and survival damages arising out of the death of Patsy Maddox. Plaintiffs' claim against Integro is set forth in their Petition for Damages as follows: "[Integro] provided insurance coverage to the religious groups at the time of this

accident, which by operation of law and contract stands in the shoes of and must respond for the acts and damages of the ... defendants." (Record Doc. No. 1-1, pp. 4-15). Plaintiff has admitted that its factual allegations against Integro (that it is an insurer) are simply incorrect. (See Plaintiff's Motion for Leave to File Amended Petition, at Rec. Doc. 28-1). Integro is an insurance broker, not an insurer.

There are no genuine issues of fact that would preclude summary judgment regarding the claims of Plaintiffs against Integro. Integro respectfully requests that all claims by Plaintiffs against Integro be summarily dismissed with prejudice.

Respectfully submitted:
**KEAN MILLER LLP**

*/s/ Brett F.*

**MICHAEL A. MCGLONE (#9318)**
**BRETT P. FENASCI (#29858)**
909 Poydras Street, Suite 1450
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585 3051
ATTORNEYS FOR INTEGRO USA, INC. D/B/A
INTEGRO INSURANCE BROKERS

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 16th day of October, 2012. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.

*/s/ Brett F.*