UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX AND SHANNON MADDOX | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 12-1641 |
| | * | |
| INTEGRO USA, INC. d/b/a INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEOHVAH'S WITNESSES, INC., PATRICK VICTOR AND KATHY VICTOR | * | SECTION: "N"<br><br>MAGISTRATE: (1) |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion for Summary Judgment is set for submission before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on October 31, 2012 at 9:30 A.M.

Respectfully submitted:
KEAN MILLER LLP

_____
MICHAEL A. MCGLONE (#9318)
BRETT P. FENASCI (#29858)
909 Poydras Street, Suite 1450
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585 3051
ATTORNEYS FOR INTEGRO USA, INC. D/B/A
INTEGRO INSURANCE BROKERS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 16th day of October, 2012. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.

_____