AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| RACHEL MADDOX ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 12-1641 "N"(1) |
| INTEGRO USA, INC. ET AL | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Old Republic Insurance Company

SERVED ON
TOM SCHEDLER
OCT 19 2012
SECRETARY OF STATE
COMMERCIAL DIVISION

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tom W. Thornhill
Thornhill Law Firm
1308 Ninth St.
Slidell, LA 70458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: Oct 17 2012

Deputy clerk's signature

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-1641 "N"(1)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Julie Nesbitt , who is
designated by law to accept service of process on behalf of *(name of organization)* OLD Republic
Insurance Co.    on *(date)* Oct 19, 2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: Oct 19, 2012

*Linda Rodriguez*
Server's signature

Linda Rodriguez (Champion Express)
Printed name and title

3090 Gause Blvd, Slidell, La. 70461
Server's address

Additional information regarding attempted service, etc: