UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1641 |
| INTEGRO USA, INC., ET AL | SECTION "N"  (1) |

## ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed eight days prior to the noticed submission date.  No memorandum in opposition to the following motion, noticed for submission on October 31, 2012, was filed:

**"Motion for Summary Judgment" (Rec. Doc. 37)**, filed by defendant

Integro, USA, Inc.;

Further, the Court finds that the motion has merit.  Accordingly,

**IT IS ORDERED** that the above motion is hereby **GRANTED**, and the plaintiffs' claims against Integro, USA, Inc. are hereby **DISMISSED** with prejudice.

A motion for reconsideration of this Order, if any, must be filed within twenty-eight days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving

for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing on the motion for reconsideration.

New Orleans, Louisiana, this 31st day of October 2012.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**