UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1641 |
| INTEGRO USA, INC., ET AL | SECTION "N"  (1) |

## O R D E R

  Considering this Court's Order and Reasons dated October 31, 2012 (Rec. Doc. 42), in which the Court dismissed the plaintiffs' claims against Integro, USA, Inc. with prejudice,

  **IT IS ORDERED** that the **"Plaintiffs' Motion and Memorandum to Dismiss Defendant Integro USA, Inc. d/b/a Integro Insurance Brokers Without Prejudice" (Rec. Doc. 29)**, is hereby **DENIED AS MOOT**.

  New Orleans, Louisiana, this 2nd day of November 2012.

                _____
                **KURT D. ENGELHARDT**
                **UNITED STATES DISTRICT JUDGE**