UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS'
SECOND SUPPLEMENTAL AND AMENDED PETITION**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, who respectfully request leave to file the annexed Second Supplemental and Amended Petition.

Counsel for Plaintiffs have contacted counsel for Defendants who objects to Plaintiffs filing the annexed Second Supplemental and Amended Petition requesting a jury trial, therefore Plaintiff's counsel has included a Notice of Submission. Accordingly, movers herein pray that this Court grant leave to file the attached Second Supplemental and Amended Petition.

                              **Respectfully submitted,**

                              **THORNHILL LAW FIRM, A PLC**

                              /s/ Tom Thornhill

                              _____
                              **TOM W. THORNHILL          #12776**
                              **1308 Ninth Street**
                              **Slidell, Louisiana 70458**
                              **(985) 641-5010**
                              **(985) 641-5011 fax**
                              **tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

                /s/ Tom Thornhill
            _____
                **Tom W. Thornhill**