UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION |
| | ) |
| vs. | ) NO. 12-1641 |
| | ) |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) |
| INC., WESTWEGO CONGREGATION OF | ) |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) |
| VICTOR, KATHY VICTOR | ) |
| Defendants. | ) |

## ORDER

Considering the foregoing Motion for Leave To File Plaintiffs' Second Supplemental and Amended Petition;

**IT IS HEREBY ORDERED** that the same be filed of record.

**THUS DONE AND SIGNED** at New Orleans, Louisiana this _____ day of _____, 2012.

_____
JUDGE