UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) | CIVIL ACTION |
| ) <br> vs. ) | NO. 12-1641 |
| ) <br> INTEGRO USA, INC., INTEGRO INSURANCE ) <br> BROKERS, CHRISTIAN CONGREGATION OF ) <br> JEHOVAH'S WITNESSES, WATCHTOWER ) <br> BIBLE AND TRACT SOCIETY OF NEW YORK, ) <br> INC., WESTWEGO CONGREGATION OF ) <br> JEHOVAH'S WITNESSES, INC., PATRICK ) <br> VICTOR, KATHY VICTOR ) <br> Defendants. ) | SECTION "N" <br><br> MAGISTRATE (1) |

**SECOND SUPPLEMENTAL AND AMENDED PETITION**

The Petition of Rachel Maddox and Shannon Maddox, persons of the full age of majority and residents and domiciliaries of Jefferson Parish, Louisiana, respectfully represents as follows:

1.

Paragraph (XXVIII) of the original Petition for Damages and Wrongful Death and Survival Action is hereby amended and supplemented to clarify that Petitioners request a trial by jury.

WHEREFORE, renewing and reiterating all the allegations and prayer of the original Petition for Damages and Wrongful Death and Survival Action as well as the First Supplemental and Amended Petition, as supplemented and amended in the above particulars, after all due proceedings are had in connection herewith, your Plaintiffs pray that this Second Supplemental and Amended Petition together with a copy of the original Petition for Damages and Wrongful Death and Survival

Action and First Supplemental and Amended Petition be served upon the Defendants, Christian Congregation of Jehovah's Witnesses, Inc., Old Republic Insurance Company and Watchtower Bible & Tract Society of New York, Inc., who after having been cited to appear and answer the same, and after a trial on the merits that there be a judgment in favor of the named Plaintiffs, Rachel Maddox and Shannon Maddox, and against each of the named Defendants, for general damages, compensatory damages, penalties, exemplary damages, interest, attorney's fees and for all costs of these proceedings.  Plaintiffs, Rachel Maddox and Shannon Maddox, also pray for general and equitable relief allowable under the facts and premises.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this 12th day of December, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.<br><br>/s/ Tom Thornhill<br>_____<br>**Tom W. Thornhill** | **Respectfully submitted,**<br><br>**THORNHILL LAW FIRM, A PLC**<br><br>**/s/ Tom Thornhill**<br><br>_____<br>**TOM W. THORNHILL      #12776**<br>**1308 Ninth Street**<br>**Slidell, Louisiana 70458**<br>**(985) 641-5010**<br>**(985) 641-5011 fax**<br>**tom@thornhilllawfirm.com** |

Page -2-