UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that the hearing on Plaintiffs' Motion for Leave to File Second Supplemental and Amended Petition will be heard on the **9th** day of **January, 2013**, at **9:30 A.M.** at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as counsel can be heard.

Respectfully submitted,

THORNHILL LAW FIRM, L.C.

/s/ Tom Thornhill

_____
**TOM W. THORNHILL       #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010; (985) 641-5011 fax**
tom@thornhilllawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2012, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**