AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX <br><br> *Plaintiff(s)* <br> v. <br> CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, ET AL <br><br> *Defendant(s)* | ) ) ) ) ) ) )  Civil Action No. 12-1641   N (1) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ~~Christian Congregation of Jehovah's Witnesses, Watchtower Bible and Tract Society of New York, Inc., Westwego Congregation of Jehovah's Witnesses, Inc., and~~ Old Republic Insurance Company, through their attorney of record,
Ted M. Mitchell
2955 Ridgelake Drive, Suite 207
Metairie, LA 70002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thornhill Law Firm, A PLC
Tom W. Thornhill
1308 Ninth Street
Slidell, LA 70458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Jan 15 2013__

Loretta G. Whyte
*Clerk of Court*

*[signature]*
*Deputy Clerk signature*

*[Seal: United States District Court, District of Louisiana]*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ted M. Mitchell
was received by me on *(date)* Jan 17, 2013.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ann Mitchell , who is
designated by law to accept service of process on behalf of *(name of organization)* Old Republic
Insurance Co on *(date)* Jan 17, 2013; @ 10:02 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Jan 17, 2013

_____
Server's signature

Rudy Rodriguez
Printed name and title

3090 Gause Blvd - #241
Slidell, LA 70461
Server's address

Additional information regarding attempted service, etc: