UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, INC.'S
MOTION FOR SUMMARY JUDGMENT

Defendant, Christian Congregation of Jehovah's Witnesses, Inc. moves this Court for Summary Judgment pursuant to Fed R. Civ. Pro. 56 for the reasons set forth in the Memorandum in Support of this Motion.

                                                                        Respectfully submitted,
                                                                         By /s/Ted M. Mitchell
                                                                          Ted M. Mitchell    La. Bar No. 20964
                                                                          2955 Ridgelake Drive, Suite 207
                                                                          Metairie LA 70002
                                                                          504-236-3966 – voice
                                                                          504-273-2220 – fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 11th day of February 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

                                                                               /s/Ted M. Mitchell