UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR, | ) ) ) ) ) ) ) | SECTION "N" MAGISTRATE (1) |
| | ) | |
| Defendants. | ) | |

OLD REPUBLIC INSURANCE COMPANY'S
MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Defendant Old Republic Insurance Company ("Old Republic") moves this Court for Summary Judgment dismissing Plaintiffs' claims against it because it owed no duty under any of the facts alleged by the Plaintiffs. Old Republic files this motion contemporaneously with the Summary Judgment Motions of Christian Congregation of Jehovah's Witnesses ("Christian Congregation") and Watchtower Bible and Tract Society of New York, Inc. ("Watchtower"), asks the Court to consider them all together, and adopts and incorporates the statements, authorities, and arguments made therein.

I.  PROCEDURAL STATUS

Old Republic adopts the statement of Procedural Status made in the Memorandums in Support of the Summary Judgment Motions of Christian Congregation and Watchtower and incorporates them herein by reference. Old Republic notes only that it was included as a

1

defendant in Plaintiffs' first amended complaint under Louisiana's Direct Action Statute. Document 39, the First Amended Complaint.

## II.  STATEMENT OF ISSUES AND AUTHORITIES.

Old Republic adopts the Statement of Issues and Authorities made by Christian Congregation and Watchtower in their Memorandums in Support of their Summary Judgment Motions and incorporates them herein by reference.  Further stating, Old Republic adds that under the Louisiana Direct Action Statute, its liability is derivative and the only issue is whether Christian Congregation and Watchtower would be liable to Plaintiffs.  The authorities on that issue would be the same authorities cited by Christian Congregation and Watchtower.

## III.  THE STANDARD OF REVIEW
## SUMMARY JUDGMENT STANDARD

Old Republic adopts and incorporates herein by reference the statements made in the Memorandums in Support of the Summary Judgment Motions of Christian Congregation and Watchtower on the standard of review for summary judgment recited in *Fairfield Royalty Corp. v. Island Operating Co., Inc.*, No. 10-3446, 2012 WL 2716414, at 4-5 (E.D. La. July 9, 2012), and *Brown v. Transit Management of Southeast Louisiana, Inc.*, No. 10-2620, 2011 WL 5119017 (E.D. La. Oct. 27, 2011).

## IV.  FACTS

Old Republic adopts and incorporates herein by reference the statement of facts made by Christian Congregation and Watchtower in their Memorandums in Support of their Motions for Summary Judgment.

## V.  ARGUMENT ON THE LAW AND FACTS

Old Republic adopts the arguments made in the Memorandums in Support of the Summary Judgment Motions filed by Christian Congregation and Watchtower.

## CONCLUSION

For all the foregoing reasons and for all the reasons state in the Memorandums in Support of the Summary Judgment Motions filed by Christian Congregation and Watchtower, this Motion for Summary Judgment should be GRANTED, dismissing Old Republic Insurance Company as a defendant with costs taxed to Plaintiffs.

>Respectfully submitted,
>By /s/Ted M. Mitchell
>Ted M. Mitchell      La. Bar No. 20964
>2955 Ridgelake Drive, Suite 207
>Metairie LA 70002
>504-236-3966 – voice
>504-273-2220 – fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 11th day of February 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.                                                        /s/Ted M. Mitchell