UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RACHEL MADDOX, SHANNON MADDOX,   )
       )
     Plaintiff,   )     CIVIL ACTION
       )
     vs.   )     NO. 12-1641
       )
INTEGRO USA, INC., INTEGRO INSURANCE   )     SECTION "N"
BROKERS, CHRISTIAN CONGREGATION OF   )
JEHOVAH'S WITNESSES, WATCHTOWER   )     MAGISTRATE (1)
BIBLE AND TRACT SOCIETY OF NEW YORK, )
INC., WESTWEGO CONGREGATION OF   )
JEHOVAH'S WITNESSES, INC., PATRICK   )
VICTOR, KATHY VICTOR,   )
       )
     Defendants.   )

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S
MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Defendant Watchtower Bible and Tract Society of New York, Inc. ("Watchtower") moves this Court for Summary Judgment dismissing Plaintiffs' claims against it because it owed no duty under any of the facts alleged by the Plaintiffs. Watchtower files this motion contemporaneously with the summary judgment motion of Christian Congregation of Jehovah's Witnesses ("Christian Congregation"), asks the Court to consider them together, and adopts and incorporates the statements, authorities, and arguments made therein.

## I.  PROCEDURAL STATUS

Plaintiffs sued six defendants for wrongful death and for a survival action in the Twenty-fourth Judicial District Court for the State of Louisiana in Jefferson Parish, which suit was timely removed. Plaintiffs sought remand but this Court denied their motion and dismissed their actions against the local defendants. *See* Documents 1-13 (removal) and Documents 19-26 (remand).

Plaintiffs sued Christian Congregation of Jehovah's Witnesses, Inc., a New York corporation that leased the arena for the District Convention in Mobile; Watchtower, a New York corporation that publishes literature used by Jehovah's Witnesses; Old Republic Ins. Co., defendant's insurance carrier; Integro USA, Inc. d/b/a Integro Insurance Brokers, a foreign corporation that brokered the Old Republic policy (dismissed); Westwego Congregation of Jehovah's Witnesses, Inc., that provided immovable property for Patsy Maddox's local congregation (dismissed); and Patrick and Kathy Victor, whom Patsy Maddox accompanied to the Convention (dismissed).   See Document 26 ordering dismissal of local defendants.

Plaintiffs recently amended their complaint a second time, "renewing and reiterating" their prior allegations, and adding a demand for a jury trial.  The remaining defendants have answered the Second Amended Complaint; in which they added the affirmative defenses that under Alabama law Plaintiffs have no cause of action for wrongful death because they have not sued in a proper Alabama venue and they have no survival action under Alabama law because contributory negligence cuts off their mother's claim for personal injury damages.  Discovery was conducted by Integro USA, Inc., and initial disclosures have been made.  Discovery is unnecessary to show that Plaintiffs propose a remedy that lacks a legal duty.

## II.  STATEMENT OF ISSUES AND AUTHORITIES.

Watchtower adopts the Statement of Issues and Authorities made by Christian Congregation in its Memorandum in Support of its Motion for Summary Judgment and incorporates it herein by reference.  Further stating, Watchtower adds:

### A.  ISSUES

Plaintiffs alleged the existence of a "heightened" duty owed by "the defendants," as a group, to protect Patsy Maddox (and those similarly situated) from being exposed to the risks of

2

climbing stairs at the convention, and alleged that defendants breached that duty.  Petition, ¶¶ IV, XVII, Document 13-1, pp. 2, 5 (hereafter referred to as "Petition, ¶ ___, p. __") alleged that Patsy Maddox and others similarly situated were under defendants' "care."[1]  However, Watchtower had nothing to do with organizing the convention and never had custody of the convention premises.

Therefore, the only issue for this Motion for Summary Judgment is "How could Plaintiffs demonstrate a duty owed by Watchtower to their mother, Patsy Maddox, when Watchtower had no custody or control over the premises where she was injured?"

### B.  AUTHORITIES

Morris and Holmes, *Business Organizations* §7.01 *in* 7 LOUISIANA CIVIL LAW TREATISE 267 (1999).  "Corporations really do not have any uniform or inherent 'nature.'"  Therefore, corporations cannot act without the agency of natural persons.

The authorities cited in Christian Congregation's Memorandum in Support of its Motion for Summary Judgment establish that under neither Alabama law nor Louisiana law have Plaintiffs established a basis for a legal duty under which to hold the defendants liable for their mother's injuries.

### III.  THE STANDARD OF REVIEW
### SUMMARY JUDGMENT STANDARD

Watchtower adopts and incorporates herein by reference the statement made in Christian Congregations Memorandum in Support of its Motion for Summary Judgment of the standard of review for summary judgment recited in *Fairfield Royalty Corp. v. Island Operating Co., Inc.*,

---

[1] Plaintiffs also alleged certain Louisiana statutory causes of action that could not possibly apply because Plaintiffs have not alleged how any of those statutes created a duty in this case.  Plaintiffs made conclusory allegations that "the defendants" owed statutorily imposed duties for safety, but alleged no facts how duties imposed by Louisiana law had any effect for a public event held in Alabama.  They also alleged violations of the Americans with Disabilities Act but made no showing under the ADA for relief.

No. 10-3446, 2012 WL 2716414, at 4-5 (E.D. La. July 9, 2012), and *Brown v. Transit Management of Southeast Louisiana, Inc.*, No. 10-2620, 2011 WL 5119017 (E.D. La. Oct. 27, 2011).

## IV.  FACTS

Watchtower adopts and incorporates herein by reference the statement of facts made in Christian Congregations Memorandum in Support of its Motion for Summary Judgment and adds that:

Defendant Watchtower is a corporation whose primary purpose since 1909 has been publishing Bible-based literature, including some 20 billion pieces in 595 languages during the last decade, and including Bibles published in 116 languages.  Declaration of Stanley F. Weigel included herewith and made a part hereof by incorporation; Declaration of Gary N. Breaux with Exhibits included herewith and made a part hereof by incorporation; see also http://www.jw.org/en/jehovahs-witnesses/ "Fast Facts Worldwide" for the latest publication statistics.  Watchtower had absolutely nothing to do with selecting the site for, organizing, overseeing or conducting the convention, and only provided information about that convention and others in its publications.  Declarations of Weigel and Breaux.

Plaintiffs' only allegations specifically against Watchtower stated that Patsy Maddox was "solicited" through Watchtower and the other defendants "to attend functions, make contributions, travel to conventions, and to regularly participate in the Jehovah's Witnesses (sic)"; that Watchtower was part of an "integrated national organization," and that through this organization Patsy Maddox and people "similarly situated" were solicited to attend District Conventions.  Petition, ¶¶ III, V, pp. 2-3.  Plaintiffs pleaded no other facts on which to make Watchtower liable because there were none.

