UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | ) ) ) ) ) ) ) ) | SECTION "N"  MAGISTRATE (1) |
| | ) | |
| Defendants. | ) | |

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S
STATEMENT OF MATERIAL FACTS THAT PRESENT NO GENUINE ISSUE
AND WARRANT SUMMARY JUDGMENT

Defendant Watchtower Bible and Tract Society of New York, Inc. ("Watchtower"), pursuant to Local Rule 56.1, submits its statement of the material facts it contends present no genuine issue, as follows.

1. On 1 July 2011 Jehovah's Witnesses had a District Convention ("Convention").

2. Watchtower had nothing to do with organizing the Convention.

3. Watchtower had no custody or control of the Convention premises.

Respectfully submitted,

By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar No. 20964
2955 Ridgelake Drive, Suite 207
Metairie LA 70002
504-236-3966 – voice 504-273-2220 – fax

CERTIFICATE OF SERVICE
I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 11th day of February 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.
/s/Ted M. Mitchell

1