UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

## **ORDER**

Considering the Ex Parte Motion to Continue and Reset Hearing,

IT IS HEREBY ORDERED that the current hearing set on March 6, 2013 at 9:30 a.m., on Defendants, Christian Congregation of Jehovah's Witnesses, Watchtower Bible and Tract Society of New York, Inc., and Old Republic Insurance Company's, Motions for Summary Judgment in the above captioned matter is continued and reset for the _____ day of _____, 2013 at ___:____ a.m.

_____
JUDGE