UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**MOTION TO CONTINUE AND RESET HEARING**

NOW COMES Plaintiffs, Rachel Maddox and Shannon Maddox, through undersigned counsel, who respectfully moves this Honorable Court to continue the current hearing set in the above captioned matter on March 6, 2013 at 9:30 a.m. [r.d. 59-61] for thirty (30) days for the reason more fully set out in the attached Memorandum in Support.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

  /s/Tom W. Thornhill_____
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

  /s/Tom W. Thornhill_____
  **TOM W. THORNHILL**

---

Page -1-