UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE AND RESET HEARING**

NOW COMES Plaintiffs, Rachel Maddox and Shannon Maddox, through undersigned counsel, who respectfully moves this Honorable Court to continue the current hearing set in the above captioned matter on March 6, 2013 at 9:30 a.m. [r.d. 59-61] for thirty (30) days. Counsel for Plaintiff is on the trial team for the upcoming BP trial set to begin on February 25, 2013 and continue for several months. Counsel for Plaintiff would like the opportunity to take the depositions of several witnesses in preparation for the responses to Defendants, Christian Congregation of Jehovah's Witnesses, Watchtower Bible and Tract Society of New York, Inc., and Old Republic Insurance Company's, Motions for Summary Judgment [r.d. 59-61].

Counsel for Plaintiff has spoken with counsel for Defendant who does not object to a continuance of one (1) week, however does not agree to Plaintiff's request for a thirty (30) day

continuance therefore counsel for Plaintiff is setting this matter for hearing accordingly.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

 **/s/Tom W. Thornhill**
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

 __/s/Tom W. Thornhill_____
**TOM W. THORNHILL**