| | |
|---|---|
| **From:** | Christy Fugate <christy@thornhilllawfirm.com> |
| **Sent:** | Friday, November 09, 2012 12:33 PM |
| **To:** | tedmmitchell@gmail.com |
| **Cc:** | Tom Thornhill |
| **Subject:** | Maddox v. Integro |

Mr. Mitchell,

Our office would like to set the depositions of Patrick and Kathleen Victor as soon as possible. Please let me know your very next availability so that we can issue Notices of Depositions and Subpoenas for them to appear.

Thank you,

*Christy D. Fugate, Paralegal/Notary*
**THORNHILL LAW FIRM, A PLC**
1308 Ninth Street
Slidell, LA 70458
985-641-5010 phone
985-641-5011 fax

Visit our website at www.thornhilllawfirm.com

This e-mail may contain privileged and confidential information intended for addressee only. If you receive this e-mail in error, please return to sender and discard.