| | |
|---|---|
| **From:** | Ted M. Mitchell |
| **To:** | "Christy Fugate" |
| **Cc:** | "Tom Thornhill"; JMiller@jw.org |
| **Subject:** | RE: Maddox v. Integro, et a. |
| **Date:** | Monday, February 25, 2013 11:23:26 AM |

Ms. Fugate:

I am not in control of the Victors' schedules. I have no power to "produce them for deposition." Mr. Terrel J. Broussard is their lawyer, and you must talk with him about scheduling their depositions and whether they, who are no longer parties, would consent to giving their depositions, which I would seriously doubt under the circumstances. Turning the question around, "Would you consent to give a deposition in a case from which you had been dismissed?," makes their circumstances clear. I know I would not be inclined to volunteer to being dragged back into a case from which I had been dismissed and would likely resist any subpoena on any reasonable grounds after having provided a comprehensive affidavit.

Regarding the dates, we have a hearing on the summary judgment motions on the 6th, if Mr. Thornhill requests one, and I have a rule in St. Bernard on the 8th, for which the opposition is due on the 28th, this Thursday. I am also completely booked-up with work this entire week, so setting any depositions for this Friday, the 1st of March, is not going to take place.

Please note that I have no objection to Mr. Thornhill filing oppositions to the summary judgment motions later than tomorrow if he needs more time because he has been asking me for consent to a continuance that my clients would not give. Obviously, he *can* direct attention to this case if he is seeking depositions this week, so if the court is willing to grant him extra time to file his oppositions, I have no objections.

TMM

---

**From:** Christy Fugate [mailto:christy@thornhilllawfirm.com]
**Sent:** Monday, February 25, 2013 10:34 AM
**To:** tedmmitchell@gmail.com
**Cc:** Tom Thornhill
**Subject:** Maddox v. Integro, et a.
**Importance:** High

Mr. Mitchell,

Our office would like to set the depositions of Patrick & Kathy Victor for Friday, March 1 or March 8. Will you agree to produce them for deposition or should we subpoena their appearance?

Does either of those dates work for you? We would prefer the depositions take place here in our office, if possible.

Thank you,

*Christy D. Fugate, Paralegal/Notary*

**THORNHILL LAW FIRM, A PLC**
1308 Ninth Street
Slidell, LA 70458
985-641-5010 phone
985-641-5011 fax

Visit our website at www.thornhilllawfirm.com

This e-mail may contain privileged and confidential information intended for addressee only. If you receive this e-mail in error, please return to sender and discard.

*Christy D. Fugate, Paralegal/Notary*