UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WATCHTOWER CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S
OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE HEARING ON SUMMARY
JUDGMENT MOTIONS.

MAY IT PLEASE THE COURT:

Defendant Watchtower Bible and Tract Society of New York, Inc. opposes the Plaintiffs' Motion to Continue and Reset Hearing for the 20th day of March, 2013 (Documents 63, 63-1, 63-2, and 63-3 herein) filed by Plaintiffs on February 25, 2013 for the same reasons cited by Christian Congregation of Jehovah's Witnesses, Inc., and adopts and incorporates by reference those reasons *in globo*, as if set out here *in extenso*.

CONCLUSION

For all the reasons set out in the Opposition of Defendant Christian Congregation of Jehovah's Witnesses, Inc., the Motion to Continue the Motions for Summary Judgment should be DENIED.

Respectfully submitted,
By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar No. 20964

1

2955 Ridgelake Drive, Suite 207
Metairie LA 70002
504-236-3966 – voice
504-273-2220 – fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 25th day of February 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

/s/Ted M. Mitchell