UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**OPPOSITION TO DEFENDANT, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC.'S, MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes RACHEL MADDOX AND SHANNON MADDOX ("Plaintiffs") respectfully representing the following:

The Watchtower Bible and Tract Society of New York, Inc.'s ("society") offers a statement of the Assistant Secretary/Assistant Treasurer and Director of the Christian Congregation of Jehovah's Witnesses, Inc. ("congregation"), namely Stanley Weigel. It does not offer any facts regarding his knowledge of the convention in Mobile where Patsy Maddox's injuries were sustained.

Similarly, the Declaration of Gary Breaux, who acts as Assistant Secretary, Assistant Treasurer and Director of the society offers no facts of his knowledge of the convention or any of the activities relating to the injuries suffered. The circumstances surrounding the activities at the

convention are referred to by a brochure which is not specifically attested as organized, designed, planned or conducted by the affiant. Mr. Breaux does admit that the society was involved in publishing the solicitation for attendance at the convention. This alone is sufficient information to justify the depositions of the society and/or Mr. Breaux or other knowledgeable persons of the activities at the Mobile convention.

The Declarations under oath by Rachel Maddox and Shannon Maddox are incorporated by reference.

The law and argument section of the memorandum in opposition to the congregation's motion for summary judgment is also adopted by reference.

For these reasons the motion for summary judgment of the society should be denied.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

  **/s/Tom W. Thornhill**_____
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail on February 26, 2013.

___/s/Tom W. Thornhill_____
**TOM W. THORNHILL**

---

Page -2-