UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**OPPOSITION TO DEFENDANT, OLD REPUBLIC INSURANCE COMPANY'S, MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes RACHEL MADDOX AND SHANNON MADDOX ("Plaintiffs") respectfully representing the following:

The Motion for Summary Judgment of Old Republic Insurance Company ("Old Republic") offers no facts, declarations, affidavits or information of any kind to support a motion for summary judgment. Obviously Old Republic is the insurance company providing insurance coverage to the Christian Congregation of Jehovah's Witnesses ("congregation") and the Watchtower Bible and Tract Society of New York, Inc. ("society"). Its obligation is to provide coverage and a defense to pay and to defend, all in accordance with the terms of its policy of insurance.

Old Republic's motion for summary judgment should be denied for the same reasons

submitted in connection with the oppositions to the society and congregation's motions for summary judgment.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

  **/s/Tom W. Thornhill**_____
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail on February 26, 2013.

___/s/Tom W. Thornhill_____
**TOM W. THORNHILL**

---

Page -2-