UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**RESPONSE TO OLD REPUBLIC INSURANCE COMPANY'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, who respectfully offers the following Response to the Old Republic Insurance Company's ("Old Republic") Statement of Undisputed Material Facts.

1. Patsy Maddox did attend a convention of the congregation and/or society in July 2011.

2. Denied for lack of sufficient information to develop a belief in the truth or falsity thereof. We await the depositions of the Victors, the congregation, the society, the safety committee, Landon Crigler and Allen Pierce.

3. Denied for lack of sufficient information to develop a belief in the truth or falsity thereof. We await the depositions of the Victors, the congregation, the society, the safety committee,

Landon Crigler and Allen Pierce.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

  /s/Tom W. Thornhill
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by electronic mail on February 26, 2013.

__/s/Tom W. Thornhill_____
**TOM W. THORNHILL**

---