UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WATCHTOWER CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| | ) | |
| Defendants. | ) | |

CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, INC.'S
MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO
PLAINTIFFS' OPPOSITION TO SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Defendant Christian Congregation of Jehovah's Witnesses, Inc. moves the Court for an Order granting it leave to file a Reply Memorandum to Plaintiffs' Opposition to Summary Judgment because they have identified standards of safety and conduct as the primary substantive legal issue for their case. The specific "standards of safety and conduct" choice-of-law provision in the Louisiana Civil Code requires the application of Alabama law to the facts of this case, to which the attached Reply Memorandum is addressed. Accordingly, Defendant suggests that this motion should be granted to resolve the choice-of-law issue.

Respectfully submitted,
By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar No. 20964
2955 Ridgelake Drive, Suite 207
Metairie LA 70002
504-236-3966 – voice
504-273-2220 – fax

1

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 27th day of February 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

/s/Ted M. Mitchell