# UNIVERSITY OF SOUTH ALABAMA



MITCHELL CENTER
2195 MITCHELL CENTER
MOBILE, ALABAMA 36688-0002

TELEPHONE: (251) 461-1632
FAX: (251) 461-1634
www.mitchellcenter.com

This agreement is made and entered into this **4th** day of **February, 2010** by and between:

Contact Name:  **Jim Jones and/or Merle Baetje**

Group:  **Christian Congregation of Jehovah's Witnesses {CCJW}**

Address:  **2821 Route 22**

City: **Patterson**   State: **New York**   Zip Code:  **12563-2237**

Telephone:  **(845) 306-0400 (Jones)**   Fax number:  **845-306-0404 (Jones)**
             **(251) 605-6340 (Baetje)**                **(251) 675-2584 (Baetje)**

EID#:

Herein after referred to as "Tenant" and the University of South Alabama, a public body corporate in Mobile, Alabama hereinafter referred to as "University".

## WITNESSETH

*Whereas,* Tenant intends to sponsor, promote, conduct and host an event (as outlined below); and in consideration of mutual promises herein and the benefits accruing to each of them, the parties hereby agree as follows:

## USE OF PREMISES

The University hereby grants Tenant permission to use the areas agreed to and noted of the Mitchell Center and associated facilities:

Facility Area:  **Main Arena, John Counts Room, Dressing Rooms A, B, C & D, Production Office {Meeting Rooms 1101, 1102 & 1106 included on Saturday and Sunday only}**

Purpose of Event:  **Religious Education**

Day(s) and Date(s):  **Friday, July 1, 2011 - Sunday, July 3, 2011**

Start Time of Event:  **6:00 AM {7/1/11}**

Ending Time of Event:  **7:00 PM {7/3/11}**

Move in Time:  **10:00 AM {6/30/11}**

Move out Time:  **11:59 PM {7/3/11}**

Names of Artists or Activity:  **Jehovah's Witness District Assembly AL**

1

University expressly reserves for its own use and excludes from the Facility, all offices, supply rooms, equipment rooms, storage rooms, and other similar non-public spaces. University does not relinquish and does hereby retain the right to control the management of the Mitchell Center and to enforce all necessary and proper rules for the management and operation of facility.  The Facility Manager, assistants, and others authorized by them may enter all of the premises at any time and on any occasion including the areas rented to Tenant.

This rental includes and is limited to heat, air conditioning, and water as may be needed for presentation of the 'use area', dressing rooms (maximum 6) but only in the places and amounts as currently installed in the premises, unless otherwise indicated in this agreement.

University agrees to provide facility areas as listed above to Tenant for its Christian convention. University agrees to provide Tenant a stage, office space, available folding tables and chairs for floor seating and for event departments, and parking on the immediate site of the facility.

University grants permission to Tenant to use its facilities, including but not limited to its sewer system during Tenant's convention and shall furnish Tenant with all utilities available at The Mitchell Center Arena, that is, water, electricity, gas, air conditioning and/or heat at the expense of the University.

Tenant may make temporary connections to University's utilities for its use, providing they are removed by the Tenant at the conclusion of the convention. All expense of such temporary installations will be borne by Tenant and the work done by its own ordained ministers who volunteer their services and are qualified to perform such work. Documents confirming such qualifications will be presented to University upon request. Written plans describing temporary connections must be submitted to University no less than 30 days prior event date.

University hereby agrees to provide Tenant with all rest room supplies, including paper goods, and further agrees to provide for disposal and/or removal of all trash generated during the course of the convention at the expense of University.

Tenant may use the public address system presently on The Mitchell Center Arena, if any, which it may augment with its own equipment, if desired, which may be operated by Tenant's volunteers who are qualified, or Tenant may install and operate entirely its own public address system.

It is hereby agreed that The Mitchell Center Arena included in this agreement shall be made open and available by University to Tenant, its volunteers and the delegates attending said convention at all times on the dates covered by this agreement.

