UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR | ) ) ) ) ) ) ) | SECTION "N" MAGISTRATE (1) |
| Defendants. | ) | |

**MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES AND CONTINUE THE TRIAL DATE**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, requesting this Honorable Court amend the Scheduling Order [Rec. No. 45] to extend discovery deadlines and continue the trial date in the above captioned matter pursuant to Fed. R. Civ. P. 16(e) for the reasons outlined in Plaintiffs' attached Memorandum in Support of this Motion or in the alternative, set a status conference. The defendants have not consented. A hearing with oral argument may be needed if the court would like to talk in person with counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

__/s/Tom W. Thornhill_____
**TOM W. THORNHILL**

Respectfully submitted,

**THORNHILL LAW FIRM, A PLC**

_/s/Tom W. Thornhill_____
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

Page -1-