UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES AND CONTINUE THE TRIAL DATE**

COMES NOW, the Plaintiffs, Rachel Maddox and Shannon Maddox, in the above captioned cause, by and through their attorney of record, Thornhill Law Firm, A PLC, and hereby requests this Honorable Court to amend the Scheduling Order [Rec. No. 45] to extend the discovery deadlines and continue the trial date pursuant to Fed. R. Civ. P. 16(e) for the following reasons:

I.

Pursuant to the Scheduling Order [Rec. No. 45], the Plaintiffs' expert report deadline is March 20, 2013, Defendants' expert report deadline is April 19, 2013, and the discovery and motion deadline is May 30, 2013. The pretrial conference is currently scheduled for July 18 and the trial is set for July 29, 2013.

II.

Counsel for Plaintiffs is currently participating as trial counsel in the BP litigation, *BP MDL 2179*, which he anticipates will last through May 2013. Additional time is necessary in order to coordinate and depose the necessary witnesses involved in this claim. Counsel for Plaintiffs attempted to schedule the eye witnesses, Patrick and Kathy Victor's, depositions on a date of Plaintiffs' counsel's first availability however, counsel for the Victors, Terrel Broussard, had a conflict and counsel for Defendants, Ted Mitchell, resisted setting the depositions. *See attached Exhibit "A"*, email correspondence between counsel.

III.

Plaintiffs submit that due to the complex nature of this matter, there were several witnesses present at the time of the injury that must be deposed before we are able to engage and present expert reports. Because there will be such limited time to develop the case in after the BP trial is completed, and the dates on which to coordinate and schedule discovery is virtually nonexistent as a result of the current trial calendar for counsel for Plaintiffs in *BP MDL 2179*, in the interests of justice, a new scheduling order should be entered for the sake of all parties.

IV.

Since the trial is currently set for July 29, 2013 and all discovery deadlines are scheduled around that setting, Plaintiffs request this Honorable Court move the current trial date so that the discovery deadlines can be extended accordingly. This request is not interposed for purpose of delay but only so that justice may be done to all parties. The defendants have not consented to this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Rachel Maddox and Shannon Maddox requests this Honorable Court amend the Scheduling Order and continue the trial date or in the alternative set a status conference.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this 13th day of March, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.<br><br>___/s/Tom W. Thornhill_____ | **Respectfully submitted,**<br><br>**THORNHILL LAW FIRM, A PLC**<br><br>**_/s/Tom W. Thornhill_____**<br>**TOM W. THORNHILL #12776**<br>**1308 Ninth Street**<br>**Slidell, Louisiana 70458**<br>**(985) 641-5010**<br>**(985) 641-5011 fax**<br>**tom@thornhilllawfirm.com** |

Page -3-