**Christy Fugate**

| | |
|---|---|
| From: | Tom Thornhill |
| Sent: | Monday, February 25, 2013 6:50 PM |
| To: | tbroussard@monbar.com |
| Cc: | Christy Fugate |
| Subject: | Fwd: MADDOX V. INTEGRO USA |
| Attachments: | Christy Fugate.pdf; ATT00001.htm |

Terrell,

Thanks for your letter. Please call me regarding the Victors being deposed as fact witnesses, ASAP. My cell is 985.960.1601.

I'm in trial and need to chat at night if possible.

Thanks,
Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

Begin forwarded message:

> **From:** Christy Fugate <christy@thornhilllawfirm.com>
> **Date:** February 25, 2013 2:26:53 PM CST
> **To:** Tom Thornhill <tom@thornhilllawfirm.com>
> **Subject: FW: MADDOX V. INTEGRO USA**
>
> fyi
>
> *Christy D. Fugate, Paralegal/Notary*
> **THORNHILL LAW FIRM, A PLC**
> 1308 Ninth Street
> Slidell, LA 70458
> 985-641-5010 phone
> 985-641-5011 fax
>
> Visit our website at www.thornhilllawfirm.com
>
> This e-mail may contain privileged and confidential information intended for addressee only. If you receive this e-mail in error, please return to sender and discard.



EXHIBIT A

1

**From:** Terrel Broussard [mailto:Tbroussard@monbar.com]
**Sent:** Monday, February 25, 2013 2:19 PM
**To:** Christy Fugate
**Cc:** Tracy Scott; Jeremy Rush
**Subject:** MADDOX V. INTEGRO USA

Dear Ms. Fugate:
Attached is our response to your request.

**Terrel J. Broussard | Montgomery Barnett LLP | www.monbar.com**
3300 Energy Centre, 1100 Poydras Street, New Orleans, LA  70163-3300
**Tel:** +1.504.585.3200 | **Fax:** +1.504.200.8987 | **Email: tbroussard@monbar.com**

**Celebrating 120 years of client service excellence.**

New Orleans | Baton Rouge

 

Member of the Primerus Society of Law Firms  www.primerus.com

The information contained in this transmission is attorney privileged and/or confidential information.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this information is strictly prohibited.  If you received this e-mail transmission in error, please immediately notify us by return e-mail or telephone.



# Montgomery Barnett

### ATTORNEYS & COUNSELORS AT LAW

3300 ENERGY CENTRE ▪ 1100 POYDRAS STREET ▪ NEW ORLEANS, LOUISIANA 70163-3300
504 585 3200 TELEPHONE ▪ 504 585 7688 FACSIMILE ▪ WWW.MONBAR.COM

TERREL J. BROUSSARD

DIRECT OFFICE: (504) 585-7687
EMAIL: tbroussard@monbar.com

February 25, 2013


Via Email:   christy@thornhilllawfirm.com
Christy D. Fugate, Paralegal/Notary
**THORNHILL LAW FIRM, A PLC**
1308 Ninth Street
Slidell, LA 70458

     Re:   *Maddox v. Integro USA, Inc., et al*
            United States District Court, Eastern District
            No. 12-1641, Section "N"
            Our File No.:12660.1

Dear Ms. Fugate:

     In response to your call regarding my representation of Kathy and Patrick Victor, know that this firm has represented the Victors in the above captioned litigation and will undertake their representation in the matters concerning the deposition that you are attempting to schedule.

     As we discussed, the Victors have been dismissed and have provided detailed affidavits which are already part of the court record. In that regard, I request that you provide some detail of the factual basis for this litigation that you intend to pursue during these depositions. Otherwise, there is no alternative but to resist any participation in this litigation.

     In any event, my schedule will not permit depositions during the week of March 6, 2013.

                                             Regards,

                                             MONTGOMERY BARNETT, L.L.P.

                                             Terrel J. Broussard

TJB/ts

# Christy Fugate

| | |
|---|---|
| **From:** | Ted M. Mitchell <tedmmitchell@gmail.com> |
| **Sent:** | Monday, February 25, 2013 1:00 PM |
| **To:** | Christy Fugate |
| **Subject:** | RE: Maddox v. Integro, et a. |

I am not scheduling the deposition on the 8th of march.

---

**From:** Christy Fugate [mailto:christy@thornhilllawfirm.com]
**Sent:** Monday, February 25, 2013 11:48 AM
**To:** Ted M. Mitchell
**Cc:** Tom Thornhill; JMiller@jw.org
**Subject:** RE: Maddox v. Integro, et a.

Mr. Mitchell,

Thank you for your response. Can you please provide the time of your Rule date in St. Bernard on the 8th so perhaps we can schedule around it?

We have today filed a Motion to Continue and Reset the current March 6 hearing date.

Thank you,

*Christy D. Fugate, Paralegal/Notary*
**THORNHILL LAW FIRM, A PLC**
1308 Ninth Street
Slidell, LA 70458
985-641-5010 phone
985-641-5011 fax

Visit our website at www.thornhilllawfirm.com

This e-mail may contain privileged and confidential information intended for addressee only. If you receive this e-mail in error, please return to sender and discard.

---

**From:** Ted M. Mitchell [mailto:tedmmitchell@gmail.com]
**Sent:** Monday, February 25, 2013 11:23 AM
**To:** Christy Fugate
**Cc:** Tom Thornhill; JMiller@jw.org
**Subject:** RE: Maddox v. Integro, et a.

Ms. Fugate:

I am not in control of the Victors' schedules. I have no power to "produce them for deposition." Mr. Terrel J. Broussard is their lawyer, and you must talk with him about scheduling their depositions and whether they, who are no longer parties, would consent to giving their depositions, which I would seriously doubt under the circumstances. Turning the question around, "Would you consent to give a deposition in a case from which you had been dismissed?," makes their circumstances clear. I know I would not be inclined to volunteer to being dragged back into a case from which I had been dismissed and would likely resist any subpoena on any reasonable grounds after having provided a comprehensive affidavit.

1

Regarding the dates, we have a hearing on the summary judgment motions on the 6th, if Mr. Thornhill requests one, and I have a rule in St. Bernard on the 8th, for which the opposition is due on the 28th, this Thursday. I am also completely booked-up with work this entire week, so setting any depositions for this Friday, the 1st of March, is not going to take place.

Please note that I have no objection to Mr. Thornhill filing oppositions to the summary judgment motions later than tomorrow if he needs more time because he has been asking me for consent to a continuance that my clients would not give. Obviously, he *can* direct attention to this case if he is seeking depositions this week, so if the court is willing to grant him extra time to file his oppositions, I have no objections.

TMM

---

**From:** Christy Fugate [mailto:christy@thornhilllawfirm.com]
**Sent:** Monday, February 25, 2013 10:34 AM
**To:** tedmmitchell@gmail.com
**Cc:** Tom Thornhill
**Subject:** Maddox v. Integro, et a.
**Importance:** High

Mr. Mitchell,

Our office would like to set the depositions of Patrick & Kathy Victor for Friday, March 1 or March 8. Will you agree to produce them for deposition or should we subpoena their appearance?

Does either of those dates work for you? We would prefer the depositions take place here in our office, if possible.

Thank you,

*Christy D. Fugate, Paralegal/Notary*
**THORNHILL LAW FIRM, A PLC**
1308 Ninth Street
Slidell, LA 70458
985-641-5010 phone
985-641-5011 fax

Visit our website at www.thornhilllawfirm.com

This e-mail may contain privileged and confidential information intended for addressee only. If you receive this e-mail in error, please return to sender and discard.