UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, demonstrating that there is a need for prompt hearing and consideration of its Motion to Amend the Scheduling Order to Extend the Discovery Deadlines and Continue the Trial Date [Rec. No. 74] filed this day.  Respectfully, an immediate hearing on these issues is requested as soon as can be scheduled with Counsel and the Court.  Opposing counsel does not consent.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

   /s/Tom W. Thornhill
**TOM W. THORNHILL**

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

 /s/Tom W. Thornhill
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

Page -1-