UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that hearing on Plaintiffs' Motion for Expedited Hearing on Plaintiffs'

Motion to Amend the Scheduling Order to Extend Discovery Deadlines and Continue the Trial Date will be

heard on the **20**th day of **March, 2013**, at **9:30 A.M.** at the United States District Court for the Eastern

District of Louisiana, 500 Camp Street, Rm C367, New Orleans, Louisiana, or as soon thereafter as counsel

can be heard.

<table>
<tr><td>

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Tom Thornhill
_____

**Tom W. Thornhill**

</td><td>

**Respectfully submitted,**

**THORNHILL LAW FIRM, L.C.**

**/s/ Tom Thornhill**

_____

**TOM W. THORNHILL          #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010; (985) 641-5011 fax**
**tom@thornhilllawfirm.com**

</td></tr>
</table>