UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> vs. ) <br> ) <br> INTEGRO USA, INC., INTEGRO INSURANCE ) <br> BROKERS, CHRISTIAN CONGREGATION OF ) <br> JEHOVAH'S WITNESSES, WATCHTOWER ) <br> BIBLE AND TRACT SOCIETY OF NEW YORK, ) <br> INC., WESTWEGO CONGREGATION OF ) <br> JEHOVAH'S WITNESSES, INC., PATRICK ) <br> VICTOR, KATHY VICTOR ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 12-1641 <br><br> SECTION "N" <br><br> MAGISTRATE (1) |

## **ORDER**

NOTICE IS HEREBY GIVEN that Plaintiffs have filed its Motion to Amend the Scheduling Order to Extend the Discovery Deadlines and Continue the Trial Date [Rec. Doc. No. 74].

NOTICE IS FURTHER GIVEN that a hearing on said Motion will be held on the **20th** day of **March**, **2013** at **9:30 a.m.** ,or as soon as best possible for the Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, C367, New Orleans, Louisiana.

_____
JUDGE