UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

## **ORDER**

NOTICE IS HEREBY GIVEN that Plaintiffs have filed its Motion to Amend the Scheduling Order to Extend the Discovery Deadlines and Continue the Trial Date [Rec. Doc. No. 74].

NOTICE IS FURTHER GIVEN that a hearing on said Motion will be held on the **20th** day of **March**, **2013** at **9:30 a.m.** ,or as soon as best possible for the Court, at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, C367, New Orleans, Louisiana.

_____
JUDGE