UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, ET AL | CIVIL ACTION |
| VERSUS | NO.  12-1641 |
| INTEGRO USA, INC., ET AL | SECTION "N"  (1) |

### O R D E R

Considering Motion to Amend Scheduling Order to Extend Discovery Deadlines and Continue the Trial Date (Rec. Doc. 74), filed by the plaintiffs;

**IT IS ORDERED** that the motion is hereby **DENIED IN PART**, in that the trial and pretrial conference shall not be continued, and **GRANTED IN PART**, in that the scheduling order (Rec. Doc. 45) shall be amended and pretrial deadlines extended as follows:

1) All pre-trial motions, including dispositive motions, shall be **filed** and **served** in sufficient time, pursuant to Local Rule 7.2, to permit **submission date** thereon no later than  Wednesday, June 12, 2013 ;

2) Depositions for use at trial shall be taken and all discovery shall be completed no later than   Wednesday, July 3, 2013  ;

3) Written reports of experts who may be witnesses for plaintiff shall be obtained and delivered to counsel for defendant no later than Friday, April 19, 2013 ;

4) Written reports of experts who may be witnesses for defendant shall be obtained and delivered to counsel for plaintiff no later than <u>Wednesday, May, 22, 2013</u> ; and

5) Counsel for the parties are ordered to file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than <u>Wednesday, May, 22, 2013</u> .

Given plaintiffs' counsel's responsibilities in other matters, <u>the Court strongly recommends that he enlist co-counsel</u> or associate counsel to ensure that these deadlines are met.

Counsel are reminded that all counsel are responsible for contacting the office of Magistrate Judge Sally Shushan for the purpose of scheduling a settlement conference, to be held no later than July 12, 2013.  *See* Rec. Doc. 45 at 7.

The plaintiffs' motion for expedited hearing (Rec. Doc. 75) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 14th day of March, 2013.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**