UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

**CONSENT MOTION TO CONTINUE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Rachel Maddox and Shannon Maddox [with the Consent/No Opposition of Defendants, Christian Congregation of Jehovah's Witness, Inc. ("CCJW") and Old Republic Insurance Company] respectfully representing that the trial should be reset by 120 days to allow the completion of discovery and any pretrial motions in the time frames within which to complete trial preparation for all the reasons as detailed in the attached Memorandum in Support of this Consent Motion to Continue.

WHEREFORE, Plaintiffs, Rachel Maddox and Shannon Maddox requests this Honorable Court continue the trial by 120 days.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | |
| I hereby certify that on this 9th day of April, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. | |
| __/s/Tom W. Thornhill_____ <br> **TOM W. THORNHILL** | |

 **/s/Tom W. Thornhill**_____
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**