UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, ET AL | CIVIL ACTION |
| VERSUS | NO. 12-1641 |
| INTEGRO USA, INC., ET AL | SECTION "N" (1) |

## ORDER

Considering the Consent Motion to Continue (Rec. Doc. 79), filed by plaintiffs;

**IT IS ORDERED** that:

1) The motion **(Rec. Doc. 79)** is hereby **GRANTED**;

2) The bench trial, presently set for July 29, 2013, is hereby **CONTINUED** to **Monday, September 16, 2013** at **8:30 a.m.**, and the pretrial conference, presently set for July 18, 2013, is hereby **CONTINUED** to **Thursday, September 5, 2013** at **9:00 a.m.**;

3) All pretrial deadlines are extended by 50 days; and

4) Plaintiffs' Motion for Expedited Consideration (Rec. Doc. 80) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 11th day of April, 2013.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**