# Christy Fugate

| | |
|---|---|
| From: | Ted Mitchell <tedmmitchell@gmail.com> |
| Sent: | Tuesday, April 23, 2013 12:07 PM |
| To: | Tom Thornhill |
| Cc: | JMiller@jw.org; Christy Fugate |
| Subject: | Re: Settlement Conference and further depositions |

I stand by my previous statements.

TMM

On Tue, Apr 23, 2013 at 12:00 PM, Tom Thornhill <tom@thornhilllawfirm.com> wrote:

Ted,

As we discussed, we need to schedule the depositions to obtain the facts for the experts to render an opinion. Your clients seem set on refusing to cooperate, despite the numerous requests to set depositions by agreement. Therefore, we will do as we said and file motions, request a status conference after the 15th of May and set depositions and issue subpoenas for after the 15th of May, as we "follow our own guidance."

Thanks,

Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.



**From:** Ted Mitchell [mailto:tedmmitchell@gmail.com]
**Sent:** Tuesday, April 23, 2013 11:56 AM
**To:** Tom Thornhill
**Cc:** JMiller@jw.org; Christy Fugate
**Subject:** Re: Settlement Conference and further depositions


Mr. Thornhill:


You forgot to note that I emphasized that we were finishing the written discovery, of which there is quite a lot. Please do not forget that your responses to defendant's written discovery, propounded to plaintiffs on the 28th of March, are due by Monday. I made it clear that defendant is focused on completing the written discovery before worrying about setting depositions.


Let me be clear about this. Your discovery has attempted to take this case well outside the scope of the facts before the parties adverse in this proceeding. In my estimation, the issues your written discovery has raised need to be resolved before a number of depositions that you seek can be had. Of course, I need guidance on this from my client, which is why I told you that you had to follow your own guidance because I did not have any from mine as yet.


You spoke of urgency and that we have no time to waste because you will be out of the country for two weeks. Please allow me to remind you that I gave you the dates on which I will be unavailable when we were agreeable to setting depositions by consent, before it became necessary to terminate Mr. Huguely's deposition because of your questioning and refusal to cooperate with me. Let me also remind you that you insisted on more time, and got a continuance, for discovery to obtain facts about safety and seating at the convention but you have gone far afield of the facts on which you opposed summary judgment. You delayed until time was almost up on designating an expert to begin asking for deposition dates for witnesses over which defendant has no control and for witnesses who are outside the subpoena power of the court. You used your own delay as a discovery crisis to oppose a justified motion for summary judgment to obtain more time for discovery and now you are rushing the defendant for depositions dates for the same witnesses over whom defendant has no control because you will be out of the country for two weeks.


Mr. Thornhill, let me remind you one more thing: The world does not revolve around your schedule. Everyone else's schedule is just as important, especially people who had nothing to do with what happened to Patsy Maddox, under the law, but they are the people you want to drop everything they are doing and submit to the kind of inquisition through which you put Mr. Huguely. You probably don't realize it, maybe you don't care, but depositions are torture for ordinary people and they are not lightly to be imposed on them. The least we can do is consider their schedules when setting them. Please try to remember that just because you throw out an accusation, that does not make it true. No one you wish to depose did anything to Patsy Maddox. No one made an affirmative act that caused Patsy Maddox to fall. Please respect the rights of the deponents in your discovery quest.

So, yes, you may follow your own guidance about the depositions you want to take, or you can wait to see what the written discovery will yield, as I suggested. We may be able to hone the questions a bit and limit the scope of the depositions to make them less onerous for the deponents. We may be able to more specifically identify who needs to be deposed by completing the written discovery, which is now coming due for us both.

I can imagine you will have objections as you will certainly imagine the objections I am contemplating. Let us focus on what is not in dispute in the written discovery and what it is that we both find objectionable. We can then focus on the objectionable materials, classify them, and sort out the issues before we dive headlong into depositions that will eat up time with objections and arguments on the transcripts that would be better saved for motions.

Or, you can follow your own guidance.

