```
 1              UNITED STATES DISTRICT COURT          1
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6  RACHEL MADDOX, SHANNON MADDOX    CA. NO.
 7                                   12-1641
 8  VERSUS                           SECTION "N"
 9                                   MAG (1)
10  INTEGRO USA, INC., INTEGRO
    INSURANCE BROKERS, CHRISTIAN
11  CONGREGATION OF JEHOVAH'S WITNESSES,
    WATCHTOWER BIBLE AND TRACT SOCIETY
12  OF NEW YORK, JEHOVA'S WITNESSES,
    INC., PATRICK VICTOR, KATHY VICTOR
13
14  * * * * * * * * * * * * * * * * * * * * * *
15
16
17
18
19
20
21          Deposition of WILLIE F. HUGULEY,
22  taken on Wednesday, April 10, 2013, in the
23  offices of THORNHILL LAW FIRM, 1308 Ninth
24  Street, Slidell, Louisiana 70458.
25
```

```
 1              I N D E X               2
 2                            PAGE
 3  Caption                    1
 4  Appearances                3
 5  Agreement of Counsel       4
 6  Examination
 7     TOM W. THORNHILL        5
 8
 9
10  Witness' Certificate      114
11  Reporter's Certificate    115-116
12
13           *   *   *   *
14  EXHIBITS:
15  Exhibit 1   Our Kingdom Ministry    57
    Exhibit 2   Seating Plan           133
16  Exhibit 3   Platform Layout        145
    Exhibit 4   Seating Plan           146
17  Exhibit 5   Photograph             157
    Exhibit 6   Photograph             161
18  Exhibit 7   Photograph             162
    Exhibit 8   Photograph             162
19  Exhibit 9   Photograph             163
    Exhibit 10  Photograph             163
20  Exhibit 11  Photograph             165
    Exhibit 12  Photograph             165
21  Exhibit 13  Photograph             165
    Exhibit 14  Photograph             165
22  Exhibit 15  Photograph             165
    Exhibit 16  Seating Plan           168
23  Exhibit 17  Document 59-12         170
24
25
```

```
 1  APPEARANCES:                            3
 2
 3      Representing the Plaintiff:
 4  THORNHILL LAW FIRM
 5  1308 Ninth Street
    Slidell, Louisiana 70458
 6  BY:  TOM W. THORNHILL
 7
 8
 9
10      Representing the Defendant:
11  LAW OFFICES OF TED M. MITCHELL
    2955 Ridgelake Drive
12  Suite 207
    Metairie, Louisiana 70002
13
14  BY:  TED M. MITCHELL
15
16  REPORTED BY:  Dana Schoultz
                  Certified Court Reporter
17                #87111
                  State of Louisiana
18
19
20
21
22
23
24
25
```

```
 1         S T I P U L A T I O N            4
 2
 3         It is stipulated and agreed by and
 4  between counsel that the deposition of WILLIE
 5  F. HUGULEY, is hereby being taken pursuant to
 6  Notice under the Federal Rules of Civil
 7  Procedure in accordance with the Rules.
 8
 9         The formalities of sealing and
10  certification are hereby waived.  The witness
11  reserves the right to read and sign the
12  deposition.  The party responsible for
13  service of the discovery material shall
14  retain the original.
15
16         All objections are to be made in
17  accordance with the Federal Rules of
18  Procedure.
19
20         Dana Schoultz, Certified Court
21  Reporter in and for the State of Louisiana,
22  officiated in administering the oath to the
23  witness.
24
25
```

205

1 certain time, and when the seats are full,
2 then the attendant will let it be known that
3 there's no more seats available here.
4     Q.   Right.  So even if they're elderly
5 and infirm they don't get a seat there?
6     A.   Well, they have other areas where
7 they can seat, where they can sit.  So that's
8 why they just don't have the bottom floor but
9 they have the blue section around as well.
10    Q.   All right.  But in this case you
11 think that the attendants, and you've been an
12 attendant before, knew that there was a risk
13 that the seating would be filled on the floor
14 or on the seats adjacent to the floor at any
15 gathering of Jehovah's Witnesses.
16    A.   The seats are not always filled, but
17 then if it calls for -- say in the case of
18 them, if they're three together, do they want
19 to sit together or do they want to separate?
20 You might find one seat or you might find two
21 seats.  You might not find three seats.  So
22 it's up to them.  They make the choice
23 whether they're going to sit there or they
24 may have to relocate.  And since they were
25 together, they might have thought they could

206

1 sit together.
2     Q.   But all that's speculation, right?
3     A.   Yeah.  But that's what I'm -- I feel
4 like the way you worded the question, you
5 know, you're thinking about a person coming
6 into the convention to get a seat.  Patsy
7 Maddox is elderly but the Victors are not,
8 and they're all traveling together.
9     Q.   And so Patsy Maddox, because she was
10 being escorted by the Victors, is not
11 entitled to a seat in the elderly --
12    A.   She can.
13    Q.   She could.
14    A.   But they wouldn't be.
15    Q.   But you don't know if there was any
16 -- let me put it this way.
17    A.   I don't know.
18    Q.   I understand you don't know.  I know
19 you're just talking in general, right?  You
20 don't know any of these things.  You're just
21 kind of making it up, right?  You're
22 wondering what's going on and you think
23 that's what's going on but you really don't
24 know, correct?
25         MR. MITCHELL:

