UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**RACHEL MADDOX, ET AL.**             **CIVIL ACTION**

**VERSUS**             **NO. 12-1641-KDE-SS**

**INTEGRO USA, INC., ET AL.**

### ORDER

A **TELEPHONE** discovery conference is scheduled in the above-captioned case on **Thursday, May 16, 2013 at 2:00 p.m.** before Magistrate Judge Sally Shushan. The Court will initiate the conference call.

New Orleans, Louisiana, dated May 2, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**