UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | |
| BROKERS, CHRISTIAN CONGREGATION OF ) | SECTION "N" |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | MAGISTRATE (1) |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| ) | |
| Defendants. ) | |

## CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES' MOTION FOR PROTECTIVE ORDER

Defendant Christian Congregation of Jehovah's Witnesses moves this Court for an order under Fed R. Civ. Pro. 26(c) seeking protection from discovery of information of religious practices, financial data concerning voluntary and anonymous donations to support religious worship, and from harassing deposition questions into private religious matters of non-parties, for the reasons in the Memorandum in Support and in the Opposition to Plaintiffs' Motion to Compel filed contemporaneously herewith.

Dated: 6 May 2013.

                                                          Respectfully submitted,
                                                          By /s/Ted M. Mitchell
                                                          Ted M. Mitchell    La. Bar No. 20964
                                                          2955 Ridgelake Drive, Suite 207
                                                          Metairie LA 70002-3618
                                                          504-236-3966 – voice
                                                          504-273-2220 – fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 6th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

                                                                                            /s/Ted M. Mitchell