| Tom Schedler | State of Louisiana | **COMMERCIAL DIVISION** |
|---|---|---|
| Secretary of State | Secretary of State | 225.925.4704 |



Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES | Non-Profit Corporation or Co-op (Non-Louisiana) | PATTERSON | Active |

**Business:** CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES
**Charter Number:** 36134766X
**Registration Date:** 3/8/2006
**State Of Origin:**

**Domicile Address**
2821 ROUTE 22
PATTERSON, NY 12563

**Mailing Address**
2821 ROUTE 22
PATTERSON, NY 12563

**Principal Business Office**
2821 ROUTE 22
PATTERSON, NY 12563

**Registered Office in Louisiana**
3523 HARRIS DRIVE
BATON ROUGE, LA 70816

**Principal Business Establishment in Louisiana**
3523 HARRIS DRIVE
BATON ROUGE, LA 70816

## Status

**Status:** Active
**Annual Report Status:** In Good Standing
**Qualified:** 3/8/2006
**Last Report Filed:** 2/18/2013
**Type:** Non-Profit Corporation or Co-op (Non-Louisiana)

## Registered Agent(s)

| Agent: | STANLEY SINGLETARY |
|---|---|
| Address 1: | 3523 HARRIS DRIVE |
| City, State, Zip: | BATON ROUGE, LA 70816 |
| Appointment Date: | 3/8/2006 |

## Officer(s)                                                                                      Additional Officers: No

| Officer: | CHARLES I. WOODY |
|---|---|
| Title: | President, Director |
| Address 1: | 2821 ROUTE 22 |
| City, State, Zip: | PATTERSON, NY 12563 |

| Officer: | ROBERT CIRANKO |
|---|---|
| Title: | Vice-President, Director |
| Address 1: | 25 COLUMBIA HEIGHTS |
| City, State, Zip: | BROOKLYN, NY 11201 |

| Officer: | JOEL C. ADAMS |
|---|---|

| | |
|---|---|
| **Title:** | Vice-President, Director |
| **Address 1:** | 2821 ROUTE 22 |
| **City, State, Zip:** | PATTERSON, NY 12563 |

| | |
|---|---|
| **Officer:** | WILLIAM H. NONKES |
| **Title:** | Secretary/Treasurer, Director |
| **Address 1:** | 2821 ROUTE 22 |
| **City, State, Zip:** | PATTERSON, NY 12563 |

| | |
|---|---|
| **Officer:** | MERTON V. CAMPBELL |
| **Title:** | Director |
| **Address 1:** | 2821 ROUTE 22 |
| **City, State, Zip:** | PATTERSON, NY 12563 |

| | |
|---|---|
| **Officer:** | STANLEY F. WEIGEL |
| **Title:** | Director |
| **Address 1:** | 2821 ROUTE 22 |
| **City, State, Zip:** | PATTERSON, NY 12563 |

| | |
|---|---|
| **Officer:** | ANTHONY GRIFFIN |
| **Title:** | Director |
| **Address 1:** | 2821 ROUTE 22 |
| **City, State, Zip:** | PATTERSON, NY 12563 |

## Amendments on File

**No Amendments on file**