Case 2:12-cv-01641-KDE-SS   Document 85-4   Filed 05/06/13   Page 1 of 2

# NYS Department of State
## Division of Corporations
## Entity Information

### The information contained in this database is current through May 3, 2013.

**Selected Entity Name:** CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES

### Selected Entity Status Information

| | |
|---:|:---|
| **Current Entity Name:** | CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES |
| **DOS ID #:** | 2544464 |
| **Initial DOS Filing Date:** | AUGUST 21, 2000 |
| **County:** | PUTNAM |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC NOT-FOR-PROFIT CORPORATION |
| **Current Entity Status:** | ACTIVE |

### Selected Entity Address Information

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES
100 WATCHTOWER DRIVE
PATTERSON, NEW YORK, 12563-9204

**Registered Agent**
NONE

This office does not record information regarding the
names and addresses of officers, shareholders or directors
of nonprofessional corporations except the chief executive
officer, if provided, which would be listed above.
Professional corporations must include the name(s) and
address(es) of the initial officers, directors, and
shareholders in the initial certificate of incorporation,
however this information is not recorded and only available
by viewing the certificate.

| *Stock Information | | | Name History | | |
|---|---|---|---|---|---|
| # of Shares | Type of Stock | $ Value p | Filing Date | Name Type | Entity Name |
| | No Information Available | | AUG 21, 2000 | Actual | CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES |

*Stock information is applicable to domestic business corporations.

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

**NOTE:** New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us