





EXHIBIT # H —
WIT: 5



EXHIBIT # H -
WIT: 6



EXHIBIT # H
WIT: 7



EXHIBIT # H
WIT: 8



EXHIBIT # H-
WIT: 9



EXHIBIT # H
WIT: 10



EXHIBIT # Huguley
WIT: ld