UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| RACHEL MADDOX, AND SHANNON MADDOX, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | NO. 12-1641 |
| vs. | ) | |
| | ) | SECTION: "N" |
| INTEGRO USA, INC. d/b/a INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR AND KATHY VICTOR | ) ) ) ) ) ) ) ) | MAGISTRATE: (1) |
| Defendants. | ) | |

## NOTICE OF SUBMISSION
### CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES MOTION FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that the foregoing Motion for a Protective Order is set for submission before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130 on May 29, 2013 at 9:30 Am.

Respectfully submitted,

By /s/Ted M. Mitchell
Ted M. Mitchell    La. Bar No. 20964
2955 Ridgelake Drive, Suite 207
Metairie LA 70002
504-236-3966 – voice 504-273-2220 – fax

### CERTIFICATE OF SERVICE
I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 6th day of May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system or by mail.

/s/Ted M. Mitchell