UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

## MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, who suggests to this Honorable Court that an Order issue to the Defendant, Christian Congregation of Jehovah's Witnesses ("CCJW"), requiring them to supplement their recent discovery responses to Plaintiffs for all the reasons outlined in the attached Memorandum in Support of this Motion to Compel.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this 13th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.<br><br>____/s/Tom W. Thornhill_____ | **Respectfully submitted,**<br><br>**THORNHILL LAW FIRM, A PLC**<br><br> **/s/Tom W. Thornhill**_____<br>**TOM W. THORNHILL #12776**<br>**1308 Ninth Street**<br>**Slidell, Louisiana 70458**<br>**(985) 641-5010**<br>**(985) 641-5011 fax**<br>**tom@thornhilllawfirm.com** |

## RULE 37 CERTIFICATE

Counsel for Plaintiff hereby certifies that in compliance with Rule 37 of the Federal Rules of Civil Procedure, counsel for Plaintiffs attempted to resolve this discovery dispute. (see attached Exhibit "B").   Therefore, notwithstanding counsel for Plaintiff's efforts to resolve these discovery issues, they remain in dispute.

                          **s/ Tom W. Thornhill**                    
                                  **TOM W. THORNHILL**