# THORNHILL LAW FIRM, A PLC
### ATTORNEYS & COUNSELORS AT LAW

|  | CORNER OF GAUSE AND NINTH STREET |  |
|---|---|---|
| TOM W. THORNHILL | 1308 NINTH STREET | www.thornhilllawfirm.com |
|  | SLIDELL, LA 70458 | e-mail: office@thornhilllawfirm.com |
| OF COUNSEL: | ☎(985) 641-5010 |  |
| JAMES R. STRAIN | FAX: (985) 641-5011 |  |
|  | 800-989-2707 |  |

May 8, 2013

### VIA ELECTRONIC MAIL

Ted M. Mitchell
Attorney at Law
2955 Ridgelake Drive, Suite 207
Metairie, LA 70002

  Re: *Rachel Maddox, et al v. Watchtower Bible and Tract Society of New York, et al*
     Case No.: 2:12-cv-01641-KDE-SS
     United States District Court, Eastern District of Louisiana
     Our File No.: 14252

Dear Mr. Mitchell:

  Pursuant to Federal Rules of Civil Procedure 37, below is a list of deficiencies found in CCJW's recent discovery responses to Plaintiffs' Interrogatories, Requests for Production and Requests for Admission:

1. Response to Interrogatory No. 4 indicates pre convention photos were taken by Merle Baetje and Landon Crigler completed an Accident Report. None of Baetje's photos were provided and we received no Accident Report.

2. Response to Interrogatory No. 5 indicates there were statements taken by CCJW's attorney but they are privileged. Attorney-client privilege does not apply to statements and any statements taken should be immediately provided to Plaintiffs.

3. Response to Interrogatory No. 11 indicates Plaintiffs should refer to the "Convention Organization Guidelines" which is attached. The attached document is largely blacked out but CCJW does not provide a Privilege Log with their responses. A Privilege Log should immediately be provided. Also, the portions of the Convention Organization Guidelines which can be read reference form documents for their Elders to use, i.e., TO-5 Accident Report Form, CO-53 Convention Personnel Report, 11/5/05 and 4/9/12 letters to all bodies and Elders regarding conventions, etc....... The forms which should be attached to the Convention Organization Guidelines should immediately be produced in CCJW's supplemental responses in addition to a Privilege Log.

     Please supplement these responses immediately.  If Plaintiffs do not receive sufficient supplemental responses by Monday, May 13, 2013, I will have no choice but to file a Motion to Compel with the Court.  Should you have any questions, please do not hesitate to contact me.

                Sincerely,

                *Tom W. Thornhill*

                Tom W. Thornhill

TWT/cdf