# TED M. MITCHELL
ATTORNEY AT LAW
LICENSED TO PRACTICE IN LOUISIANA, MISSISSIPPI, NEW YORK
AND BEFORE THE UNITED STATES SUPREME COURT

9 May 2013

Tom W. Thornhill, Esq.
Thornhill Law Firm, APLC
1308 Ninth Street
Slidell, Louisiana 70458

Re:   *Maddox v. Integro*

Mr. Thornhill:

In response to your letter of 8 May 2013 e-mailed to me listing deficiencies in Defendant Christian Congregation's discovery responses, the following are the only items for which there are no issues: (1)   Pre-convention photos by Merle Baetje; (2) Accident report concerning Patsy Maddox' fall; (3) 5 November 2005 and 9 April 2012 letters regarding conventions, and (4) Convention Personnel.

Defendant has already provided you with items (1) and (2). Items (3) and (4) may no longer be available for production. I will forward them to you if they are located, or let you know if they are no longer exist.

A Privilege Log for the Convention Organization Guidelines will be provided when prepared.

Note that I informed you on 4 April 2013 that I would be unavailable 13 – 17 May 2013 when we were making discovery plans before your motion to continue. I am still unavailable the dates blocked out in that email. I have enclosed a copy for your convenience. I will participate with John Miller by telephone on the 16th in the conference with Magistrate Shushan but other than that, I would ask that you not make demands for me to do things for you on dates I have already blocked out as "unavailable."

I will address the deficiencies in your clients' responses to Defendant's discovery in a separate letter that you can review at your leisure and we can cover these during the discovery conference with the Magistrate. I would hope that your clients would be able to supplement their responses some time in a reasonably timely fashion before the first of June.

Thank you for your consideration in this matter.

Sincerely,

Ted M. Mitchell

Enclosure

| | |
|---|---|
| **From:** | Ted M. Mitchell |
| **To:** | Tom Thornhill |
| **Cc:** | John Miller; "Terrel Broussard" |
| **Subject:** | Maddox Discovery Schedule |
| **Date:** | Thursday, April 4, 2013 4:12:59 PM |

Please note that I will be unavailable for depositions, the 29th of April, and in May I am unavailable on the 10th, the 13th – 17th, and the 23rd. In June I am unavailable on the 13th. I may have other dates that co-counsel in other cases have set but for which I do not yet have notice. Let us please get these depositions set asap.

I am trying to keep my calendar open to accommodate the need to meet our deadlines as they rapidly approach in the event Judge Engelhardt denies the request for more time.

Ted M. Mitchell
Attorney at Law
2955 Ridgelake Drive, Suite 207
Metairie, LA 70002
(504) 236-3966
(504) 273-2220 fax