UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXPEDITED HEARING**

NOW INTO COURT, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, demonstrating that there is a need for prompt hearing of its Motion to Compel [R. Doc. 88] filed this day. There is currently a teleconference scheduled with this Honorable Court on May 16, 2013 at 2:00 p.m. to discuss a previously filed Motion to Compel by Plaintiffs.

Respectfully, an expedited hearing on these issues is requested as soon as can be reviewed by the Court.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this 13th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.<br><br>        __/s/Tom W. Thornhill_____<br>            **TOM W. THORNHILL** | **Respectfully submitted,**<br><br>**THORNHILL LAW FIRM, A PLC**<br><br>**/s/Tom W. Thornhill**_____<br>**TOM W. THORNHILL #12776**<br>**1308 Ninth Street**<br>**Slidell, Louisiana 70458**<br>**(985) 641-5010**<br>**(985) 641-5011 fax**<br>**tom@thornhilllawfirm.com** |