UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that hearing on Plaintiffs' Motion to Compel will be heard on the **16**th day of **May, 2013**, at **2:00 P.M.** via the currently scheduled teleconference, or as soon thereafter as counsel can be heard.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**

**Respectfully submitted,**

**THORNHILL LAW FIRM, L.C.**

**/s/ Tom Thornhill**

_____
**TOM W. THORNHILL         #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010; (985) 641-5011 fax**
**tom@thornhilllawfirm.com**