UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RACHEL MADDOX, SHANNON MADDOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| vs. | ) | **NO. 12-1641** |
| | ) | |
| **INTEGRO USA, INC., INTEGRO** | ) | **SECTION "N"** |
| **INSURANCE BROKERS, CHRISTIAN** | ) | |
| **CONGREGATION OF JEHOVAH'S** | ) | |
| **WITNESSES, WATCHTOWER BIBLE AND** | ) | **MAGISTRATE  (1)** |
| **TRACT SOCIETY OF NEW YORK, INC.** | ) | |
| **WESTWEGO CONGREGATION OF** | ) | |
| **JEHOVAH'S WITNESSES, INC., PATRICK** | ) | |
| **VICTOR, KATHY VICTOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come PATRICK AND KATHY VICTOR ("Movers"), who have previously been dismissed from this suit and who respectfully submit this Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c).

The Plaintiffs, Rachel and Shannon Maddox, are children of Patsy Maddox, who died after sustaining injuries when she fell while descending stairs at a district convention of Jehovah's Witnesses held at the Mitchell Center in Mobile, Alabama on July 1, 2011. Plaintiffs allege that the Defendants were negligent in failing to reasonably plan and care for the safety of elderly and disabled people, such as Ms. Maddox, who were specifically solicited to attend the event. Plaintiffs further allege that the Defendants were negligent in failing to secure seating on the ground level for the elderly and disabled and/or provide a safe way of reaching upper-level seating. Plaintiffs submitted declarations stating that Movers, Patrick and Kathy Victor, "know exactly where Patsy Maddox fell" and request "the opportunity to depose" these two

witnesses about the "facts surrounding" the fall.  (Rec. Docs. 67-3, ¶19, 67-4, ¶19, 68-3, ¶19, 68-4, ¶19, 69-3, ¶19 and 69-4, ¶19).

Recently, the Court considered:  (1) Christian Congregation of Jehovah's Witnesses, Inc.'s Motion for Summary Judgment (Rec. Doc. 59); (2) Old Republic Insurance Company's Motion for Summary Judgment (Rec. Doc. 60); and (3) Watchtower Bible and Tract Society of New York, Inc.'s Motion for Summary Judgment (Rec. Doc. 61).  In denying the Motions for Summary Judgment of Christian Congregation and Old Republic, the Court cited "the need for _specific_ additional discovery (Rec.Doc.78, p. 3, ¶2)(emphasis added).  Movers seek a Protective Order to restrict discovery directed to them to "specific discovery" of information on "exactly where Patsy Maddox fell" and specific "facts surrounding" the fall, in accordance with Plaintiffs' declarations and this Court's March 19, 2013 Order.

**WHEREFORE**, Movers, PATRICK AND KATHY VICTOR, request that the Court enter an order protecting them from any discovery beyond their specific eyewitness accounts regarding the specific location and the specific manner of Patsy Maddox's fall on July 1, 2011.

Respectfully submitted,

By: _Terrel J. Broussard_
Terrel J. Broussard (Bar No: 3531)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3300
Tel**:** (504) 585.3200
Fax**:** (504) 200.8987
E-Mail: tbroussard@monbar.com

**ATTORNEYS FOR MOVERS,
PATRICK AND KATHY VICTOR**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 14th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or by mail.

*Terrel J. Broussard*
TERREL J. BROUSSARD