UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO | ) | SECTION "N" |
| INSURANCE BROKERS, CHRISTIAN | ) | |
| CONGREGATION OF JEHOVAH'S | ) | |
| WITNESSES, WATCHTOWER BIBLE AND | ) | MAGISTRATE (1) |
| TRACT SOCIETY OF NEW YORK, INC. | ) | |
| WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR, | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

HAVING CONSIDERED the *Motion for Protective Order* (the "*Motion*") filed by Movers, Patrick and Kathy Victor, along with all of the arguments of the Parties, and finding the law and the facts to favor the granting of the *Motion*:

IT IS HEREBY ORDERED that the *Motion* be and is hereby granted and that the Movers, Patrick and Kathy Victor, be and are hereby protected from any and all discovery in the above-captioned civil action that is beyond their specific eyewitness accounts regarding the location and manner of Patsy Maddox's fall on July 1, 2011, as requested in the Plaintiffs' declarations previously filed into the record of this matter.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA