UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RACHEL MADDOX, SHANNON MADDOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| vs. | ) | **NO. 12-1641** |
| | ) | |
| **INTEGRO USA, INC., INTEGRO** | ) | **SECTION "N"** |
| **INSURANCE BROKERS, CHRISTIAN** | ) | |
| **CONGREGATION OF JEHOVAH'S** | ) | |
| **WITNESSES, WATCHTOWER BIBLE AND** | ) | **MAGISTRATE  (1)** |
| **TRACT SOCIETY OF NEW YORK, INC.** | ) | |
| **WESTWEGO CONGREGATION OF** | ) | |
| **JEHOVAH'S WITNESSES, INC., PATRICK** | ) | |
| **VICTOR, KATHY VICTOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**LOCAL RULE 7.2 NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Movers, Patrick and Kathy Victor, have filed a *Motion for Protective Order*, which will be submitted to the Court for consideration by the Honorable Sally Shushan on May 29, 2013 at 9:00 a.m.

        Respectfully submitted,

        By: *Terrel J. Broussard*
        Terrel J. Broussard (Bar No: 3531)
        MONTGOMERY BARNETT, L.L.P.
        3300 Energy Centre
        1100 Poydras Street
        New Orleans, LA  70163-3300
        Tel**:** (504) 585.3200
        Fax**:** (504) 200.8987
        E-Mail: tbroussard@monbar.com

        **ATTORNEYS FOR MOVERS,**
        **PATRICK AND KATHY VICTOR**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 14th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or by mail.

                                          *Terrel J. Broussard*
                                          TERREL J. BROUSSARD