UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX, SHANNON MADDOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION |
| ) | |
| vs. ) | NO. 12-1641 |
| ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, ) | |
| INC., WESTWEGO CONGREGATION OF ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK ) | |
| VICTOR, KATHY VICTOR ) | |
| Defendants. ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, who suggests to this Honorable Court that in addition to the items listed in its Motion to Compel [*r.d.* 88], Plaintiffs would like to point out to this Honorable Court before the teleconference scheduled with the Honorable Sally Shushan for May 16, 2013 at 2:45 p.m., that Defendant, Christian Congregation of Jehovah's Witnesses, Inc. ("CCJW") also refused to produce accounting information pertaining to the convention where the Decedent was injured.

For example, in Plaintiffs' Interrogatory No. 6, Plaintiffs' specifically request the names of all persons who maintain insurance, financial, banking or business records for CCJW and CCJW responds "the Accounting Office, which has numerous individuals," but never provides the list of those persons in CCJW's Accounting Office.  Also in Plaintiffs' Interrogatory No. 12, Plaintiffs request: A. names of individuals who could explain the demographics of those people likely to attend the district conventions and CCJW responds that would be answered by "the Planning Committee," but never provides a list of those people on CCJW's Planning Committee, and C. please list the donations received by CCJW from the 7/1/11 convention, the expenses incurred......and the persons who keep records on the donors and the use of or expenditure of the money collected, CCJW responds "the Accounting Office has CCJW's record of total donations from the convention," again never providing the names of those persons in CCJW's Accounting Office or more importantly, a copy of the financials from the 7/1/11 convention where the Decedent was injured.  Lastly, in Plaintiffs' Request for Production No. 9, Plaintiffs' request a photocopy of all checks from Decedent where donations were made to CCJW and CCJW responds, "Defendant has no such documents since copies of checks for donations are not kept by Defendant," Plaintiffs find this hard to believe since religious donations are tax deductible and CCJW likely provides a summary of the tax deduction to each contributor at the end of each calendar year, similar to the procedure followed by other religious groups, all as required by the US Tax

Code. 26 C.F.R. § 1.170A-13, Treas. Reg. § 1.170A-13. Similarly, in Plaintiffs' Request for Admission No. 12, Plaintiffs' request an admission that Patsy Maddox and her family had donated thousands of dollars over the years to CCJW and CCJW responded "Defendant does not have any records or knowledge of what donations, if any, it has received from Patsy Maddox, her husband and her family." (see Exhibit "A" to Plaintiff's original Motion to Compel, *r.d.* 88)

Under F.R.C.P. 26(e)(1), a party who has responded to an Interrogatory, Request for Production, or Request for Admission must supplement its response.

Plaintiffs respectfully request that this Court order CCJW to produce sufficient discovery responses to Plaintiffs' discovery requests and order sanctions against CCJW for their blatant refusal to comply with the Federal Rules of Civil Procedure and for attorney's fees and costs associated with the filing of its Motion to Compel, all as the Court deems appropriate.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

__/s/Tom W. Thornhill_____
**TOM W. THORNHILL**

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

 _/s/Tom W. Thornhill_____
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**