UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Rachel Maddox and Shannon Maddox, who respectfully request leave to file the annexed Supplemental Memorandum in support of their Motion to Compel.

Counsel for Plaintiffs understands counsel for Defendant is out of town and this matter is scheduled for discussion today at 2:45 p.m. and although Plaintiffs' effort is not to provide any surprise but only to merely articulate the issues with regard to written discovery, therefore Plaintiffs' counsel has included a Notice of Submission. Accordingly, movers herein pray that this Court grant leave to file the attached Supplemental Memorandum in support of their Motion to Compel.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on this 16th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by First Class United States Mail.<br><br>/s/ Tom Thornhill<br>_____<br>**Tom W. Thornhill** | **Respectfully submitted,**<br><br>**THORNHILL LAW FIRM, A PLC**<br><br>**/s/ Tom Thornhill**<br>_____<br>**TOM W. THORNHILL          #12776**<br>**1308 Ninth Street**<br>**Slidell, Louisiana 70458**<br>**(985) 641-5010**<br>**(985) 641-5011 fax**<br>**tom@thornhilllawfirm.com** |