UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RACHEL MADDOX, SHANNON MADDOX,   )
   )
      Plaintiff,   )
   )
   )      CIVIL ACTION
   )
      vs.   )      NO. 12-1641
   )
INTEGRO USA, INC., INTEGRO INSURANCE   )      SECTION "N"
BROKERS CHRISTIAN CONGREGATION OF   )
JEHOVAH'S WITNESSES, WATCHTOWER   )      MAGISTRATE (1)
BIBLE AND TRACT SOCIETY OF NEW YORK, )
INC., WESTWEGO CONGREGATION OF   )
JEHOVAH'S WITNESSES, INC., PATRICK   )
VICTOR, KATHY VICTOR   )
      Defendants.   )

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that hearing on Plaintiffs' for Leave to file their Supplemental

Memorandum in support of Motion to Compel will be heard on the **5**th day of **June, 2013**, at **9:00**

**A.M.** at the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New

Orleans, Louisiana, or as soon thereafter as counsel can be heard.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Tom Thornhill
_____
**Tom W. Thornhill**

**Respectfully submitted,**

**THORNHILL LAW FIRM, L.C.**

**/s/ Tom Thornhill**
_____
**TOM W. THORNHILL**      **#12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010; (985) 641-5011 fax**
**tom@thornhilllawfirm.com**