UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RACHEL MADDOX, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-1641-KDE-SS** |
| **INTEGRO USA, INC., et al** | |

### ORDER

DEFENDANT'S FIRST MOTION FOR PROTECTIVE ORDER (Rec. doc. 85)

    **SET WITHOUT ORAL ARGUMENT**

PLAINTIFFS' MOTION TO COMPEL (Rec. doc. 88)

    **SET WITHOUT ORAL ARGUMENT**

PLAINTIFFS' MOTION FOR EXPEDITED HEARING (Rec. doc. 89)

    **DENIED**

VICTORS' MOTION FOR PROTECTIVE ORDER (Rec. doc. 91)

    **SET WITHOUT ORAL ARGUMENT**

PLAINTIFFS' MOTION FOR LEAVE TO FILE (Rec. doc. 96)

    **DISMISSED AS MOOT**

    IT IS ORDERED that:

1. The motion of the defendant, Christian Congregation of Jehovah's Witnesses, Inc. ("CCJW"), for protective order (Rec. doc. 85) is set for hearing (**no oral argument**) on **Wednesday, May 29, 2013**, on briefs.

2. The motion of the plaintiffs, Rachel and Shannon Maddox, to compel (Rec. doc. 88) is set for hearing (**no oral argument**) on **Wednesday, May 29, 2013**, on briefs.  The motion for

       expedited consideration of this motion to compel (Rec. doc. 89) is DENIED.

3.     The motion of the non-parties, Kathy and Patrick Victor, for protective order (Rec. doc. 91) is set for hearing (**no oral argument**) on **Wednesday, May 29, 2013**, on briefs.

4.     The deadline for the oppositions to these motions (Rec. docs. 85, 88 and 91) is **Tuesday, May 21, 2013.** The deadline for any replies to the motions is **Friday, May 24, 2013.**

5.     The motion of the plaintiffs for leave to file supplemental memorandum in support of motion to compel (Rec. doc. 96) is DISMISSED as MOOT.[1]

New Orleans, Louisiana, this 16th day of May, 2013.

                                                    **SALLY SHUSHAN**
                                                  **United States Magistrate Judge**

Q:\Motions\2012 Motions\12-1641.04.wpd

---

[1] On April 24, the plaintiffs filed a motion to compel which was set for May 15, 2013. Rec. doc. 83. On May 16, 2013, an order was issued on the motion. Rec. doc. 95. On May 16, 2013, the plaintiffs filed a motion for leave to file a supplemental memorandum in support of the April 24 motion. Because of the ruling on the April 24 motion, the motion for leave to file is moot.