UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RACHEL MADDOX AND SHANNON MADDOX, | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) |
| vs. | ) NO. 12-1641 ) |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR, | ) SECTION "N" ) ) ) ) MAGISTRATE (1) ) ) ) ) ) |
| Defendants. | ) |

## MOTION TO QUASH SUBPOENAS AND STAY DEPOSITIONS

**NOW INTO COURT**, through undersigned counsel, come PATRICK AND KATHY VICTOR ("Movers"), non-parties to the above-captioned action, who respectfully move to stay their May 21, 2013 depositions noticed by the Plaintiffs and to quash the corresponding subpoenas, pending resolution of the Movers' Motion for Protective Order set for hearing (no oral argument) before this Court on Wednesday, May 29, 2013, at 9:00 a.m.

The Plaintiffs unilaterally subpoenaed the Movers, Patrick and Kathy Victor, for their depositions on a weekday, Tuesday, May 21, 2013.[1] These subpoenas and notices of deposition were just recently served on the Movers on Wednesday, May 15, 2013. The date and times for which the depositions were unilaterally set are unreasonable, inconvenient and unduly burdensome for the Movers, as they are employed and unable to attend such depositions on a weekday. Further, the Movers have filed a Motion for Protective Order (Rec. Doc. 91) in

---
[1] *See* Subpoenas and Notice of Depositions – Exhibit "A"

this matter seeking to limit the scope of their depositions to their eyewitness accounts regarding the location and manner of Patsy Maddox's fall on July 1, 2011, as requested in the Plaintiffs' declarations previously filed into the record.

By Order of this Court, the Movers' Motion for Protective Order is set for hearing on briefs, without oral argument, on Wednesday, May 29, 2013 at 9:00 a.m. (Rec. Doc. 97).  This Court further set the deadline for the filing of any opposition to Movers' Motion for Protective Order for Tuesday, May 21, 2013, and the deadline for any reply to the Motion for Friday, May 24, 2013.

Because the scope of the Movers' depositions is to be determined by this Court on May 29, 2013, it is proper and necessary that the May 21, 2013 depositions for which the Movers have been subpoenaed to attend and participate be stayed and the corresponding subpoenas be quashed until Movers' Motion for Protective Order is heard and a ruling thereon is made by the Court.

**WHEREFORE**, Movers, PATRICK AND KATHY VICTOR, request that the Court enter an order staying the depositions of the Movers and quashing the corresponding subpoenas until the Court has rendered a decision on the Movers' pending Motion for Protective Order, set for hearing (without oral argument) on May 29, 2013.

Respectfully submitted,

By: *Terrel J. Broussard*
Terrel J. Broussard (Bar No: 3531)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3300
Tel**:** (504) 585.3200
Fax**:** (504) 200.8987
E-Mail: tbroussard@monbar.com

**ATTORNEYS FOR MOVERS,
PATRICK AND KATHY VICTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 17th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or by mail.

*Terrel J. Broussard*
TERREL J. BROUSSARD

3