**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RACHEL MADDOX AND** | ) | |
| **SHANNON MADDOX,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | |
| **vs.** | ) | **NO. 12-1641** |
| | ) | |
| **INTEGRO USA, INC., INTEGRO** | ) | **SECTION "N"** |
| **INSURANCE BROKERS, CHRISTIAN** | ) | |
| **CONGREGATION OF JEHOVAH'S** | ) | |
| **WITNESSES, WATCHTOWER BIBLE AND** | ) | **MAGISTRATE  (1)** |
| **TRACT SOCIETY OF NEW YORK, INC.** | ) | |
| **WESTWEGO CONGREGATION OF** | ) | |
| **JEHOVAH'S WITNESSES, INC., PATRICK** | ) | |
| **VICTOR, KATHY VICTOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

HAVING CONSIDERED the *Motion to Quash Subpoenas and Stay Depositions* (the "*Motion*") filed by Movers, Patrick and Kathy Victor, along with all of the arguments of the Parties, and finding the law and the facts to favor the granting of the *Motion*:

IT IS HEREBY ORDERED that the *Motion* be and is hereby GRANTED and that the Tuesday, May 21, 2013, depositions of the Movers, Patrick and Kathy Victor, be and are hereby STAYED and the corresponding subpoenas be and are hereby QUASHED, pending the outcome

of Movers' Motion for Protective Order currently before this Court and set for hearing (no oral

argument) on Wednesday, May 29, 2013, at 9:00 a.m.

      New Orleans, Louisiana, this _____ day of _____, 2013.


_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA