**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RACHEL MADDOX AND** | ) | |
| **SHANNON MADDOX,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION** |
| | ) | |
| **vs.** | ) | **NO. 12-1641** |
| | ) | |
| **INTEGRO USA, INC., INTEGRO** | ) | **SECTION "N"** |
| **INSURANCE BROKERS, CHRISTIAN** | ) | |
| **CONGREGATION OF JEHOVAH'S** | ) | |
| **WITNESSES, WATCHTOWER BIBLE AND** | ) | **MAGISTRATE  (1)** |
| **TRACT SOCIETY OF NEW YORK, INC.** | ) | |
| **WESTWEGO CONGREGATION OF** | ) | |
| **JEHOVAH'S WITNESSES, INC., PATRICK** | ) | |
| **VICTOR, KATHY VICTOR,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## LOCAL RULE 7.2 NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Movers, Patrick and Kathy Victor, have filed a *Motion to Quash Subpoenas and Stay Depositions*, which will be submitted to the Court for consideration by the Honorable Sally Shushan on June 5, 2013 at 9:00 a.m.

Respectfully submitted,

By: *Terrel J. Broussard*
Terrel J. Broussard (Bar No: 3531)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3300
Tel**:** (504) 585.3200
Fax**:** (504) 200.8987
E-Mail: tbroussard@monbar.com

**ATTORNEYS FOR MOVERS,**
**PATRICK AND KATHY VICTOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 17th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or by mail.

                                        *Terrel J. Broussard*
                                        TERREL J. BROUSSARD