UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX AND  ) | | |
| SHANNON MADDOX,  ) | | |
|   ) | | |
| Plaintiffs,  ) | | CIVIL ACTION |
|   ) | | |
| vs.  ) | | NO. 12-1641 |
|   ) | | |
| INTEGRO USA, INC., INTEGRO  ) | | SECTION "N" |
| INSURANCE BROKERS, CHRISTIAN  ) | | |
| CONGREGATION OF JEHOVAH'S  ) | | |
| WITNESSES, WATCHTOWER BIBLE AND  ) | | MAGISTRATE (1) |
| TRACT SOCIETY OF NEW YORK, INC.  ) | | |
| WESTWEGO CONGREGATION OF  ) | | |
| JEHOVAH'S WITNESSES, INC., PATRICK  ) | | |
| VICTOR, KATHY VICTOR,  ) | | |
|   ) | | |
| Defendants.  ) | | |

**MOTION FOR EXPEDITED CONSIDERATION OF
MOTION TO QUASH SUBPOENAS AND STAY DEPOSITIONS**

**NOW INTO COURT**, through undersigned counsel, come PATRICK AND KATHY VICTOR ("Movers"), non-parties to the above-captioned action, who respectfully move this Court for expedited consideration of their Motion to Quash Subpoenas and Stay Depositions, for the reasons more fully set forth in the attached memorandum in support of this motion.

WHEREFORE, Movers, Patrick and Kathy Victor, respectfully move this Court for expedited consideration of their Motion to Quash Subpoenas and Stay Depositions.

Respectfully submitted,

By: *Terrel J. Broussard*
Terrel J. Broussard (Bar No: 3531)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3300
Tel**:** (504) 585.3200
Fax**:** (504) 200.8987
E-Mail: tbroussard@monbar.com

**ATTORNEYS FOR MOVERS,
PATRICK AND KATHY VICTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 17th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or by mail.

*Terrel J. Broussard*
TERREL J. BROUSSARD