UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX AND SHANNON MADDOX, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR, | ) ) ) ) ) ) ) ) ) ) | SECTION "N" MAGISTRATE (1) |
| Defendants. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO QUASH SUBPOENAS AND STAY DEPOSITIONS**

**MAY IT PLEASE THE COURT:**

Movers, PATRICK AND KATHY VICTOR ("Movers"), respectfully request that this Court issue an order granting the instant request for expedited consideration of Movers' Motion to Quash Subpoenas and Stay Depositions for the following reasons:

The Plaintiffs unilaterally subpoenaed the Movers, Patrick and Kathy Victor, for their deposition(s) on a weekday, Tuesday, May 21, 2013.[1] These subpoenas and notices of depositions were just recently served on the Movers on Wednesday, May 15, 2013. Tuesday, May 21, 2013, is less than four (4) calendar days from now and merely eight (8) days before the date the Mover's Motion for Protective Order (Rec. Doc. 91) is set for hearing, without oral

---

[1] *See* Subpoenas and Notice of Depositions – Exhibit "A"

argument, before this Court. (Rec. Doc. 97). In fact, the deadline set by this Court for the Plaintiffs, who subpoenaed the Movers for the May 21, 2013 depositions, to respond to Movers' Motion for Protective Order is the same date for which the depositions have been noticed (*i.e.*, May 21, 2013)(Rec. Doc. 97).

The Movers' Motion for Protective Order (Rec. Doc. 91) seeks to limit the scope of their depositions to their eyewitness accounts regarding the location and manner of Patsy Maddox's fall on July 1, 2011, as requested in the Plaintiffs' declarations previously filed into the record. Because the outcome of Movers' Motion for Protective Order is critical to the scope of examination of the Movers during their respective depositions, and to avoid the time and expense associated with the Movers unnecessarily appearing for depositions on Tuesday, May 21, 2013, merely 4 days from now, expedited consideration of Movers' Motion to Stay Depositions and an Order staying such depositions pending the outcome of Movers' Motion for Protective Order is respectfully requested.

WHEREFORE, Movers, PATRICK AND KATHY VICTOR, respectfully request that Movers' Motion to Quash Subpoenas and Stay Depositions be heard or otherwise considered by this Court on an expedited basis in sufficient time prior to their depositions unilaterally noticed by the Plaintiffs for Tuesday, May 21, 2013.

Respectfully submitted,

By: *Terrel J. Broussard*
Terrel J. Broussard (Bar No: 3531)
MONTGOMERY BARNETT, L.L.P.
3300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-3300
Tel**:** (504) 585.3200
Fax**:** (504) 200.8987
E-Mail: tbroussard@monbar.com

**ATTORNEYS FOR MOVERS,
PATRICK AND KATHY VICTOR**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 17th day May 2013 and notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or by mail.

*Terrel J. Broussard*
TERREL J. BROUSSARD