UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX AND SHANNON MADDOX, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 12-1641 |
| INTEGRO USA, INC., INTEGRO INSURANCE BROKERS, CHRISTIAN CONGREGATION OF JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC. WESTWEGO CONGREGATION OF JEHOVAH'S WITNESSES, INC., PATRICK VICTOR, KATHY VICTOR, | ) ) ) ) ) ) ) ) ) | SECTION "N"  MAGISTRATE  (1) |
| Defendants. | ) | |

**ORDER ON MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO QUASH SUBPOENAS AND STAY DEPOSITIONS**

Considering the foregoing *Motion for Expedited Consideration of Motion to Quash Subpoenas and Stay Depositions* filed by Movers, Patrick and Kathy Victor;

**IT IS HEREBY ORDERED** that the *Motion for Expedited Consideration of Motion to Quash Subpoenas and Stay Depositions* be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Movers' *Motion to Quash Subpoenas and Stay Depositions* be and the same is hereby set for expedited: _____ hearing/ _____ submission before or by this Court on the ____ day of May 2013.

_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA