UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RACHEL MADDOX, SHANNON MADDOX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 12-1641 |
| | ) | |
| INTEGRO USA, INC., INTEGRO INSURANCE | ) | SECTION "N" |
| BROKERS, CHRISTIAN CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, WATCHTOWER | ) | MAGISTRATE (1) |
| BIBLE AND TRACT SOCIETY OF NEW YORK, | ) | |
| INC., WESTWEGO CONGREGATION OF | ) | |
| JEHOVAH'S WITNESSES, INC., PATRICK | ) | |
| VICTOR, KATHY VICTOR | ) | |
| Defendants. | ) | |

**MEMORANDUM IN OPPOSITION TO PATRICK AND KATHY VICTORS' MOTION TO QUASH SUBPOENAS AND STAY DEPOSITIONS**

**MAY IT PLEASE THE COURT:**

Plaintiffs, Rachel Maddox and Shannon Maddox, through undersigned counsel, submit its Memorandum in Opposition to Patrick and Kathy Victors' ("The Victors), Motion to Quash Subpoenas and Stay Depositions [*r.d.* 98], filed on May 17, 2013.

The time table provided by counsel for The Victors in its Memorandum in Support to Quash Subpoenas and Stay Depositions is not exactly accurate as outlined in counsel's Motion. Counsel for Plaintiffs first contacted counsel for Patrick and Kathy Victor by phone in February 2013 where he confirmed that he was still representing The Victors. Terrel Broussard then wrote to counsel for Plaintiffs on February 25, 2013 refusing to provide Patrick and Kathy Victor for deposition. *See*

attached Exhibit "A". After trying to coordinate dates with counsel for the remaining Defendants, Christian Congregation of Jehovah's Witnesses, Inc. and Old Republic Insurance Company, counsel for Plaintiffs issued Subpoenas to Testify and Notices of Deposition on April 25, 2013, copying all counsel by email (*see* attached Exhibit "B") and sending the originals to the Sheriff of Jefferson Parish for service. The Subpoenas and Notices of Deposition set the depositions to take place in Terrel Broussard's office for May 21, 2013 at 10:00 a.m.

All counsel of record and counsel for The Victors have been aware of the May 21, 2013 depositions of Patrick and Kathy Victor since the electronic mail of April 25, 2013. Plaintiffs find it hard to believe that now on the eve of deposition, counsel for The Victors have issue with the topics for which they will be questioned. Counsel for Plaintiffs will respond accordingly to The Victors Motion for Protective Order as outlined by this Honorable Court in its Order [*r.d.* 97] by the deadline.

Counsel for Plaintiffs intend to question The Victors regarding the Christian Congregation of Jehovah's Witnesses, Inc.'s, invitation of Patsy Maddox to the July 1, 2011 district convention, the transportation used to get Patsy Maddox to the July 1, 2011 district convention for which The Victors escorted her, the seating which was offered and chosen for Patsy Maddox at the July 1, 2011 district convention, exactly what they witnessed when Patsy Maddox fell at the July 1, 2011 district convention, what other eyewitnesses were present at the time of Patsy Maddox's fall at the July 1, 2011 district convention, any statements taken after the fall of Patsy Maddox at the July 1, 2011 district convention and any discussions held post fall by The Victors with anyone regarding the fall of Patsy Maddox at the July 1, 2011 district convention.

WHEREFORE, Plaintiffs, Rachel Maddox and Shannon Maddox, respectfully request that Mover's Motion to Quash Subpoenas and Stay Depositions be denied.

**Respectfully submitted,**

**THORNHILL LAW FIRM, A PLC**

**_/s/Tom W. Thornhill_____**
**TOM W. THORNHILL #12776**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**tom@thornhilllawfirm.com**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2013, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

__/s/Tom W. Thornhill_____
**TOM W. THORNHILL**