

# Montgomery Barnett

### ATTORNEYS & COUNSELORS AT LAW

3300 ENERGY CENTRE ■ 1100 POYDRAS STREET ■ NEW ORLEANS, LOUISIANA 70163-3300
504 585 3200 TELEPHONE ■ 504 585 7688 FACSIMILE ■ WWW.MONBAR.COM

TERREL J. BROUSSARD

DIRECT OFFICE: (504) 585-7687
EMAIL: tbroussard@monbar.com

February 25, 2013

Via Email:   christy@thornhilllawfirm.com
Christy D. Fugate, Paralegal/Notary
**THORNHILL LAW FIRM, A PLC**
1308 Ninth Street
Slidell, LA 70458

Re:   *Maddox v. Integro USA, Inc., et al*
United States District Court, Eastern District
No. 12-1641, Section "N"
Our File No.:12660.1

Dear Ms. Fugate:

In response to your call regarding my representation of Kathy and Patrick Victor, know that this firm has represented the Victors in the above captioned litigation and will undertake their representation in the matters concerning the deposition that you are attempting to schedule.

As we discussed, the Victors have been dismissed and have provided detailed affidavits which are already part of the court record. In that regard, I request that you provide some detail of the factual basis for this litigation that you intend to pursue during these depositions. Otherwise, there is no alternative but to resist any participation in this litigation.

In any event, my schedule will not permit depositions during the week of March 6, 2013.

Regards,

MONTGOMERY BARNETT, L.L.P.

Terrel J. Broussard

TJB/ts

MONTGOMERY BARNETT, L.L.P.
NEW ORLEANS ■ BATON ROUGE