## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**RACHEL MADDOX, et al**                                    **CIVIL ACTION**

**VERSUS**                                                      **NO: 12-1641-KDE-SS**

**INTEGRO USA, INC., et al**

## ORDER

VICTOR'S MOTION TO QUASH (Rec. doc. 98)

**GRANTED**

Patrick and Kathy Victor (the "Victors") filed a motion for a protective order.  They contend that discovery directed to them should be limited to where Patsy Maddox fell and specific facts surrounding the fall.  Rec. doc. 91.  The District Judge dismissed them as defendants on September 5, 2012.  Rec. doc. 26.  On May 16, 2013, their motion for a protective order and other discovery motions were set for submission on May 29, 2013.  Rec. doc. 97.

On May 15, 2013, the plaintiffs, Rachel Maddox and Shannon Maddox, noticed the depositions of the Victors for May 21, 2013.  Subpoenas were served on the Victors.  They move to quash the subpoenas until there is a ruling on their motion for a protective order.  Rec. doc. 98.  The plaintiffs oppose the motion to quash.  Rec. doc. 100.

The motion to quash will be granted.  The depositions of the Victors shall be renoticed after a ruling on their motion for a protective order.

IT IS ORDERED that the motion of the Victors to quash subpoenas and stay depositions (Rec. doc. 98) is GRANTED; and (2) the motion for expedited consideration (Rec. doc. 99) is GRANTED.

New Orleans, Louisiana, this 20th day of May, 2013.

_____
**SALLY SHUSHAN**
**United States Magistrate Judge**