**MINUTE ENTRY**
**SHUSHAN, M.J.**
**MAY 23, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RACHEL MADDOX, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-1641-KDE-SS** |
| **INTEGRO USA, INC., ET AL.** | |

    Prior to the settlement conference, counsel advised the case has settled.  The U.S. District Judge's chambers have been notified.  Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                                                             SALLY SHUSHAN
                                                                            United States Magistrate Judge

```
MJSTAR 00:30
```