## V.  ARGUMENT ON THE LAW AND FACTS

Plaintiffs' novel theory of liability does not even reach Watchtower because they merely pleaded that Watchtower was part of an "organization" for common worship.  Plaintiffs can only establish a shared faith, not a legal duty.  Plaintiffs' allegations would make any worshipper or entity in a given religion responsible for every other fellow worshiper because they encourage each other to participate in worship.

Aside from the attempt to make Watchtower liable because it is part of a common faith, but a separate legal entity that had nothing to do with organizing the convention, Plaintiffs have alleged no facts on which they can establish any duty on the part of Watchtower for the health or safety of anyone on the premises used for the convention.  Morris and Holmes, *Business Organizations* §7.01 establishes that corporations have no inherent nature.  They are creatures of the law and must have natural persons conduct their affairs.  The Declarations of Messrs. Weigel and Breax establish that Watchtower had nothing to do with the convention.  There can be no liability on the part of Watchtower for something not in its corporate sphere of operations.

However, in the unlikely event that Plaintiff's allegations reach Watchtower, it asserts the protection of the authorities cited and applied to the facts by Christian Congregation by incorporation as if they were set out here, *in extenso*, and adopts them as applied in the Motion for Summary Judgment filed by Christian Congregation.

CONCLUSION

For all the foregoing reasons, this Motion for Summary Judgment should be GRANTED,

dismissing Watchtower Bible and Tract Society of New York, Inc., as a defendant with costs

taxed to Plaintiffs.      Plaintiffs' theory that Patsy Maddox somehow came under the care of "the

defendants," including Watchtower, cannot be supported in law and no facts now known or that

might be discovered later would change that.

<div style="margin-left:50%">

Respectfully submitted,
By /s/Ted M. Mitchell
Ted M. Mitchell        La. Bar No. 20964
2955 Ridgelake Drive, Suite 207
Metairie LA 70002
504-236-3966 – voice
504-273-2220 – fax

</div>

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the
Clerk of Court using the CM/ECF system this 11th day of February 2013 and notice of this filing
will be sent to all counsel of record by operation of the court's electronic filing system or by
mail.                                   /s/Ted M. Mitchell

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WATCHTOWER CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF STANLEY F. WEIGEL

STANLEY F. WEIGEL, having been duly sworn and deposed, does say under penalty of perjury and attesting that he knows personally each of the following facts, stated as follows:

1. I am of the full age of majority, of sound mind, and reside in the Town of Patterson, Putnam County, New York.

2. I am an Assistant Secretary, an Assistant Treasurer, and a Director of Christian Congregation of Jehovah's Witnesses ("CCJW").

3. CCJW is one of the corporations through which the religious organization known as "Jehovah's Witnesses" collectively administers its activities in the United States.

4. CCJW is a not-for-profit, religious corporation organized and existing under the laws of the State of New York, incorporated on August 21, 2000. It began formal operations in March 2001.

5. Another of the corporations through which the religious organization of Jehovah's Witnesses collectively administers its activities is the New York not-for-profit corporation

known as "Watchtower Bible and Tract Society of New York, Inc." ("Watchtower"), which was incorporated in 1909.

6.     After beginning its operations in 2001, CCJW took over responsibility for sponsoring and supervising all of the tasks connected with annual religious conventions of Jehovah's Witnesses ("district conventions") throughout the United States. CCJW has been handling all of those tasks since 2001. Watchtower publishes religious publications, some of which are distributed at district conventions.

7.     CCJW locates venues at which to hold district conventions, like the one held at the Mitchell Center in Mobile, Alabama, on July 1-3, 2011.

8.     CCJW assigns congregations of Jehovah's Witnesses to attend specific district conventions.

9.     No individual is required to attend the convention to which that person's congregation has been assigned.

10.    Nonetheless, it is expected that most persons associated with a given congregation will attend at least part of the convention to which their congregations were assigned.

11.    It is also expected that some attendees will have special needs. Some elderly and disabled persons cannot sit in seats that require climbing stairs to reach them. Thus, portions of the convention site are reserved for such persons, and seats in the reserved sections are available on a first-come first-served basis.

12.    Once seating in reserved sections is full, persons with special needs must make a decision whether to look for other seating, or leave for that day and return earlier the next day, or leave the convention and attend another convention altogether. That is each attendee's choice to make.

Further Affiant sayeth not.

_____ Page 2 _____

Signed under penalty of perjury this 7TH day of February, 2013.

Respectfully submitted,

By _Stanley F. Weigel_

Stanley F. Weigel
Assistant Secretary/Assistant Treasurer
Christian Congregation
    of Jehovah's Witnesses
2821 Route 22
Patterson, NY 12563-2237

Notary Public, State of New York

My commission expires: 4/4/13

MARK J. BLOEDORN
Notary Public, State of New York
No. 01BL6124975
Qualified in Kings County
Commission Expires 04/04/20 13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WATCHTOWER CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF GARY N. BREAUX

GARY N. BREAUX, having been duly sworn and deposed, does say under penalty of perjury and attesting that he knows personally each of the following facts, stated as follows:

1.      I am of the full age of majority, of sound mind, and reside in the Town of Patterson, Putnam County, New York.

2.      I am an Assistant Secretary, an Assistant Treasurer, and a Director of Watchtower Bible and Tract Society of New York, Inc. ("Watchtower").

3.      Watchtower is one of the corporations through which the religious organization known as "Jehovah's Witnesses" collectively administers its activities in the United States.

4.      Another of the corporations through which the religious organization of Jehovah's Witnesses collectively administers its activities is the New York not-for-profit corporation known as "Christian Congregation of Jehovah's Witnesses ("CCJW"), which was incorporated in 2000. CCJW began operating in March, 2001.

5.      After CCJW began its operations in 2001, Watchtower ceased to be responsible

for the tasks connected with annual religious conventions of Jehovah's Witnesses ("district conventions") throughout the United States. CCJW has been handling all of those tasks since 2001. Watchtower publishes religious publications, some of which are distributed at district conventions.

6.     Those religious publications include "*The Watchtower*".

7.     *The Watchtower* is printed monthly and current editions are available online, at www.jw.org, under the tab, "Publications."

8.     Before 2011, *The Watchtower* contained information about district conventions like the one held in Mobile, Alabama on July 1-3, 2011. In 2011, *The Watchtower* stopped carrying district convention information.

9.     Before 2011 *The Watchtower* published a list of district convention dates and places to be held during the upcoming summer throughout the United States. The March 1, 2010, issue of *The Watchtower* was the last one to publish that list. Attached to this Declaration as Exhibit 1 is a copy of the March 1, 2010, *Watchtower*, pages 30-31, showing the district convention list for that year. In that list is the information for the 2010 conventions in Mobile, Alabama. The list includes district conventions scheduled in Mobile for July 2-4 and August 6-8, 2010.

10.     The March 1, 2011, issue of *The Watchtower* explained that the list of district convention dates and locations would no longer be published in *The Watchtower* but could be found on the jw.org website. Exhibit 2, attached, is a copy of the page with that explanation.

11.     The 2011 district convention information was contained at www.jw.org. In that website, under the tab "About Us" is a section under the tab "Conventions" that shows the locations and dates of upcoming district conventions throughout the world.