Tenant may record by means of audio tape and/or videotape, and may broadcast any or all of its program from The Mitchell Center Arena or otherwise over radio and/or television stations without cost to Tenant, since public service time is used and Tenant receives no revenue there from, and may advertise the holding of its said convention in reputable electronic or print media.

Tenant may put signs inside and within the immediate parking area of the Mitchell Center Arena of such size and content which, in its opinion, may be necessary for the purpose of properly and adequately operating said convention and identifying and advertising the same. The time of the placement of these signs as well as the location and manner of erection and removal of same is to be determined by the Tenant with the approval of the University, which approval shall not be unreasonably withheld. Installation and placement of such signs shall be accomplished in such a manner that will not mar or deface The Mitchell Center Arena or the grounds of the University.

Tenant shall have the sole and exclusive right to the care, custody, and control of all lost and found items during the course of its use of The Mitchell Center Arena. University will notify Tenant of any remaining items that have been overlooked after move-out and grants Tenant 24 hours for removal of said items before University disposes of them.

Tenant may put voluntary contribution boxes within the Mitchell Center Arena for the receiving of freewill offerings and have the exclusive care, custody and control of any moneys received.

Tenant agrees to keep The Mitchell Center Arena in a clean and sanitary condition by the use of its volunteer ministers during its occupancy and will leave The Mitchell Center Arena in substantially the same condition as when delivered to Tenant, normal wear and tear excepted. Tenant agrees that if The Mitchell Center Arena or any equipment, furnishings or fixtures therein are damaged by the Tenant, that Tenant will repair such to the satisfaction of University. University agrees to provide Tenant with the necessary cleaning supplies as regularly used by University at no cost to Tenant.

It is hereby agreed that the formal program conducted by or under the sponsorship of Tenant at said convention on said Mitchell Center Arena will be of a religious nature. There will be no paid performers or speakers and there will be no admission charge. The said formal program will consist of forenoon and afternoon sessions.

## II.     PAYMENT TERMS

1. **Rent** — Tenant agrees to pay the University the all-inclusive, **flat rental of $6750.00 with $1000.00 to be paid upon the execution of this agreement**, receipt of which University hereby acknowledges, and the balance of $5,750.00 to be paid on or before the first day of Tenant's convention. There will be no additional charges to Tenant unless Tenant requests additional equipment or services.

All payments shall be made in cash, certified check, or cashier's check payable to the University of South Alabama. The obligation of Tenant with respect to the payment of rent shall survive the expiration or early termination of the use agreement.

Should Tenant default in the performance of any of the terms and conditions of this agreement the University at its option, may terminate the agreement. Any deposit paid to the University shall be retained by the University and shall be considered as payment of liquidated damages.

In the event any rent or other payment is not paid within ten calendar days after the listed due date, Tenant shall also pay University as additional rent a late payment fee equal to ten percent (10%) of such delinquent amount for each month or part hereof that such rent or other payment remains unpaid.

2. **Ticket Office Expenses** — Not applicable to Tenant's Non-ticked event.

In the event Tenant elects to sell tickets for any session, Tenant agrees to pay the sum of 3% of gross event ticket sales generated by credit and/or bank cards and a $0.35 per ticket fee for ticket printing and sales at the Mitchell Center arena windows, telephone, mail order, Internet and outlets. Ticket trades will incur a $0.35 per ticket fee for ticket printing and services.

All tickets will be sold at the advertised prices. No deviation will be allowed without the written consent of the University. A One dollar and zero cent ($1.00) facility debt service fee will be added to the price of all sold tickets. This fee is charged directly to the ticket purchaser and is not deemed an expense of the Tenant.

3. **Event staffing / Building Expenses** — In addition to rent, Tenant agrees to pay **requested** event related and building expenses as listed on **Addendum I** attached to this agreement. Tenant acknowledges that conditions occurring immediately preceding, following, or during named event may cause University representative to add additional security and/or Law enforcement officers and agrees to reimburse University for any such additional special services.

University agrees that Tenant's volunteer ministers may perform necessary services during Tenant's event. Such work will be cared for by volunteers who are qualified to perform such serv-

3

ices. and include attendants, ushers, carpenters, electricians, plumbers, stagehands, watchmen, first aid personnel, and any other function necessary for Tenant's event. Documents confirming such qualifications will be presented to University upon request.