Ted M. Mitchell

Attorney at Law

2955 Ridgelake Drive, Suite 207

Metairie, LA  70002

(504) 236-3966

(504) 273-2220 fax

On Tue, Apr 23, 2013 at 10:47 AM, Tom Thornhill <tom@thornhilllawfirm.com> wrote:

Ted:

This confirms that I reached you today and you advised that I should follow my own guidance, you have nothing to say having not made any decision about setting depositions or a status conference. You did say that you had terminated the deposition of Huguley and refused to reset it. I advised that we would file a motion to compel the completion of the deposition of Huguley and we would notice the depositions we know we want to take for after the 15th of May and send subpoenas. We will also request a status conference with the court for after the 15th of May when I return from Europe.

Thanks,

Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

---

**From:** Tom Thornhill
**Sent:** Monday, April 22, 2013 5:47 PM
**To:** 'Ted M. Mitchell'
**Cc:** 'JMiller@jw.org'; Christy Fugate
**Subject:** RE: Settlement Conference and further depositions

Ted and John,

You guys have not responded to our requests to reset the deposition of Huguley or the other depositions. Also, the requests to set a status conference has been ignored and/or refused since our several emails ending on the 16th, as shown below. Therefore we will set depositions for dates we choose and issue subpoenas. Also, we will file appropriate motions as necessary to compel and have a status conference unless you guys are able to begin cooperating.

Thanks,

Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458

(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

**From:** Tom Thornhill
**Sent:** Tuesday, April 16, 2013 4:50 PM
**To:** 'Ted M. Mitchell'
**Cc:** JMiller@jw.org; Christy Fugate
**Subject:** RE: Settlement Conference and further depositions

Ted,

To eliminate confusion in your remarks, please note as follows:

1. We have sent the initial list of deponents which we are requesting be scheduled for after May 15. Of course, if you will not schedule, we can set the depositions for the date we choose and send a subpoena for the witnesses. Alternatively, we can ask for a status conference and request Magistrate Judge Shushan to set the depositions.

2. The Motion to Compel must be filed, unless you consent to reset the deposition of Huguley. In that case as well, the setting can occur without consent and subpoenas issued; or Magistrate Judge Shushan will set the deposition for after May 15.

3. Other counsel were not willing to enroll and take over this case. That's why the trial was continued. I don't know who you refer to when you ask about Mr. Schrader.

Thanks in advance for your cooperation, absent which we will file appropriate motions with the court.

Thanks,

Tom


Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

---

**From:** Ted M. Mitchell [mailto:tedmmitchell@gmail.com]
**Sent:** Tuesday, April 16, 2013 12:19 PM
**To:** Tom Thornhill
**Subject:** RE: Settlement Conference and further depositions


Like I said, get your list of deposition witnesses together, we have a scheduling order in place (the judge extended all the deadlines), let me finish digesting the deposition transcript, and let us both finish written discovery. That is plenty to do before we need to request magisterial intervention, especially for someone who is tied up in trial, except on Fridays.


I see no reason to file a motion to compel before we have seen your list of 30b6 notices for dismissed parties and have had a chance to object and seek protection.


Let me be clear, one more time, I see no reason for involving the magistrate.

6

Lastly, do I understand your situation incorrectly now? Is Mr. Schrader assisting you in this case? Did you get someone to enlist as Judge Engelhardt suggested?

TMM

P.S. You don't have to include John Miller unless he enrolls as visiting counsel.

---

**From:** Tom Thornhill [mailto:tom@thornhilllawfirm.com]
**Sent:** Tuesday, April 16, 2013 12:00 PM
**To:** Ted Mitchell; Justin Schrader ('justin@shraderlaw.com'); JMiller@jw.org
**Cc:** Christy Fugate
**Subject:** RE: Settlement Conference and further depositions

John,

Sorry, I forgot to include you in the email traffic.

Thanks,

Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

**From:** Tom Thornhill
**Sent:** Tuesday, April 16, 2013 11:55 AM
**To:** 'Ted Mitchell'
**Cc:** Christy Fugate
**Subject:** RE: Settlement Conference and further depositions

Ted,

The status conference is less time consuming than the motion to compel and the submission of a scheduling order in an adversarial process. Either side may request a status conference and I was just trying to get us on the same page about remaining discovery.