207

1         Are you asking for a lay opinion
2 here, Counsel, or are you just -- what are
3 you doing?
4         MR. THORNHILL:
5         I'm asking what he knows.
6         MR. MITCHELL:
7         You're asking him what he knows.
8 You're asking for an opinion.
9         MR. THORNHILL:
10        If you have an objection, make it.
11 Otherwise --
12        MR. MITCHELL:
13        No.  I'm objecting to the form but I
14 also --
15        MR. THORNHILL:
16        That's it.  Stop.
17        MR. MITCHELL:
18        We can just stop.
19        MR. THORNHILL:
20        Are you able --
21        MR. MITCHELL:
22        Hold it, hold it.
23        MR. THORNHILL:
24        Are you able to answer the question?
25        MR. MITCHELL:

208

1         Hold it.  We can just stop this
2 altogether and leave.
3         MR. THORNHILL:
4         Stop your screaming.  Stop your
5 screaming.
6         MR. MITCHELL:
7         Are you listening to me?
8         MR. THORNHILL:
9         Not until you stop your screaming.
10        MR. MITCHELL:
11        Are you going to listen to me?
12        MR. THORNHILL:
13        If you stop your screaming I will.
14        MR. MITCHELL:
15        I have stopped.  I interrupted you
16 because you kept on talking when I was trying
17 to ask you a question.
18        MR. THORNHILL:
19        I'm not here to answer questions.
20        MR. MITCHELL:
21        Then we're going.
22        MR. THORNHILL:
23        I'm here to ask questions.
24        MR. MITCHELL:
25        Then we're just going.  That's it.

209
1 Now, you can either interact with me --
2 that's why I raised my voice, because you're
3 going to keep on going. Now, do you want to
4 continue the deposition or do you want to
5 talk to me?
6     MR. THORNHILL:
7        Mr. Mitchell, I want to finish the
8 deposition.
9     MR. MILLER:
10        Are you sure? I'm ready to go.
11 I've watched this man badger the witness --
12     MR. THORNHILL:
13        Object.
14     MR. MILLER:
15        -- and be rude to everyone in this
16 room.
17     MR. THORNHILL:
18        Object.
19     MR. MITCHELL:
20        No. I'm having a conversation with
21 my client.
22     MR. MILLER:
23        I don't think it's necessary for us
24 to stay.
25     MR. MITCHELL:

210
1        Okay, let's go. I'll listen to my
2 client.
3     MR. THORNHILL:
4        Note my objection --
5     MR. MITCHELL:
6        We're here as a courtesy.
7     MR. THORNHILL:
8        -- to continue the deposition.
9     MR. MITCHELL:
10        I'll put on the record we're here as
11 a courtesy. This is by consent. The witness
12 represents a party that was dismissed from
13 this case.
14     MR. THORNHILL:
15        He doesn't represent a party that's
16 dismissed.
17     MR. MITCHELL:
18        He's the president of Westwego
19 Congregation of Jehovah's Witnesses,
20 Incorporated.
21     MR. THORNHILL:
22        He doesn't represent a party that's
23 been dismissed. He said he's just an
24 overseer.
25     MR. MITCHELL:

211
1        He is the president of the Westwego
2 Congregation of Jehovah's Witnesses, Inc., a
3 defendant named by the plaintiffs that was
4 dismissed from this case. He doesn't have to
5 be here. He was not subpoenaed. He is also
6 a private citizen. You have raked him over
7 the coals. I have been kind enough to come
8 here by consent, and we don't have to be here
9 because you didn't subpoena him. You waited
10 until the last minute. You've asked for a
11 continuance of the trial so you can get the
12 discovery done that you should have done
13 months ago.
14        So we've had enough. I tried to
15 cooperate with you. You treated me as if he
16 had been subpoenaed here today. You treated
17 me as if you didn't have to cooperate with
18 me. So that's enough, we're done.
19     MR. THORNHILL:
20        Mr. Mitchell, there's no distinction
21 between somebody who's under oath and
22 answering questions that's subpoenaed and
23 somebody who is not subpoenaed.
24     MR. MITCHELL:
25        Well, that's fine. But he doesn't

212
1 have to be here.
2     MR. MILLER:
3        Is Greg still on or is it off?
4     MR. MITCHELL:
5        As far as I'm concerned it's off.
6 There's no subpoenae, so I don't have to
7 come. You can notice him if you want to but
8 if you didn't subpoena him, we're not going
9 to be here.
10     MR. MILLER:
11        So you don't intend to go to Mobile
12 Friday?
13     MR. THORNHILL:
14        Let's go off the record now.
15        * * * * *
16        (End of Deposition)
17        * * * * *
18
19
20
21
22
23
24
25

WILLIAM F. HUGULEY 4/10/13

213

WITNESS' ATTESTATION

I have read or have had the foregoing testimony read to me and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_____

WILLEY F. HUGULEY

(CHECK ONE)

( ) NO CORRECTIONS

( ) CORRECTIONS; ERRATA SHEET (S) ENCLOSED

---

214

C E R T I F I C A T E

I, DANA SCHOULTZ, Certified Court Reporter in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that WILLIE F. HUGULEY, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing two hundred thirteen (213) pages;

That this testimony was reported by me in the Stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding;

That the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board;

That I have acated in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Aritcle 1434 and in rules and advisory opinions of the board;

That I am not related to counsel or to

---

215

the parties herein, nor am I otherwise interested in the outcome of this matter.

_____

DANA SCHOULTZ, #87111
Certified Court Reporter
State of Louisiana

---

TRIAL CONCEPTS, LLC