12.     In 2011, the website simply contained a list of district conventions, like the list

previously published in *The Watchtower*. Exhibit 3 is a copy of the 2011 list that was on the website.

13.     Watchtower had nothing to do with the 2011 District Conventions of Jehovah's Witnesses, other than to publish the information described above and attached as exhibits.

Further Affiant sayeth not.

Signed under penalty of perjury this 11th day of February, 2013.

Respectfully submitted,

By _____
        Gary N. Breaux

_____
Notary Public, State of New York

My commission expires: 4/4/13

MARK J. BLOEDORN
Notary Public, State of New York
No. 01BL6124975
Qualified in Kings County
Commission Expires 04/04/20 13

# Exhibit 1



MARCH 1, 2010

# THE WATCHTOWER

## ANNOUNCING JEHOVAH'S KINGDOM

# The Bible
## IS IT REALLY
## GOD'S INSPIRED WORD?

# 2010 "REMAIN CLOSE TO JEHOVAH!"
## DISTRICT CONVENTION LOCATIONS

**AMARILLO, TX** Cal Farley Coliseum, Civic Center, 401 S. Buchanan St.
  ENGLISH June 25-27

**AMHERST, MA** The Mullins Center, University of Massachusetts, 200 Commonwealth Ave.
  ENGLISH June 18-20, July 2-4, July 16-18, July 23-25, July 30–August 1
  SPANISH June 25-27, July 9-11

**ANCHORAGE, AK** George M. Sullivan Arena, 1600 Gambell St.
  ENGLISH August 27-29
  Williamson Auditorium, University of Alaska, 3211 Providence Dr.
  SPANISH July 30–August 1

**BAKERSFIELD, CA** Rabobank Arena, 1001 Truxtun Ave.
  ENGLISH May 28-30, June 4-6, July 30–August 1
  SPANISH June 25-27, July 2-4, July 23-25

**BELLEVILLE, MI** Assembly Hall of Jehovah's Witnesses, 43777 Ecorse Rd.
  AMERICAN SIGN LANGUAGE August 13-15

**BELTON, TX** Bell County Expo Center Arena, 301 W. Loop 121
  ENGLISH August 6-8, August 13-15, August 20-22
  SPANISH July 16-18, July 23-25, July 30–August 1

**BILLINGS, MT** MetraPark Arena, 308 6th Ave. N.
  ENGLISH June 4-6

**BIRMINGHAM, AL** BJCC Arena, 19th St. & 9th Ave. N.
  ENGLISH July 2-4

**BISMARCK, ND** Civic Center Arena, 601 E. Sweet Ave.
  ENGLISH July 2-4

**BLOOMINGTON, IL** U.S. Cellular Coliseum, 101 S. Madison St.
  ENGLISH July 2-4
  SPANISH July 9-11

**BOSSIER CITY, LA** CenturyTel Center Arena, 2000 CenturyTel Center Dr.
  ENGLISH July 9-11

**BROOKLYN, NY** Assembly Hall of Jehovah's Witnesses, 973 Flatbush Ave.
  CHINESE August 13-15
  ENGLISH May 21-23, May 28-30, June 4-6, June 18-20, July 9-11, July 16-18, August 20-22, August 27-29, September 3-5
  RUSSIAN August 6-8
  SPANISH June 18-20, June 25-27, July 23-25, July 30–August 1

**CHARLESTON, WV** Civic Center Coliseum, 200 Civic Center Dr.
  ENGLISH July 30–August 1

**CLEVELAND, OH** Wolstein Center, Cleveland State University, Prospect Ave. & E. 21st St.
  ENGLISH July 16-18, July 23-25, August 6-8

**COLUMBIA, MO** Mizzou Arena, One Champions Dr.
  ENGLISH August 6-8

**COLUMBIA, SC** Colonial Life Arena, 801 Lincoln St.
  ENGLISH June 18-20, June 25-27, July 2-4

**COLUMBUS, GA** Civic Center Arena, 400 4th St.
  ENGLISH July 2-4, July 9-11

**CONYERS, GA** Assembly Hall of Jehovah's Witnesses, 125 Glen Rd. NE
  KOREAN July 16-18

**CORAOPOLIS, PA** Assembly Hall of Jehovah's Witnesses, 1630 Spring Run Rd. Ext.
  GREEK July 2-4

**CORPUS CHRISTI, TX** AmericanBank Center Arena, 1901 N. Shoreline Blvd.
  ENGLISH August 20-22

**CYPRESS, TX** Richard E. Berry Center Arena, 8877 Barker Cypress Rd.
  ENGLISH June 25-27, July 2-4, July 9-11, July 16-18

**DALTON, GA** NW Georgia Trade & Convention Center Arena, 2211 Dug Gap Battle Rd.
  SPANISH July 2-4, July 9-11, July 23-25

**DAYTON, OH** Ervin J. Nutter Center, Wright State University, 3640 Colonel Glenn Hwy.
  ENGLISH July 2-4, July 9-11, July 23-25, July 30–August 1

**DE KALB, IL** Convocation Center, Northern Illinois University, 1525 W. Lincoln Hwy.
  ENGLISH June 18-20, June 25-27, July 16-18, July 23-25, July 30–August 1, August 6-8, August 13-15

**DENTON, TX** Assembly Hall of Jehovah's Witnesses, 14542 Hwy. 380 W.
  AMERICAN SIGN LANGUAGE August 6-8

**DES MOINES, IA** Veterans Memorial Auditorium Arena, 833 5th Ave.
  ENGLISH July 9-11

**DULUTH, GA** The Arena at Gwinnett Center, 6400 Sugarloaf Pkwy.
  ENGLISH July 2-4, July 9-11, July 23-25

**EVANSVILLE, IN** Roberts Stadium, 2600 Division St.
  ENGLISH June 11-13, June 18-20

**FAIRFIELD, CA** Assembly Hall of Jehovah's Witnesses, 2020 Walters Rd.
  AMERICAN SIGN LANGUAGE July 2-4
  CHINESE July 23-25
  KOREAN August 20-22
  PORTUGUESE August 13-15
  RUSSIAN July 30–August 1
  TAGALOG July 9-11, July 16-18
  VIETNAMESE August 6-8

**FORT SMITH, AR** Convention Center Exhibit Hall, 800 Rogers Ave.
  ENGLISH June 4-6, July 2-4
  SPANISH June 11-13, June 18-20

**FORT WORTH, TX** Convention Center, 1111 Houston St.
  ENGLISH July 9-11, July 23-25, August 20-22
  SPANISH June 18-20, June 25-27, July 2-4

**GAINESVILLE, FL** Stephen C. O'Connell Center Arena, University of Florida, Gale Lemerand Dr. & W. University Ave.
  ENGLISH July 2-4, July 30–August 1