CCJW rental rate is an all inclusive rate. Only at Tenants request for additional services beyond the scope of the services of the volunteer ministers will the charges outlined in Addendum I be applicable at building managers discretion and at agreeable terms reached with the CCJW contract representative prior to requested services being rendered.

## III.     INSURANCE

Tenant agrees to provide to University a certificate of insurance of public liability insurance in the amount of $1,000,000.00 per occurrence as evidence of insurance coverage for use of the Mitchell Center and the event Said insurance must include coverage for the participants in the event.  Coverage must also include $1,000,000.00 per occurrence in property damage insurance.  Tenant agrees to list the University as an additional insured named on said insurance policy or policies.  Copy of any and all policies must be delivered to the Mitchell Center Administrative Office no later **than June 17, 2011**.  Tenant agrees that it shall report immediately to Mitchell Center Administrative Personnel any and all injuries that occur on the property of or at the facility as well as to Tenant's insurance carrier within 24 hours post event.

## IV.     NO SPONSORSHIP BY UNIVERSITY

Tenant acknowledges that the Event is not sponsored, hosted, or conducted in any way by the University, and Tenant agrees to assume all responsibility arising or resulting from its organizing, hosting, sponsoring, advertising and conduction of the event.  Tenant may not use the logos or trademarks of the University without prior written consent of the University Licensing Director.  Tenant agrees that it shall not make any representations that the event is sponsored, hosted or conducted, in whole or part, by the University.

## V.     TICKETING PRECEDURES — Not applicable to Tenant's Non-ticked event.

1.      **Ticketing Control** — In the event Tenant elects to sell tickets for any session, The Mitchell Center will at all times have control over all aspects of ticketing including, but not limited to, the Ticket Office, Ticket personnel, ticket receipts and ticket outlets for all commercial public events until settlement.  All seats will be sold as **general admission seats.**

2.      **Valid Contract and Technical Rider** — This agreement must be signed by Tenant and submitted to the administration office of the Mitchell Center **no later than** **November 29, 2010** **at 4:00 PM**. No tickets may be sold and no public announcements may be made concerning any event until a valid contract has been entered into and a valid technical sheet specifying stage size, sound and lighting requirements has been presented to the Mitchell Center.

3.      **Complimentary Tickets** — If available, complimentary tickets for the Mitchell Center use shall be limited to an amount consistent with good business practices, but in any event. not more than 1% of the certified ticketing manifest.

        **Suite Seating** — The seating area of the suites will be available for Tenants use. The internal portion of any suite will not be available for Tenants use during this time period unless an additional rental fee in the amount of $500.00 per suite is remitted to the university.

## VI.     CONCESSIONS AND NOVELTY SALES

        Tenant is granted the privilege to distribute on and about The Mitchell Center Arena. free of charge. through its volunteers. leaflets. convention programs. Bibles. books. booklets and magazines. as an integral part of its convention proceedings.

4

Neither the University, Tenant, nor any third party will open or sell concession items on or about the Mitchell Center during Tenant's event or serve said items to Tenant's attendees. Tenant's attendees may bring their own food and beverage into the Mitchell Center. Tenant will not use catering services of any 3rd party vendor during the term of this agreement.

## VII.    BUILDING PROCEDURES

1.    **Advertising** — Tenant agrees that all advertising of the event will be true and accurate. Furthermore, Tenant agrees that all press releases, publicity material, radio or television announcement, publications, or such public notices issued shall refer to the Mitchell Center only by the name "Mitchell Center". All advertising and sponsorship space in the Mitchell Center is the exclusive property of the Mitchell Center and all receipts from advertising shall accrue to the Mitchell Center. Tenant agrees that it will not itself or permit others to hang signs, banners, or posters in front of or otherwise obscure commercial signage in the facility.

   **Broadcast and Recording Rights** — Tenant may record by means of audio tape and/or video tape, and may broadcast any or all of its program from the Premises or otherwise over radio and/or television stations without cost to Tenant, since public service time is used and Tenant receives no revenue there from; and may advertise the holding of its said convention in the magazines *The Watchtower* and *Awake!*, and in other reputable electronic or print media.