On the deposition that was aborted, if not handled in a consensual status conference, we need to file a motion to compel, so let me know today, so we can start on that.

I'll also send a 30B6 notice for the entities that are defendants and the any that are dismissed, along with topics for your review. We will have that scheduled for the middle of May after the exchange of documents in order to allow you to appoint representatives. We can also reset the deposition of Huguley for the middle of May, either by consent or we will file a motion to compel.

The first list of deponents was provided. We can schedule those beginning May 15.

Thanks,

Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

**From:** Ted Mitchell [mailto:tedmmitchell@gmail.com]
**Sent:** Tuesday, April 16, 2013 11:49 AM
**To:** Tom Thornhill
**Subject:** Re: Settlement Conference and further depositions

I need to digest the transcript and I see no need to discuss any schedule issues with the magistrate  I simply see no reason to involve the magistrate at this time.

You have your extra time with the continuance you sought.  Make the list of deponents.  Let's finish written discovery.  I see no reason to bother the magistrate when we have no completed the basic work that must be done to identify the problems might require a magisterial intervention.

TMM

On Tue, Apr 16, 2013 at 11:18 AM, Tom Thornhill <tom@thornhilllawfirm.com> wrote:

Ted,

I think we will need a status conference on the scheduling issues and completion of the deposition that was aborted.  Any problem with having a status conference to discuss with the magistrate?

Tom

Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010

(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.

---

**From:** Ted Mitchell [mailto:tedmmitchell@gmail.com]
**Sent:** Tuesday, April 16, 2013 11:17 AM
**To:** Tom Thornhill
**Subject:** Re: Settlement Conference and further depositions

I am now able to consider this. As I noted, I was unavailable last Friday, but that unavailability continued until yesterday.

I spoke with Ms. Flanagan about scheduling and she said that perhaps an early settlement conference would be helpful. I said that I thought that would be doubtful considering the posture of the case and noted it has little to do with costs but everything to do with how both sides see the case. As all dates have been pushed back dramatically, I suggest we catch our breath and not waste the Magistrate's valuable time. I certainly do not want to have a settlement conference that does that. If we are going to ask the Magistrate to do heavy lifting, then let us have something on the table.

TMM

On Wed, Apr 10, 2013 at 3:50 PM, Tom Thornhill <tom@thornhilllawfirm.com> wrote:

Ted and John:

The Pretrial Orders of the Judge Englehardt require us to meet with the Magistrate Judge Shushan for a settlement discussion. She has available dates of: 5/22 @ 9:30 or 2:00, 5/23 @ 9:30 or 2:00, 5/29 @ 9:30 or 5/30 @ 2:00. Please advise later today if you are available and we will confirm the settlement conference with the Magistrate Judge.

In furtherance of the earlier email regarding resetting the trial, preferable to September 16, 2013, if that works for you, we will also need a time line for responses to written discovery, depositions to be taken and new dates for expert reports.

Thanks,

Tom


Tom W. Thornhill
Thornhill Law Firm, A PLC
1308 Ninth Street
Slidell, Louisiana 70458
(985) 641-5010
(800) 989-2707
(985) 641-5011 (fax)

PRIVILEGED & CONFIDENTIAL COMMUNICATION: DO NOT read, copy or disseminate this communication unless you are the intended addressee. This may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are on notice that any unauthorized disclosure, copying distribution, or taking of any action in reliance on the contents of the electronically transmitted materials is prohibited.




--

Ted M. Mitchell

Attorney at Law

2955 Ridgelake Drive, Suite 207

Metairie, LA  70002

(504) 236-3966

(504) 273-2220

--

Ted M. Mitchell

Attorney at Law

2955 Ridgelake Drive, Suite 207

Metairie, LA 70002

(504) 236-3966

(504) 273-2220

--

Ted M. Mitchell

Attorney at Law

2955 Ridgelake Drive, Suite 207

Metairie, LA 70002

(504) 236-3966

(504) 273-2220

--
Ted M. Mitchell
Attorney at Law
2955 Ridgelake Drive, Suite 207
Metairie, LA 70002
(504) 236-3966
(504) 273-2220