**GREEN BAY, WI** Resch Center, 1901 S. Oneida St.
  ENGLISH May 28-30

**HAMPTON, VA** Coliseum, 1000 Coliseum Dr.
  ENGLISH July 2-4, July 9-11

**HUNTSVILLE, AL** Von Braun Center Arena, 700 Monroe St. SW
  ENGLISH June 25-27, July 9-11
  SPANISH July 2-4

**JACKSON, MS** Mississippi Coliseum, 1207 Mississippi St.
  ENGLISH June 4-6, June 11-13

**JERSEY CITY, NJ** Assembly Hall of Jehovah's Witnesses, 2932 John F. Kennedy Blvd.
  AMERICAN SIGN LANGUAGE August 20-22
  ENGLISH May 21-23, May 28-30, June 18-20, June 25-27, August 27-29 (HINDI sessions also)
  FRENCH July 9-11, July 16-18
  KOREAN July 30–August 1
  PORTUGUESE July 23-25
  SPANISH June 4-6, June 11-13, August 6-8, August 13-15
  JAPANESE (ANNEX 2ND FLOOR) July 2-4

**JOHNSON CITY, TN** Freedom Hall Civic Center Arena, 1320 Pactolas Rd.
  ENGLISH June 11-13, June 25-27

**KANSAS CITY, MO** Kemper Arena, 1800 Genessee St.
  ENGLISH June 4-6
  SPANISH June 11-13

**KATY, TX** Leonard E. Merrell Center, 6301 S. Stadium Ln.
  ENGLISH June 11-13, June 18-20, June 25-27, July 2-4, July 9-11

**KENNEWICK, WA** Toyota Center, 7100 W. Quinault Ave.
  ENGLISH July 2-4, July 9-11, July 16-18
  SPANISH June 25-27

**KISSIMMEE, FL** Silver Spurs Arena, 1875 Silver Spur Ln.
  ENGLISH July 16-18, July 23-25, August 27-29, September 3-5, September 10-12
  SPANISH August 6-8, August 13-15, August 20-22

**LA FERIA, TX** Assembly Hall of Jehovah's Witnesses, 1601 S. Parker Rd.
  ENGLISH July 9-11
  SPANISH June 11-13, June 18-20, June 25-27, July 2-4, July 16-18, July 23-25, July 30–August 1, August 6-8

**LAKE CHARLES, LA** The Burton Memorial Coliseum, McNeese State University, 7001 Gulf Hwy.
  ENGLISH July 23-25, July 30–August 1

**LAREDO, TX** Laredo Entertainment Center Arena, 6700 Arena Blvd.
SPANISH June 11-13

**LAS CRUCES, NM** Pan American Center, New Mexico State University, Payne & Stewart Sts.
SPANISH June 25-27, July 2-4

**LINCOLN, NE** Bob Devaney Sports Center, University of Nebraska, 16th St. & Military Rd.
ENGLISH July 2-4

**LONG BEACH, CA** Convention Center Arena, 300 E. Ocean Blvd.
ENGLISH May 28-30, June 4-6, June 11-13, June 18-20, July 2-4, August 6-8, August 13-15 (PERSIAN sessions also)
SPANISH June 25-27, July 16-18, July 30–August 1, August 20-22, August 27-29, September 3-5, September 10-12

**LOVELAND, CO** Budweiser Events Center, The Ranch, 5290 Arena Cir.
ENGLISH June 11-13, June 25-27, July 9-11
SPANISH June 18-20

**LUBBOCK, TX** City Bank Coliseum, 2732 Drive of Champions
SPANISH June 25-27

**MACON, GA** Macon Marriott City Center, 240 Coliseum Dr.
ENGLISH July 9-11
SPANISH June 18-20, June 25-27

**MIRA LOMA, CA** Assembly Hall of Jehovah's Witnesses, 3300 Cornerstone Dr.
TAGALOG July 30–August 1

**MOBILE, AL** Civic Center Arena, 401 Civic Center Dr.
ENGLISH July 2-4, August 6-8

**NATICK, MA** Assembly Hall of Jehovah's Witnesses, 85 Bacon St.
PORTUGUESE July 16-18

**NEWBURGH, NY** Assembly Hall of Jehovah's Witnesses, 23 Unity Pl.
ENGLISH June 11-13, June 18-20, July 9-11, July 16-18, June 23-25, July 30–August 1, August 6-8, August 13-15, August 20-22, August 27-29
SPANISH June 25-27, July 2-4

**NORCO, CA** Assembly Hall of Jehovah's Witnesses, 1001 Parkridge Ave.
AMERICAN SIGN LANGUAGE July 9-11
ARABIC July 2-4
ARMENIAN July 30–August 1
FRENCH August 20-22
JAPANESE August 6-8
KOREAN July 23-25

**OGDEN, UT** Dee Events Center, 4450 S. Harrison Blvd.
ENGLISH July 2-4
SPANISH June 25-27

**PINE BLUFF, AR** Convention Center Arena, 500 E. 8th Ave.
ENGLISH June 18-20, June 25-27, July 2-4

**PLANT CITY, FL** Assembly Hall of Jehovah's Witnesses, 1904 N. Frontage Rd.
AMERICAN SIGN LANGUAGE July 30–August 1
FRENCH July 23-25
PORTUGUESE August 6-8

**PORTLAND, ME** Cumberland County Civic Center, 1 Civic Center Sq.
ENGLISH May 28-30, June 4-6

**PORTLAND, OR** Veterans Memorial Coliseum Arena, One Center Ct.
ENGLISH May 28-30, July 2-4
SPANISH June 18-20, June 25-27

**PUEBLO, CO** Colorado State Fair Events Center, 1001 Beulah Ave.
ENGLISH June 11-13, July 2-4
SPANISH June 18-20

**PUYALLUP, WA** Assembly Hall of Jehovah's Witnesses, 11515 62 Ave. E.
KOREAN August 6-8

**QUEENS, NY** Assembly Hall of Jehovah's Witnesses, 44-17 Greenpoint Ave.
ENGLISH May 21-23, May 28-30, June 18-20, June 25-27, August 6-8, August 13-15, August 20-22, August 27-29
ITALIAN July 16-18
SPANISH June 4-6, June 11-13, July 2-4, July 9-11, July 23-25, July 30–August 1

**RALEIGH, NC** RBC Center, 1400 Edwards Mill Rd.
ENGLISH July 30–August 1, August 6-8

**READING, PA** Sovereign Center Arena, 700 Penn St.
ENGLISH June 18-20, June 25-27, July 2-4, July 23-25, July 30–August 1, August 6-8, August 13-15, August 20-22

**RICHMOND, VA** Coliseum, 601 E. Leigh St.
ENGLISH June 25-27, July 2-4, July 16-18, July 23-25
SPANISH July 9-11

**RIO RANCHO, NM** Santa Ana Star Center, 3001 Civic Center Dr.
ENGLISH July 2-4, July 16-18

**ROANOKE, VA** Civic Center Coliseum, 710 Williamson Rd. NE
ENGLISH July 2-4

**ROCHESTER, MN** Taylor Arena, Mayo Civic Center, 30 Civic Center Dr. SE
ENGLISH July 9-11, July 23-25, July 30–August 1, August 6-8
SPANISH July 16-18