2.    **Copyrights** — Tenant will assume all costs arising from use of patented, trademarked, or copy-written music, materials, devices, processes, or dramatic rights used on or incorporated in the event.

3.    **Event requirements** — At least fourteen (14) calendar days before the first day of the event, Tenant shall provide a full and detailed outline of all services required, including, but not limited to, staffing and lighting requirements, chair and table set-up information, utility hook-ups, and other physical services, and such additional coordinating information necessary for the successful production of the event.

4.    **Damages** — Tenant agrees that if The Mitchell Center Arena or any equipment, furnishings or fixtures therein are damaged by Tenant, the Tenant will repair such to the satisfaction of University.

5.    **Right of Entry** — The Mitchell Center reserves the right to enforce all necessary and proper rules for the management and operation of the premises involved, including the right to interrupt or terminate any performance if deemed necessary by management; in conjunction with CCJW convention management, in the interest of public safety or the maintenance of good order. Mitchell Center representatives may enter any premises used, at any time, and on any occasion without any restrictions whatsoever under these conditions.

6.    **Lewd or Profane Behavior** — The University shall not tolerate any lewd or excessively profane language or any suggestive behavior while on stage or within the Mitchell Center premises. Should Artist or any person associated with Artist engage in such language or behavior, Mitchell Center has the right to cancel this agreement with no liability to Mitchell Center. If the presentation, narrative and/or lyric of the artist or presenter contain profane language of any type the advertising for the event must acknowledge that "explicit language" will be a part of the program.

7.    **Smoke Free Policy** — In accordance with local ordinance, the Mitchell Center is a smoke free facility. The Tenant agrees to notify its agents, representatives and guest of the no smoking policy as well as assist the University in general enforcement.

8.      **Catering** — All catering and catering rights are reserved by University and Tenant agrees and understands that should catering be required University will have the sole right to provide the same through its food service provider, ARAMARK.

9.      **Sponsors** — Tenant is allowed to display temporary signage inside the facility after specific sponsors have been approved by University. The proposed sponsorship list must be received by Mitchell Center Management on or before **June 17, 2011**. No sponsor signage will be allowed in the facility or on the property of the Mitchell Center that conflict with existing exclusive advertising in the categories of alcoholic beverages, press media, wireless telephone service, banking and soft drinks (limited exceptions) with prior written approval by University.

## VIII.   INDEMNITY

Tenant covenants and agrees to indemnify and hold harmless the University and the University's officers, employees, and agents from and against any and all claims by or on behalf of any person, firm, corporation, or governmental authority, arising out, attributable to any negligent act or omissions of Tenant, in connection with the use, possession, conduct, or management of the facility and the event, including, but without limitation, any and all claims for injury or death to persons or damage of property due to the negligent acts or omissions of Tenant. Tenant also covenants and agrees, at its sole cost and expense, to hold harmless the University and it's officers, employees, and agents from and against all cost, counsel fees, expenses, and liabilities incurred in connection with any such claim, and any preceding brought hereon due to the negligent acts or omissions of Tenant, and upon notice from the University, tenant will resist and defend such action or proceeding by qualified counsel. In the event Tenant violates any of the terms or conditions of this agreement, facility shall have, in addition to any legal recourse, the right to terminate this agreement forthwith and to enter and obtain possession of the entire facility rented, to remove and exclude any and all persons from the facility, or resort to legal process, and without legal liability on its part. The above are at the Facility's option.

## IX.    COMPLIANCE WITH LAWS

Tenant shall comply with all applicable laws of the United States, and the State of Alabama, all ordinances of the City of Mobile, and all rules and regulations of the Police and Fire Departments, and other municipal authorities of the City of Mobile. Tenant will obtain and pay for all necessary permits and licenses, and will neither do, nor suffer to be done, anything on said premises during the term of this agreement that violates any such laws, ordinances, rules, or regulations. If the attention of said user is called to any such violation on said premises the said Tenant and/or user is admitted to, such Tenant and user will immediately desist from and correct such violations.