**ROCHESTER, NY** Blue Cross Arena, Broad & Exchange Sts.
ENGLISH July 2-4, July 16-18, August 13-15

**ROME, GA** The Forum Civic Center, 301 Tribune St.
ENGLISH July 23-25, August 6-8, August 20-22

**ROMEOVILLE, IL** Assembly Hall of Jehovah's Witnesses, 800 N. Schmidt Rd.
POLISH August 20-22
SPANISH July 2-4, July 9-11, July 16-18, July 23-25, July 30–August 1, August 6-8, August 13-15

**SACRAMENTO, CA** Sacramento Convention Center, 1400 J. St.
ENGLISH May 28-30, June 4-6, July 9-11, July 23-25, August 13-15, August 20-22
SPANISH June 25-27, July 2-4

**SAGINAW, MI** The Dow Events Center Arena, 303 Johnson St.
ENGLISH July 16-18, July 23-25, July 30–August 1

**ST. CHARLES, MO** The Family Arena, 2002 Arena Pkwy.
ENGLISH July 2-4, July 9-11

**ST. GEORGE, UT** Burns Arena, Dixie State College, 400 S. & 700 E.
ENGLISH July 9-11, July 16-18
SPANISH July 23-25, July 30–August 1

**ST. LOUIS, MO** Assembly Hall of Jehovah's Witnesses, 953 Laredo Ave.
KOREAN July 16-18

**SALEM, OR** Oregon State Fair & Expo Center Pavilion, 2330 17th St. NE
ENGLISH June 18-20, June 25-27, July 2-4

**SALISBURY, NC** Assembly Hall of Jehovah's Witnesses, 3401 Old Concord Rd.
AMERICAN SIGN LANGUAGE June 25-27
FRENCH July 2-4

**SAN DIEGO, CA** Qualcomm Stadium, 9449 Friars Rd.
ENGLISH and SPANISH May 28-30

**SAN FRANCISCO, CA** Cow Palace, 2600 Geneva Ave.
ENGLISH June 18-20, June 25-27, July 2-4
SPANISH July 9-11, July 16-18

**TACOMA, WA** Tacoma Dome, 2727 East D St.
ENGLISH July 2-4, July 9-11

**TOLEDO, OH** Seagate Convention Centre Arena, 401 Jefferson Ave.
ENGLISH July 2-4, July 9-11, July 23-25, July 30–August 1, August 13-15
SPANISH July 16-18

**TUCSON, AZ** Convention Center, 260 S. Church St.
ENGLISH May 28-30, June 4-6, June 25-27, July 9-11
SPANISH July 23-25, July 30–August 1

**TULSA, OK** Donald W. Reynolds Center, University of Tulsa, 3208 E. 8th St.
ENGLISH June 25-27, July 2-4

**TURNERSVILLE, NJ** Assembly Hall of Jehovah's Witnesses, 300 Sovereign Way
ENGLISH May 21-23, May 28-30, June 4-6, July 16-18, July 30–August 1, August 6-8
SPANISH June 18-20, June 25-27, July 2-4, July 9-11
TAGALOG July 23-25

**WEST PALM BEACH, FL** Christian Convention Center of Jehovah's Witnesses, 1610 Palm Beach Lakes Blvd.
ENGLISH May 21-23, May 28-30, June 4-6, July 9-11, July 16-18, July 23-25
FRENCH July 30–August 1
SPANISH June 11-13, June 18-20, June 25-27, July 2-4, August 6-8, August 13-15, August 20-22, August 27-29

**WILKES-BARRE, PA** Wachovia Arena at Casey Plaza, 255 Highland Park Blvd.
ENGLISH June 25-27, July 2-4
SPANISH July 16-18

**WINSTON-SALEM, NC** Lawrence Joel Veterans Memorial Coliseum, 2825 University Pkwy.
ENGLISH June 18-20, July 9-11
SPANISH June 25-27, July 2-4

# Exhibit 2



Why, do you think, did Elijah dig a trench around Jehovah's altar and then have it filled with water?_____

_____

_____

③ **APPLY WHAT YOU LEARNED. WRITE DOWN WHAT YOU LEARNED ABOUT . . .**

The courage that is required to defend true worship._____

_____

_____

The benefits that come to those who show such courage._____

_____

_____

**FOR FURTHER APPLICATION.**

In what area(s) of life could you show more courage in defending true worship?_____

_____

_____

④ **WHAT ASPECT OF THIS ACCOUNT IS MOST MEANINGFUL TO YOU, AND WHY?**_____

_____

_____

_____

IF YOU DON'T HAVE A **BIBLE,** ASK JEHOVAH'S WITNESSES FOR ONE, OR READ IT ONLINE AT www.watchtower.org

## District Convention Information

Starting this year, the dates and locations of the annual district conventions will no longer appear in *The Watchtower*. The information can be accessed at the jw.org Web site.

# Exhibit 3

# 2011 DISTRICT CONVENTION LOCATIONS

**AMARILLO, TX** Cal Farley Coliseum, Civic Center, 401 S. Buchanan St.
**ENGLISH** July 22-24

**AMHERST, MA** The Mullins Center, University of Massachusetts, 200 Commonwealth Ave.
**ENGLISH** July 1-3, July 8-10, July 29-31, August 5-7, August 12-14
**SPANISH** July 15-17, July 22-24

**ANCHORAGE, AK** George M. Sullivan Arena, 1600 Gambell St.
**ENGLISH** August 26-28
**SPANISH** *(Williamson Auditorium, University of Alaska)* July 29-31

**BAKERSFIELD, CA** Rabobank Arena, 1001 Truxtun Ave.
**ENGLISH** May 27-29, July 22-24, July 29-31
**SPANISH** June 10-12, June 17-19, August 12-14

**BELLEVILLE, MI** Assembly Hall of Jehovah's Witnesses, 43777 Ecorse Rd.
**AMERICAN SIGN LANGUAGE** August 12-14

**BELTON, TX** Bell County Expo Center Arena, 301 W. Loop 121
**ENGLISH** July 15-17, July 22-24, July 29-31
**SPANISH** August 5-7, August 12-14, August 19-21

**BILLINGS, MT** MetraPark Arena, 308 6th Ave. N.
**ENGLISH** June 10-12

**BIRMINGHAM, AL** BJCC Arena, 19th St. & 9th Ave. N.
**ENGLISH** July 1-3

**BISMARCK, ND** Civic Center Arena, 601 E. Sweet Ave.
**ENGLISH** July 1-3

**BLOOMINGTON, IL** U.S. Cellular Coliseum, 101 S. Madison St.
**ENGLISH** July 1-3
**SPANISH** July 8-10

**BOSSIER CITY, LA** CenturyTel Center Arena, 2000 CenturyTel Center Dr.
**ENGLISH** July 8-10

**BROOKLYN, NY** Assembly Hall of Jehovah's Witnesses, 973 Flatbush Ave.
**CHINESE** August 12-14
**ENGLISH** May 20-22, May 27-29, June 3-5, June 10-12, July 1-3, July 8-10, July 15-17, August 26-28, September 2-4, September 9-11
**HINDI** August 19-21
**RUSSIAN** August 5-7
**SPANISH** June 17-19, June 24-26, July 22-24, July 29-31