## X.     EXCULPATORY CLAUSE

Tenant assumes responsibility for property placed in the facility, and Tenant hereby releases and discharges facility and the University from any and all liability for any loss or damage to property that may be sustained by reason of occupancy of said premises of the facility under the agreement or contract. Tenant assumes all risk of damages to and loss due to theft or otherwise loss of property of Tenant, and the facility and University are expressly released and discharged from any and all liability for such loss. In the receipt, handling, care, or custody of property of any kind, shipped or otherwise delivered to the premises of facility, either prior to, during, or subsequent to the use of the facility by user, facility and the University and its officers, servants, agents, and employees are acting solely for the accommodation of Tenant and shall not be liable for any loss, damage or injury to, or destruction of property.

## XI.    FORCE MAJEURE

This Agreement is terminable by either party should circumstances beyond the control of the Tenant or University necessitate cancellation of the event to which this Agreement refers. Such circumstances include, but are not limited to: sickness, strike, riot, accident or disaster, disruption of public transportation, storm or other severe weather conditions, intervening illegality, or closing of the venue due to energy

shortages, inadequate electrical power, destruction, or other cause rendering the venue unsuitable for Tenant on the time and date specified. It is agreed that neither of the parties to this Agreement will be held responsible for damages for reasons of postponement or cancellation of this event. Circumstances which render this event more difficult than originally contemplated, or require performance at a loss of profit will not excuse the event. Both parties bear the risk of unanticipated contingencies rendering performance of this event difficult but not impossible. Should cancellations for any of the above enumerated circumstances become necessary, the canceling party shall document in writing the circumstances resulting in the cancellation and send the same to the non-canceling party within forty-eight (48) hours after the initial notice of cancellation.

## XII.    SUBLETTING AND ASSIGNMENT

Tenant shall not assign the agreement, or any part hereof, or suffer any use of said premises other than specified without the written consent of the management. Facility shall retain the right to approve contractors, service personnel, technicians, decorators, and other contracted services, or people, or agencies employed by Tenant.

## XIII.   TERMINATION

The University shall have the right to withdraw and terminate permission herein given at any time the Tenant breaches or fails to comply with or abide by any of the terms and conditions herein stated. Upon any such termination, Tenant shall promptly vacate the facility. Tenant further agrees that in event of such termination, the University shall have no direct liability for any direct or consequential damages or loss that Tenant may suffer or incur as a consequence of such termination. Facility shall retain the right to cause the interruption of any performance in the interest of public safety, and to likewise cause the termination of such performance when, in the sole judgment of the facility staff to evacuate the premises because of a bomb threat or for other reasons of public safety. Tenant will retain possession of the premises for sufficient time to complete presentation of the event with out additional rental charge providing such time does not interfere with another Tenant. If at the discretion of facility management it is not possible to complete presentation of the activity, rental shall be, prorated, and Tenant waives any claims for damages or compensation from the facility.

## XIV.    NOTICES

All notices, requests, demands, or other communications hereunder shall be in writing and shall be deemed to have been duly given and delivered upon personal delivery of, or if mailed, upon depositary of such notice in the United States mail, with first class postage, and if mailed to the University, addressed to:

> Arena Manager
> 2195 Mitchell Center
> University of South Alabama
> Mobile, AL 36688-0002

If mailed to Tenant, addressed to:

> Mr. Jim Jones
> Christian Congregation of Jehovah's Witness
> 2821 Route 22
> Patterson, New York 12563-2237
>
> Mr. Merle Baetje
> The Christian Congregation of Jehovah's Witnesses
> 119 Sullivan Drive
> Saraland, AL 36571-2624

**IT IS FURTHER MUTUALLY AGREED BY AND BETWEEN THE PARTIES HERETO:**

That all terms and conditions of this written rental contract and any and all addenda thereto, including the definitions and responsibilities of the parties, shall be binding upon the parties, and cannot be carried by any oral representations or promises of any agent or other person of the parties hereto unless the same be in writing and mutually signed by the duly authorized agent or agents who executed this rental contract. Contract will not be binding until signed by proper University of South Alabama representative.