**CHARLESTON, WV** Civic Center Coliseum, 200 Civic Center Dr.
**ENGLISH** July 29-31

**CLEVELAND, OH** Wolstein Center, Cleveland State University, Prospect Ave. & E. 21st St.
**ENGLISH** July 8-10, July 22-24, July 29-31, August 5-7

**COLUMBIA, MO** Mizzou Arena, One Champions Dr.
**ENGLISH** August 5-7

**COLUMBIA, SC** Colonial Life Arena, 801 Lincoln St.
**ENGLISH** June 17-19, June 24-26, July 1-3

**COLUMBUS, GA** Civic Center Arena, 400 4th St.
**ENGLISH** July 1-3, July 8-10

**CONYERS, GA** Assembly Hall of Jehovah's Witnesses, 125 Glen Rd. NE
**KOREAN** July 15-17

**CORAOPOLIS, PA** Assembly Hall of Jehovah's Witnesses, 1630 Spring Run Rd. Ext.
**GREEK** July 1-3

**CORPUS CHRISTI, TX** AmericanBank Center Arena, 1901 N. Shoreline Blvd.
**ENGLISH** August 19-21

**DALTON, GA** NW Georgia Trade & Convention Center Arena, 2211 Dug Gap Battle Rd.
**ENGLISH** July 8-10, July 22-24, July 29-31
**SPANISH** June 3-5, June 10-12, July 1-3

**DAYTON, OH** Ervin J. Nutter Center, Wright State University, 3640 Colonel Glenn Hwy.
**ENGLISH** July 1-3, July 8-10, July 22-24, July 29-31

**DE KALB, IL** Convocation Center, Northern Illinois University, 1525 W. Lincoln Hwy.
**ENGLISH** June 10-12, June 17-19, July 15-17, July 22-24, July 29-31, August 5-7, August 12-14

**DENTON, TX** Assembly Hall of Jehovah's Witnesses, 14542 Hwy. 380 W.
**AMERICAN SIGN LANGUAGE** August 5-7

**DES MOINES, IA** HyVee Hall, Iowa Events Center, 730 3rd St
**ENGLISH** July 8-10

**DULUTH, GA** The Arena at Gwinnett Center, 6400 Sugarloaf Pkwy.
**ENGLISH** July 1-3, July 22-24, August 19-21, August 26-28

**ESTERO, FL** Germain Arena, 11000 Everblades Pkwy.
**ENGLISH** June 10-12, June 17-19
**SPANISH** June 24-26

**EVANSVILLE, IN** Roberts Stadium, 2600 Division St.
**ENGLISH** June 10-12, June 17-19

**FAIRFIELD, CA** Assembly Hall of Jehovah's Witnesses, 2020 Walters Rd.
**AMERICAN SIGN LANGUAGE** July 1-3
**CHINESE** July 22-24
**KOREAN** August 19-21
**PORTUGUESE** August 12-14
**RUSSIAN** July 8-10
**TAGALOG** July 8-10, July 15-17
**VIETNAMESE** August 5-7

**FORT SMITH, AR** Convention Center Exhibit Hall, 800 Rogers Ave.
**ENGLISH** June 10-12, June 17-19
**SPANISH** June 24-26

**FORT WORTH, TX** Convention Center, 1111 Houston St.
**ENGLISH** June 10-12, June 17-19, June 24-26
**SPANISH** July 29-31, August 19-21, September 2-4

**GAINESVILLE, FL** Stephen C. O'Connell Center Arena, University of Florida, Gale Lemerand Dr. & W. University Ave.
**ENGLISH** July 1-3, July 8-10

**GREEN BAY, WI** Resch Center, 1901 S. Oneida St.
**ENGLISH** May 27-29

**HAMPTON, VA** Coliseum, 1000 Coliseum Dr.
**ENGLISH** July 8-10, July 15-17

**HILO, HI** Edith Kanakaole Tennis Stadium, Kalanikoa St.
**ENGLISH** June 17-19

**HUNTSVILLE, AL** Von Braun Center Arena, 700 Monroe St. SW
**ENGLISH** June 24-26, July 1-3

**SPANISH** July 8-10

**JACKSON, MS** Mississippi Coliseum, 1207 Mississippi St.
**ENGLISH** June 3-5, June 10-12

**JERSEY CITY, NJ** Assembly Hall of Jehovah's Witnesses, 2932 John F. Kennedy Blvd.
**AMERICAN SIGN LANGUAGE** August 19-21
**ENGLISH** May 20-22, May 27-29, June 17-19, June 24-26, July 1-3, August 26-28
**FRENCH** July 8-10, July 15-17
**KOREAN** July 29-31
**PORTUGUESE** July 22-24
**SPANISH** June 3-5, June 10-12, August 5-7, August 12-14
**JAPANESE** *(Annex 2nd Floor)* July 1-3

**JOHNSON CITY, TN** Freedom Hall Civic Center Arena, 1320 Pactolas Rd.
**ENGLISH** June 10-12, June 17-19

**KAHULUI, HI** Maui Arts & Cultural Center, One Cameron Way
**ENGLISH** July 8-10

**KAILUA-KONA, HI** Sheraton Keauhou Bay Resort, 78-128 Ehukai St.
**ENGLISH** July 8-10

**KANSAS CITY, MO** Kemper Arena, 1800 Genessee St.
**ENGLISH** June 3-5
**SPANISH** June 10-12

**KATY, TX** Leonard E. Merrell Center, 6301 S. Stadium Ln.
**ENGLISH** July 8-10, July 22-24, July 29-31, August 5-7
**SPANISH** June 10-12, June 17-19, June 24-26, July 1-3

**KENNEWICK, WA** Toyota Center, 7100 W. Quinault Ave.
**ENGLISH** July 1-3, July 8-10, July 15-17
**SPANISH** July 22-24

**KISSIMMEE, FL** Silver Spurs Arena, 1875 Silver Spur Ln.
**ENGLISH** July 15-17, August 19-21, August 26-28, September 2-4, September 9-11
**SPANISH** July 29-31, August 5-7, August 12-14

**LA FERIA, TX** Assembly Hall of Jehovah's Witnesses, 1601 S. Parker Rd.
**ENGLISH** July 8-10
**SPANISH** June 10-12, June 17-19, June 24-26, July 1-3, July 15-17, July 22-24, July 29-31

**LAKE CHARLES, LA** The Burton Memorial Coliseum, McNeese State University, 7001 Gulf Hwy.
**ENGLISH** August 5-7, August 12-14
**SPANISH** August 19-21