IN WITNESS WHEREOF, the parties have caused this agreement to be executed by their duly authorized representative. Please print or type except for signature:

**TENANT:      THE CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSESS**

By: _____          _____
Signature – Jim Jones                                        Printed Name

_____          _____
Title                                                                  Date:

**UNIVERSITY OF SOUTH ALABAMA:**

By _____          _____
Signature – Robert K. Davis                               Printed – Robert K. Davis

Associate Vice President for Financial Affairs          _____
Title                                                                  Date

**Attachment: Addendum I**

8

# ADDENDUM I
## MITCHELL CENTER STAFFING AND FACILITY RATES

**Patron Service ($/hr)**

| | | |
|---|---|---|
| Production Coordinator | $25.00 | Billed move in until move out |
| Ticket Manager | $22.00 | Billed 1 hour prior booth opening to settlement |
| Event Coordinator | $20.00 | 2 hours prior call to 1 hour after conclusion |
| Event Staff Manager | $20.00 | 1 hour prior call to 1 hour post conclusion |
| Supervisor(s) | $19.00 | 1 hour prior call to 1 hour after conclusion |
| Ushers | $13.90 | minimum 4 hours |
| Ticket Takers | $13.90 | minimum 4 hours |
| Event Staff | $16.70 | minimum 4 hours |
| Ticket Sellers | $9.75 | minimum 3 hours |
| Parking Attendants | $9.75 | minimum 3 hours |
| Parking Control | $9.75 | |
| Production Assistant | $11.50 | |
| Custodial Service | $11.75 | |
| Post Event Clean up | $750.00 | per day |
| Medical Service | $75.00 | |
| Ambulance | $125.00 | |
| Fire Marshall | $125.00 | |
| Police | $25.00 | |
| Receptionist / Dispatcher | $9.00 | |
| Conversion | $850.00 | |

**Production Staffing**

| | | |
|---|---|---|
| Tech Svc. Coordinator | $25.00 | Billed move in until move out |
| House Light Operator | $17.00 | |
| Spotlight Operator | $13.50 | |
| Show Technician | $13.50 | |
| In-House Runner | $200.00 | Flat per day |
| Electrician | $25.00 | |
| Audio Visual Technician | $15.00 | |
| Stagehands | TBD | Union rate card maybe applicable |

**Technical Service**

| | | |
|---|---|---|
| Electrical Charge | $350.00 | |
| Bus connection | $50.00 | per connection |
| Video Production (ProStar) | $500.00 | in house only |
| Telephone | $100.00 | per line (credit card long distance service) |
| Internet Connection | $100.00 | per port per day |
| WiFi Connection | $250.00 | per day |

**Equipment**

| | | |
|---|---|---|
| Xenon spotlights (4) | $100.00 | per spotlight |
| NMI – Portable (2) | $75.00 | per spotlight |
| Forklift (1) | $125.00 | per day |
| Stage Barricade | $250.00 | per day |
| Stage rental | $0.30 | per sq ft (after first 1200 sq ft) |
| Stage Curtain System | $250.00 | |
| Valance only | $75.00 | 25' high x 80' wide |
| Legs | $75.00 | 50' high x 30' wide |
| Side Masking | $75.00 | 25' high x 30' wide |
| Rear Traveler | $75.00 | 30' high x 60' wide |
| Portable Sound System | $350.00 | JBL Speaker |
| Podium   (2) | $100.00 | |
| Microphone | $50.00 | Wired (in-house units only) |
| Microphone – wireless | $100.00 | (in-house units only) |
| TV / VCR | $85.00 | |
| Tables (60" round) | $8.00 | per table |
| Tables (8') | $9.00 | per table |
| Tables (6') | $8.50 | per table |

*Over please*
*Rates subject to change*

# ADDENDUM I
# MITCHELL CENTER STAFFING AND FACILITY RATES

| | | |
|---|---|---|
| Furniture | $750.00 | per room |
| Pipe and Drape | $1.75 | per linear foot per day |
| A/V Screen | $45.00 | 72" diag. 4:3 |
| LCD Projector/Laptop | $375.00 | cart and screen included (per setup) |
| LCD Projector (only) | $275.00 | per setup |
| A/V Cart | $75.00 | |