**LAREDO, TX** Laredo Entertainment Center Arena, 6700 Arena Blvd.
**SPANISH** June 10-12

**LAS CRUCES, NM** Pan American Center, New Mexico State University, Payne & Stewart Sts.
**SPANISH** July 1-3, July 8-10

**LIHUE, HI** Kauai War Memorial Convention Hall, 4191 Hardy St.
**ENGLISH** July 15-17

**LINCOLN, NE** Bob Devaney Sports Center, University of Nebraska, 16th St. & Military Rd.
**ENGLISH** July 1-3

**LONG BEACH, CA** Convention Center Arena, 300 E. Ocean Blvd.
**ENGLISH** May 27-29, June 10-12, June 17-19, July 1-3, August 19-21, September 2-4

**2011 DISTRICT CONVENTION LOCATIONS**

**SPANISH** June 3-5, June 24-26, July 8-10, July 22-24, July 29-31, August 12-14, August 26-28, September 9-11

**PERSIAN** (Seaside Ballroom) July 1-3

**LOVELAND, CO** Budweiser Events Center, The Ranch, 5290 Arena Cir.
**ENGLISH** June 10-12, June 17-19, June 24-26
**SPANISH** July 8-10, July 15-17

**LUBBOCK, TX** City Bank Coliseum, 2732 Drive of Champions
**SPANISH** July 8-10

**MACON, GA** Macon Marriott City Center, 240 Coliseum Dr.
**ENGLISH** July 8-10
**SPANISH** June 17-19, June 24-26

**MEMPHIS, TN** Cook Convention Center, 255 N. Main St.
**ENGLISH** June 24-26, July 29-31, August 5-7

**MILILANI, HI** Assembly Hall of Jehovah's Witnesses, 239 Palii St.
**ENGLISH** July 1-3 (SPANISH sessions also), July 8-10 (KOREAN and CHUUKESE sessions also), July 15-17 (JAPANESE and CHINESE (MANDARIN) sessions also), July 22-24 (TAGALOG sessions and AMERICAN SIGN LANGUAGE Interpreting also), July 29-31 (MARSHALLESE sessions also), August 5-7 (SAMOAN sessions also)
**ILOKO** August 12-14

**MIRA LOMA, CA** Assembly Hall of Jehovah's Witnesses, 3300 Cornerstone Dr.
**TAGALOG** August 19-21

**MOBILE, AL** Mitchell Center, University of South Alabama, 2195 Mitchell Center
**ENGLISH** July 1-3, July 8-10

**NATICK, MA** Assembly Hall of Jehovah's Witnesses, 85 Bacon St.
**PORTUGUESE** July 15-17

**NEWBURGH, NY** Assembly Hall of Jehovah's Witnesses, 23 Unity Pl.
**ENGLISH** June 10-12, June 17-19, July 8-10, July 15-17, July 22-24, July 29-31, August 5-7, August 12-14, August 19-21, August 26-28
**SPANISH** June 24-26, July 1-3

**NORCO, CA** Assembly Hall of Jehovah's Witnesses, 1001 Parkridge Ave.
**AMERICAN SIGN LANGUAGE** July 8-10
**ARABIC** July 15-17
**ARMENIAN** July 22-24
**FRENCH** August 5-7
**JAPANESE** July 29-31
**KOREAN** July 1-3

**OGDEN, UT** Dee Events Center, 4450 S. Harrison Blvd.
**ENGLISH** July 1-3
**SPANISH** June 24-26

**OKLAHOMA CITY, OK** State Fair Park Arena, 333 Gordon Cooper Blvd.
**ENGLISH** May 20-22

**PLANT CITY, FL** Assembly Hall of Jehovah's Witnesses, 1904 N. Frontage Rd.
**AMERICAN SIGN LANGUAGE** July 29-31
**FRENCH** July 22-24
**PORTUGUESE** August 5-7

**PORTLAND, ME** Cumberland County Civic Center, 1 Civic Center Sq.
**ENGLISH** May 27-29, June 3-5

**PORTLAND, OR** Veterans Memorial Coliseum Arena, One Center Ct.
**ENGLISH** May 27-29, July 1-3
**SPANISH** June 17-19, June 24-26

**PUEBLO, CO** Colorado State Fair Events Center, 1001 Beulah Ave.
**ENGLISH** July 1-3

**PUYALLUP, WA** Assembly Hall of Jehovah's Witnesses, 11515 62 Ave. E.
**KOREAN** August 5-7

**QUEENS, NY** Assembly Hall of Jehovah's Witnesses, 44-17 Greenpoint Ave.
**ENGLISH** May 20-22, May 27-29, June 17-19, June 24-26, August 5-7, August 12-14, August 19-21, August 26-28
**ITALIAN** July 15-17
**SPANISH** June 3-5, June 10-12, July 1-3, July 8-10, July 22-24, July 29-31

**RALEIGH, NC** RBC Center, 1400 Edwards Mill Rd.
**ENGLISH** July 29-31, August 5-7

**READING, PA** Sovereign Center Arena, 700 Penn St.
**ENGLISH** June 24-26, July 1-3, July 22-24, July 29-31, August 5-7, August 12-14, August 19-21, August 26-28

**RICHMOND, VA** Coliseum, 601 E. Leigh St.
**ENGLISH** June 24-26, July 1-3, July 15-17, July 22-24
**SPANISH** July 8-10

**RIO RANCHO, NM** Santa Ana Star Center, 3001 Civic Center Dr.
**ENGLISH** July 8-10, July 15-17
**SPANISH** July 22-24

**ROANOKE, VA** Civic Center Coliseum, 710 Williamson Rd. NE
**ENGLISH** July 1-3

**ROCHESTER, MN** Taylor Arena, Mayo Civic Center, 30 Civic Center Dr. SE
**ENGLISH** July 1-3, July 8-10, August 5-7, August 12-14
**SPANISH** July 29-31

**ROCHESTER, NY** Blue Cross Arena, Broad & Exchange Sts.
**ENGLISH** July 1-3, July 8-10, July 22-24

**ROMEOVILLE, IL** Assembly Hall of Jehovah's Witnesses, 800 N. Schmidt Rd.
**POLISH** August 5-7
**SPANISH** June 17-19, June 24-26, July 1-3, July 8-10, July 15-17, July 22-24, July 29-31

**ROSENBERG, TX** Assembly Hall of Jehovah's Witnesses, 400 W Fairgrounds Rd.
**ENGLISH** July 29-31, August 5-7
**SPANISH** July 15-17, July 22-24

**SACRAMENTO, CA** Sacramento Convention Center, 1400 J. St.
**ENGLISH** May 27-29, June 3-5, August 12-14, August 19-21, August 26-28
**SPANISH** June 10-12, June 24-26