*Over please*
*Rates subject to change*

# ACORD®  CERTIFICATE OF LIABILITY INSURANCE

| | DATE (MM/DD/YYYY) |
|---|---|
| | 12/15/2010 |

| PRODUCER          1-212-295-8000 | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| Integro USA  Inc.<br>dba Integro Insurance Brokers<br>1 State Street Plaza<br>9th Floor<br>New York, NY 10004 | INSURERS AFFORDING COVERAGE | NAIC # |
| **INSURED**<br>CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES<br><br>2821 ROUTE 22<br><br>PATTERSON, NY 12563-2237 | INSURER A: Old Republic Ins Co | 24147 |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | **GENERAL LIABILITY**<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X OCCUR<br><br>GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY  PRO-JECT  LOC | MWZY58892 | 11/01/10 | 11/01/11 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 5,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | **AUTOMOBILE LIABILITY**<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | **GARAGE LIABILITY**<br>ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN AUTO ONLY:  EA ACC | $ |
| | | | | | | AGG | $ |
| | | **EXCESS / UMBRELLA LIABILITY**<br>OCCUR  CLAIMS MADE<br><br>DEDUCTIBLE<br>RETENTION  $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  Y/N<br>(Mandatory in NH)<br>If yes, describe under SPECIAL PROVISIONS below | | | | WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | **OTHER** | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
ADDITIONAL INSURED: UNIVERSITY OF SOUTHERN ALABAMA, MITCHELL CENTER

AS PER TERMS OF AGREEMENT FOR USE OF THE MAIN ARENA, JOHN COUNTS ROOM, DRESSING ROOMS A- D & PRODUCTION OFFICE (MEETING ROOMS 1101,1102& 1106 INCLUDED ON SATURDAY AND SUNDAY ONLY), 2195 MITCHELL CENTER, MOBILE, AL 36888
FOR CONVENTIONS OF JEHOVAH'S WITNESSES ON THE DATES 6/30-7/3/2011;7/7-10/2011.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| UNIVERSITY OF SOUTHERN ALABAMA<br>MITCHELL CENTER<br><br>2195 MITCHELL CENTER<br><br>MOBILE , AL 36688<br><br>                         USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  30  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE<br>_Laura M. Tesoriero_ |

ACORD 25 (2009/01) fluccion
18703841

© 1988-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Mobile, AL #1
July 1-3, 2011

# ACCIDENT REPORT
(For Convention Use)

Page 1

1. This Accident Report (CO-60) should be completed in English for all accidents requiring medical treatment beyond first aid. The convention overseer should sign, date, and forward the completed Accident Report to the Convention Office within one week after the convention, keeping a copy for the convention file.

2. Please ensure that the injured person receives appropriate medical attention promptly. If the injury appears serious, it may be best to call an ambulance.

3. Appoint an experienced elder, preferably from the same congregation as the injured person, to coordinate all postaccident matters. He should keep in close touch with the injured person to see if any help may be needed, even if the injured person is not one of Jehovah's Witnesses. Christian love and concern will move us to be especially kind and helpful.

4. In the event of a serious injury, (e.g., broken bones, back injury, concussion, bad sprain) please call the Risk Management Desk at (718) 560-5000 within 24 hours, even if it appears that no funds are needed to pay bills. Failure to report accidents promptly may jeopardize financial assistance or insurance coverage. Please provide the accident date, the injured person's name, the congregation name, and the coordinating elder's name, phone number, and address.

5. If financial help is requested, questions are raised about medical bills or other costs, or correspondence or bills related to the accident are received, please call the Risk Management Desk promptly.

6. Do not discuss fault or liability with anyone other than a Risk Management Desk representative. If there is talk of legal action or if you receive an attorney's letter, please contact the Risk Management Desk immediately. If you receive a phone call from someone representing the injured person, do not discuss the matter with them. Note their name, address, and phone number and explain that someone will contact them; then call the Risk Management Desk immediately.