**SAGINAW, MI** The Dow Events Center Arena, 303 Johnson St.
**ENGLISH** July 8-10, July 15-17, July 22-24

**SAINT CHARLES, MO** The Family Arena, 2002 Arena Pkwy.
**ENGLISH** July 8-10, July 15-17

**SAINT GEORGE, UT** Burns Arena, Dixie State College, 400 S. & 700 E.
**ENGLISH** July 8-10, July 15-17
**SPANISH** July 22-24, July 29-31

**SAINT LOUIS, MO** Assembly Hall of Jehovah's Witnesses, 953 Laredo Ave.
**KOREAN** August 12-14

**SALEM, OR** Oregon State Fair & Expo Center Pavilion, 2330 17th St. NE
**ENGLISH** June 17-19, June 24-26, July 1-3

**SALISBURY, NC** Assembly Hall of Jehovah's Witnesses, 3401 Old Concord Rd.
**AMERICAN SIGN LANGUAGE** June 24-26
**FRENCH** July 1-3

**SAN DIEGO, CA** Qualcomm Stadium, 9449 Friars Rd.
**ENGLISH** May 27-29
**SPANISH** May 27-29

**SAN FRANCISCO, CA** Cow Palace, 2600 Geneva Ave.
**ENGLISH** July 8-10, July 15-17
**SPANISH** July 22-24

**SANTA CLARA, CA** Santa Clara Convention Center, 5001 Great America Pkwy.
**ENGLISH** June 3-5, July 8-10, September 2-4
**SPANISH** July 22-24, July 29-31, August 5-7

**TACOMA, WA** Tacoma Dome, 2727 East D St.

**TOLEDO, OH** Seagate Convention Centre, 401 Jefferson Ave.
**ENGLISH** July 1-3, July 8-10, July 15-17, July 22-24, July 29-31
**SPANISH** June 17-19

**TUCSON, AZ** Convention Center, 260 S. Church St.
**ENGLISH** June 3-5, June 10-12, June 17-19, June 24-26
**SPANISH** July 1-3, July 8-10

**TULSA, OK** Donald W. Reynolds Center, University of Tulsa, 3208 E. 8th St.
**ENGLISH** July 1-3

**TURNERSVILLE, NJ** Assembly Hall of Jehovah's Witnesses, 300 Sovereign Way
**ENGLISH** June 10-12, June 24-26, July 29-31, August 12-14, August 19-21, August 26-28
**SPANISH** July 1-3, July 8-10, July 15-17, July 22-24
**TAGALOG** August 5-7

**WEST PALM BEACH, FL** Christian Convention Center of Jehovah's Witnesses, 1610 Palm Beach Lakes Blvd.
**ENGLISH** May 27-29, June 3-5, July 8-10, July 15-17, July 22-24
**FRENCH** July 29-31
**SPANISH** June 10-12, June 17-19, June 24-26, July 1-3, August 5-7, August 12-14, August 19-21

**WICHITA, KS** Century II Convention Hall, 225 W. Douglas Ave.
**ENGLISH** June 17-19
**SPANISH** July 1-3

**WILKES-BARRE, PA** Mohegan Sun Arena at Casey Plaza, 255 Highland Park Blvd.
**ENGLISH** June 24-26, July 1-3
**SPANISH** July 8-10

**WINSTON-SALEM, NC** Lawrence Joel Veterans Memorial Coliseum, 2825 University Pkwy.
**ENGLISH** June 24-26, July 1-3
**SPANISH** July 8-10, July 15-17

## 2011 DISTRICT CONVENTION LOCATIONS

### *CANADA*

**ABBOTSFORD, BC** Abbotsford Entertainment and Sports Centre, 33800 King Rd.
- **ENGLISH** June 24-26, July 1-3

**BELLEVILLE, ON** Belleville Yardmen Arena, 265 Cannifton Rd.
- **ENGLISH** June 3-5

**BRAMPTON, ON** Assembly Hall of Jehovah's Witnesses, 2594 Bovaird Dr. W.
- **CHINESE** July 29-31
- **ITALIAN** July 2-3 *(Two day abbreviated program)*
- **PORTUGUESE** July 23-24 *(Two day abbreviated program)*
- **SPANISH** July 8-10, July 15-17

**CALGARY, AB** Scotiabank Saddledome, 555 Saddledome Rise SE
- **ENGLISH** June 17-19

**COLWOOD, BC** Westshore Parks and Recreation–Bear Mountain Arena, 1767 Island Highway
- **ENGLISH** June 10-12

**CORNWALL, ON** Ed Lumley Arena, Cornwall Civic Complex, 100 Water St. E.
- **ENGLISH** June 3-5, June 10-12
- **FRENCH** June 17-19, June 24-26

**DARTMOUTH, NS** Dartmouth Sportsplex, 110 Wyse Rd.
- **ENGLISH** June 10-12

**EDMONTON, AB** Edmonton Northlands, 7424 118th Ave.
- **ENGLISH** July 1-3

**KAMLOOPS, BC** Interior Savings Centre, 300 Lorne St.
- **ENGLISH** July 8-10, July 15-17

**KITCHENER, ON** Kitchener Memorial Auditorium Complex, 400 East Ave.
- **ENGLISH** June 3-5, June 10-12, June 17-19, June 24-26, July 1-3, July 8-10

**MONCTON, NB** Coliseum Agrena, 377 Killam Dr.
- **ENGLISH** June 24-26

**MONTRÉAL, QC** Assembly Hall of Jehovah's Witnesses, 12700, boul. Métropolitain Est
- **SPANISH** July 29-31
- **ARABIC** July 22-24

**MOUNT PEARL, NL** Mount Pearl Glacier, 45 Olympic Dr.
- **ENGLISH** July 1-3

**NANAIMO, BC** Frank Crane Arena, Beban Park Recreation Centre, 2300 Bowen Rd.
- **ENGLISH** June 3-5

**ONOWAY, AB** Assembly Hall of Jehovah's Witnesses, 1413 Township Rd. 550
- **SPANISH** July 15-17

**PRINCE GEORGE, BC** CN Centre, 2187 Ospika Blvd S.
- **ENGLISH** June 24-26

**QUÉBEC, QC** Colisée Pepsi, 250, boul Wilfrid-Hamel
- **FRENCH** June 24-26 *(QUEBEC SIGN LANGUAGE sessions also)*

**SASKATOON, SK** Credit Union Centre, 101 3515 Thatcher Ave.
- **ENGLISH** July 1-3

**SELKIRK, MB** Selkirk Recreation Complex, 180 Easton Dr.
- **ENGLISH** July 8-10, July 15-17

**SHERBROOKE, QC** Palais des sports Léopold-Drolet, 360, rue du Cégep
- **FRENCH** July 15-17, July 22-24

**SUDBURY, ON** Sudbury Community Arena, 240 Elgin St.
- **ENGLISH** June 17-19

**SURREY, BC** Assembly Hall of Jehovah's Witnesses, 15577 82nd Ave.
- **KOREAN** July 23-24 *(Two day abbreviated program)*
- **SPANISH** July 29-31

**WINDSOR, ON** WFCU Centre, 8787 McHugh St.
- **ENGLISH** June 17-19