## Information About the Injured Person

Name: Patsy Maddox                                   504-436-8863
                                                     (Phone Number)

Address: ...............................................................................................................
              (Street)                    (City)              (State)        (Zip)

Age: 69   ☐ Male   ☑ Female   ☐ Baptized   ☐ Elder   ☐ Ministerial Servant   ☐ Pioneer   ☐ Other: ....................
(Please check all that apply.)

Westwego                     Westwego                  LA            37473
(Congregation Name)            (City)                  (State)       (Cong. No.)

Occupation: Retired ........................................ Health Insurance Co: medicare / Peoples ......

## Location of Accident

Facility Name: Mitchell Center ........................................................................

Address: 2195 Mitchell Center Dr., Mobile          Alabama            36688
              (Street)                    (City)              (State)        (Zip)

Please attach a **diagram** of the location, describing where the injury occurred.  Also, attach **photographs** of the location of the accident, showing any defect and the arrangement of items at the time of the accident and indicate when the photographs were taken.  Do not photograph the injured person.

## Description of Accident

For this section: Ask the injured party what happened. Have two brothers document the comments, questions, and answers. The following questions should be asked: **1.** What were you doing when the accident occurred? **2.** What injury did you suffer? **3.** How did the accident happen?

Date of Accident: 7/1/2011 ................................ Time of Accident: 4:25 Pm ..........................

1. **Activity When Accident Occurred:** decending staircase ..............................................

2. **Description of Injury:** broken shoulder, fractured elbow (right), severe head injury Internal bleeding, 2 wounds requiring stiches

Where treated?   ☐ Doctor's Office   ☐ Hospital Outpatient   ☑ Hospital Inpatient

If hospitalized, how taken to hospital? Ambulance ................ Expected recovery duration: ...................

**3. Injured Person's Account** (Please describe how the accident occurred, including all contributing factors.):

Sister Maddox has no memory of the accident. Eye witnesses verify that Sister Maddox was changing hands from one railing to another. As she was turning the corner on an upper landing. She never got a grip on the railing with her right hand, lost her balance and fell 3 steps to the lower landing.

## Witnesses

Please ask any witnesses to the accident to describe what happened. Have two brothers present to document on a separate sheet of paper their comments and answers. No one is obligated to answer these questions. You should ask the following questions: **1.** What were you doing when the accident occurred? **2.** Did you see the accident? **3.** According to your understanding, what happened? (Please do not discuss who or what may have been at fault, the cause of the accident, or reference to any legal action.)

Name: Patrick Victor                                    504-954-7107
                                                        (Phone Number)
Address: 1500 Westwood Dr Apt. 13D     Marrero     LA     70072
         (Street)                    (City)      (State)    (Zip)
Name: Jeff Bowdre                                       228-218-1614
                                                        (Phone Number)
Address: _____
         (Street)                    (City)      (State)    (Zip)

### Other Individuals Who May Have Helpful Information

Name: Richard Gear                                      504-376-4524
                                                        (Phone Number)
Address: 2825 Victoria Dr.      Marreo        LA        70072
         (Street)              (City)       (State)      (Zip)

### Coordinating Elder

                                                504-250-6225  cell
Name: Willie Huguley                            504-347-8857  hm.
                                                        (Phone Number)
Address: 5504 Trinity Dr.      Marrero        LA        70022
         (Street)              (City)       (State)      (Zip)
         Westwego              Westwego        LA        37473
(Congregation Name)            (City)       (State)    (Cong. No.)

_____  Landon L. Criglen    7/3/2011
(Signature of Convention Overseer)            (Date Completed)

Return completed form along with copies of eyewitness accounts of the accident (if applicable) to:

**Christian Congregation of Jehovah's Witnesses**
**Attn:  Convention Office**
**2821 Route 22**
**Patterson, NY  12563-2237**

Sunday Morning 7/3/2011

The nurse at USA medical Center told us that Sister Maddox would require surgery on her right shoulder. The internal bleeding in the head, upper Right side has stopped. They were waiting for the doctor to come in but all indications were that Sister Maddox was now stabilized.

She will require Professional transportation from Mobile to Westwego, LA.







